ORIGINAL

FILED

**COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983**

Name **LEMONT**, **HERBERT** **B.**
    (Last)      (First)    (Initial)

Prisoner Number **E-49653**

Institutional Address **PO BOX 7500, CRESCENT CITY, CA 95532**

=====================================================================

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**HERBERT BRUCE LEMONT**
(Enter the full name of plaintiff in this action.)

vs.

**ROBERT A. HOREL, WARDEN**
**RICHARD J. KIRKLAND, (FORMER WARDEN)**
**CARLA M. PATTEN, COR. CAPTAIN,**
**KATHERINE OHLAND, COR. SERGEANT**
(Enter the full name of the defendant(s) in this action)

Case No. **CV 08 2970 JF (PR)**

COMPLAINT UNDER THE CIVIL RIGHTS ACT,
Title 42 U.S.C § 1983

*[All questions on this complaint form must be answered in order for your action to proceed..]*

I.   Exhaustion of Administrative Remedies.

[**Note:** You must exhaust your administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.]

A.   Place of present confinement **PELICAN BAY STATE PRISON, SECURITY HOUSING UNIT, UNIT C-1**

B.   Is there a grievance procedure in this institution?

    YES (X)   NO ( )

C.   Did you present the facts in your complaint for review through the grievance procedure?

    YES (X)   NO ( )

D.   If your answer is YES, list the appeal number and the date and result of the appeal at each level of review. If you did not pursue a certain level of appeal, explain why.

COMPLAINT          - 1 -

1. Informal appeal FILED 8/6/05; DENIED ON OR ABOUT 8/17/05.
(NO LOG # AT INFORMAL LEVEL)

2. First formal level FILED ON OR ABOUT 8/20/05; DENIED ON OR ABOUT 9/20/05.
LOG. # PBSP-BP-05-02122

3. Second formal level FILED ON OR ABOUT 10/1/05; DENIED ON 11/8/05.
LOG # PBSP-P-05-02122

4. Third formal level FILED ON OR ABOUT 11/23/05; DENIED 5/05/06.
LOG # PBSP-P-05-02122 (SEE EXH. "D")

E. Is the last level to which you appealed the highest level of appeal available to you?

    YES (X)   NO ( )

F. If you did not present your claim for review through the grievance procedure, explain why. _____

_____

PELICAN BAY STATE PRISON
SECURITY HOUSING UNIT
UNIT C-1

II. Parties.

A. Write your name and your present address. Do the same for additional plaintiffs, if any.

HERBERT R. LEMONT, E-49653, C1-118L, PO BOX 7500, CRESCENT CITY, CA, 95532-7500.

_____

B. Write the full name of each defendant, his or her official position, and his or her place of employment.

WARDEN ROBERT A. HOREL, PELICAN BAY STATE PRISON

COMPLAINT      - 2 -

1  (FORMER WARDEN) RICHARD J. KIRKLAND, PELICAN BAY STATE PRISON
2  CORRECTIONAL CAPTAIN CARLA M. PATTEN, PBSP
3  CORRECTIONAL SERGEANT KATHERINE OHLAND, PBSP

III. Statement of Claim.

State here as briefly as possible the facts of your case. Be sure to describe how each defendant is involved and to include dates, when possible. Do not give any legal arguments or cite any cases or statutes. If you have more than one claim, each claim should be set forth in a separate numbered paragraph.

ON 8/3/05 DEFENDANTS CARLA M. PATTEN AND K. OHLAND, AT PELICAN BAY STATE PRISON, CONFISCATED PROPERTY WORTH IN EXCESS OF $300.00, FROM PLAINTIFF. THIS PROPERTY WAS DESTROYED ON 12/8/05. (SEE LIST ATTACHED AS PLAINTIFF'S EXHIBIT "A")

THIS ACTION WAS DONE AT THE DIRECTION OF (THEN) WARDEN RICHARD J. KIRKLAND. DEFENDANTS CLAIM THAT THIS PROPERTY CONTAINED "ADDRESSES AND SOCIAL-SECURITY NUMBERS PERTAINING TO VICTIMS" AND "CO-DED WRITINGS" ETC.; PLAINTIFF DENIES ANY SUCH INFORMATION WAS CONTAINED IN ANY OF HIS BOOKS, PHOTOGRAPHS, TRANSCRIPTS, OR ANY OTHER PERSONAL PROPERTY.

IV. Relief.

Your complaint cannot go forward unless you request specific relief. State briefly exactly what you want the court to do for you. Make no legal arguments; cite no cases or statutes.

PLAINTIFF ASKS THE COURT ISSUE AN ORDER TO DEFENDANTS INCLUDING CURRENT WARDEN ROBERT A. HOREL, ET AL, TO REPLACE PROPERTY TAKEN ON 8/3-

(stamp: PELICAN BAY STATE PRISON SECURITY HOUSING UNIT UNIT C-1)

(CONTINUED)

COMPLAINT            - 3 -

1 | OS, OR COMPENSATE PLAINTIFF FOR THE LOSS
2 | OF THIS PROPERTY IN THE AMOUNT OF $300⁰⁰

I declare under penalty of perjury that the foregoing is true and correct.

Signed this **29**TH day of **MAY**, 20**08**

_____
(Plaintiff's signature)

PELICAN BAY STATE PRISON
SECURITY HOUSING UNIT
UNIT C-1

COMPLAINT                     - 4 -