

**FILED**

JUN 1 6 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

C 08 — 2970 JF

# EXHIBIT A

NEXT 4■ PAGES
FOLLOWS THIS PAGE

STATE OF
CALIFORNIA

EXHIBIT "A"

DEPARTMENT OF CORRECTIONS
CDC-128B (Rev. 8-87)

NAME and NUMBER,   LEMONT                    E-49653            B2-217

On Wednesday, August 03, 2005, I was directed to review all personnel property inmate LEMONT, E-49653, solely housed in B2-217L had in his possession. This assignment was requested due to a complaint by LEMONT's victim's mother. LEMONT was the source of a great deal of media attention and while incarcerated, he systematically plotted and took over the life of his victim's mother. Even with LEMONT's convictions of forgery and perjury, LEMONT manipulates state resources and his incarceration to continually disrupt and harass this family. During this review process the following is a list of items confiscated that pertained to his victim, victim's family and possible contacts of citizens in possession of pictures of his victim that will be retained for review and scrutiny by C. M. Patten, Facility Captain, Psychiatric Services Unit.

**10 PHOTOGRAPHS OF VICTIM**
    1 – 8X10
    2 – 5X7'S
    5 – 3X5'S
    2 – wallets

**1 DESKREF SOFT BACK BOOK**
    Numerous Social Security numbers
    Birth dates
    Phone numbers

**1 BLUE INMATE ADDRESS BOOK**
    Social Security number of victim, victim's family and numerous addresses

**2 ORIGINAL IRS MEMOS REQUESTING TAX INFORMATION BE SENT TO**
    NORCAL CONSULTING
    E-49653
    P.O. Box 7500
    Crescent City, CA 95532-7500
    *(Notice of Withholding Mail memo dated June 23, 1993, was generated by a delegate of the Chief Postal Inspector placing mail addressed to Walter George Borovkoff and /or Norcal Consulting at P.O. Box 7500, Crescent City, CA 95532- 7500 to be withheld from delivery upon reason to believe LEMONT is using a fictitious, false, or assumed name, title or address.)*

**7 BLANK COPIES OF IRS MEMOS REQUESTING TAX INFORMATION**
    *(These forms indicate Jennifer is requesting information be sent to NorCal Consulting and with only blank areas to be completed.)*

**2 COPIES OF TAX FORM 4506**
    April 9, 1993 requesting copies of Jennifer's tax refunds for the years ending 1989, 1990, 1991 and 1992

**1 COPY OF TAX FORM 2848**
    April 9, 1993, Declaring Walter George Borovkoff Power of Attorney for Jennifer Lynn Borovkoff.

**1 COPY OF LEMONT OBTAINING INFORMATION THROUGH FORGERY**
    Legal information regarding forgery to obtain tax information and Power of Attorney for Jennifer

**4 COPIES OF NEWS PAPER ARTICLE**
    Containing Picture of Linda Pride

**1 COPY OF A 1 PAGE LETTER WRITTEN ON APRIL 10, 1993 TO**
    Linda Pride telling her to come and visit him. Wants answers to where the "real Walter" lives in Colorado and why he moved.

**1 COPY OF "ORDER TO SHOW CAUSE FOR CHANGE OF NAME" TO**
    Andrew Sebastian Baron, executed on December 12, 1994

EXH A-1

Page 2

**1 COPY OF "VERIFICATION"**
Andrew Sebastian Baron *(No Date)*

**4 COPIES "DECLARATION OF LEGAL NAME CHANGE"**
Andrew Sebastian Baron *(No Date)*

**3 - 2 PAGE COPIES OF "PETITION FOR CHANGE OF NAME"**
Andrew Sebastian Baron filed December 22, 1994 with Del Norte Clerk Recorder, No#94-0648.
*(Reason for Petition: "Due to extensive notoriety in/the public news media concerning my past and present felony conviction and current publicity." LEMONT signed form on December 12, 1994)*

**4 POSTCARDS FROM TONY CARUSO**
May 18, 2003, May 14, 2005 and June 1, 2005 Pertaining to photos Bonnie is in possession of and to return specified desired photos to LEMONT

**1 LETTER FROM TONY CARUSO**
May 20, 2005 indicating he will encourage Bonnie to send in the photos she is in possession of and to send them in 10 at a time to LEMONT

**1 COPY OF 128-B**
Social Security Numbers of Victim and Family

**1 COPY OF 128-A**
August 26, 1993 Confirming Tony Caruso's address

**2 COPIES TRUST ACCOUNT WITHDRAWAL AND R AND R MAIL OUT FORM**
January 8, 2003 mailed 1 box to Bonnie Dale

**1 COPY CDC 127 CONTACT NOTIFICATION FORM IN CASE OF DEATH OR SERIOUS INJURY**
March 18, 2003 listing Bonnie Dale

**2 POSTCARDS FROM BONNIE DALE**
June 02, 2004 states "Will be sending rest of pics real soon."
June 29, 2004 states "Sending pics and ordered mags" for LEMONT. Tony = Ralph Armijo (Tony Caruso?)

**1 LETTER FROM BONNIE DALE WRITTEN JULY 5, 2003**
Claiming "Not holding pics hostage in return for money." Tony Caruso and LEMONT attempting to correspond with Bonnie Dale's 11 1/2 year old daughter.

**76 PAGES MISCELLANEOUS PERSONAL AND LEGAL PAPERS IDENTIFIED AS TO BELONGING TO WALTER BOROVKOFF AKA INMATE LEMONT**
*(LEMONT has been convicted of forgery, fraud and falsely using the name Borovkoff. . The extreme lengths LEMONT has resorted to in an attempt to become and/or portray himself as someone else proves this individual will utilized despicable means in his attempts to continually violate, harass and victimize his victims again and again utilizing the mail system.) Possession of any property other than that of LEMONT'S own is considered contraband.*

MANILA
**13 ENVELOPES CONTAINING VARIOUS PERSONAL AND LEGAL PAPERS IDENTIFYING AND/OR PERTAINING TO INMATE LEMONT'S VICTIM AND FAMILY (2,600 PAGES COURT TRANSCRIPTS)**
*LEMONT, if allowed, will continue to inflict irreparable harm and terror upon his victims as he has demonstrated time and time again. It appears LEMONT is determined that his sole mission is to reign never ending terror towards and upon his victims and allowing LEMONT to possess anything that identifies or pertains to his victim or that of his victims family only enhances LEMONTS sadistic fixation.*

EVH. A-2

Page 3

The following is a list of miscellaneous items confiscated from Inmate LEMONT'S personal property. The soft back books contain miscellaneous coded writings, various addresses and Social Security numbers.

1 UNDERSTANDING TELEPHONE ELECTRONICS, FOURTH EDITION, SOFT BACK
   Containing coded writing throughout the book

1 MODERN DICTIONARY OF ELECTRONICS, SEVENTH EDITION, SOFT BACK
   Miscellaneous coded electrical circuitry and writing

1 ARRL HANDBOOK FOR RADIO COMMUNICATIONS, SOFT BACK
   Miscellaneous coded writings and electrical circuitry

1 AMERICAN HERITAGE DICTIONARY, SOFT BACK
   Miscellaneous coded writings

1 NEWTON'S TELECOM DICTIONARY, SOFT BACK
   Miscellaneous coded writings

29 HANDWRITTEN PAGES PERTAINING TO THE ELECTRICAL BOOKS DEPICTING
   Numerous complex coded diagrams depicting various circuitry. November 3, 2003 authored a Letter to QT
   Optoelectronics claiming to be a self-employed telecommunication engineer in Crescent City.

The following 10 magazines and 12 photos were confiscated per Thornburgh v. Abbott **109 S. Ct 1874**
   *(This decision endorses exclusion of specific publications for specific reasons. i.e. "It is sexually explicit
   material that by its nature or content poses a threat to the security, good order or discipline of the institution
   or facilitates criminal activity." "A warden may reject the following types of sexually explicit material to 28
   CFR 540.71(b)(7) "(4)Involving children.") A pedophile could interpret teen and pre-adolescent teenagers
   appearing in photos, books, magazines and/or various types of publications scantly clad in swimsuits, tight
   fitting leotards and tights as erotic paraphernalia. In a high notoriety case such as LEMONT'S, it would
   not be responsible to allow him to possess materials that may encourage him as it is clearly established that
   LEMONT is a pedophile. It is in the best interest of the Department and public safety that these items are
   construed as contraband not only due to the nature of their content but have also been altered from their
   original form.*

1 ALTERED TEEN MAGAZINE DEPICTING PRE-ADOLESCENT AND TEENAGERS **MAGAZINES DISPOSED OF PER DOM NON-METALLIC CONTRABAND**

1 ALTERED SPORTS ILLUSTRATED FOR KIDS

5 ALTERED GYMNASTIC MAGAZINES
   Depicting preadolescent children in leotards and tights

DETAILS MAGAZINE
   Photo of a nude child being held by a man. (Mans arm was around the genital area)

POPULAR SCIENCE MAGAZINE
   Lemont had page earmarked that portrayed a young male child in his swimsuit standing on a bathtub

**DISPOSED OF PER DOM**

2 PHOTOS OF UNIDENTIFIED YOUNG GIRLS SCANTLY CLAD IN SWIMSUITS
   12 – 4x6

ORIGINAL DEATH CERTIFICATES FOR DOROTHY LEMONT
   (1) Issued April 27, 2000 from the city of Long Beach
   (2) Issued October 6, 2000 from the Department of Health Services

**RETURNED TO HIM**

EXH. A-3

Page 4

1 COPY OF DEATH CERTIFICATE FOR DOROTHY LEMONT — RETURNED TO I/M LEMONT 8-12-05
  Issued April 27, 2000

1 COPY STATE OF CALIFORNIA CHECK IN THE AMOUNT OF $8.00
  Payable to "Vital Records" Sacramento on August 3, 2000

1 TRUST WITHDRAWAL RECEIPT FROM LEMONTS TRUST IN THE AMOUNT OF $8.00
  Payable to "Vital Records" Sacramento on August 3, 2000

1 1099-INT FORM
  Containing a social security number (Possibly LEMONT'S) requesting tax return for the year ending 2000

1 PAGE BOND LISTING
  12 - $100.00 Series EE          RETURNED TO I/M LEMONT 8-12-05
  6 - $500.00 Series EE

5 MISCELLANEOUS BOND INFORMATION PAMPHLETS

LEMONT has been placed on Mail Monitoring Status and this status will remain in effect regardless of LEMONT'S housing. This is to include temporary housing in the Correctional Treatment Center. All confiscated items listed above will be retained for review and scrutiny by C. M. Patten, Facility Captain, Psychiatric Services Unit. If you have, any questions and/or concerns please feel free to contact Captain at ext. 9196.

✱ NOTE  ITEMS RETURNED
AND OR DISPOSED OF
PER DOM SECTION

Approved/Denied

L. Testa
Correctional Officer
Psychiatric Services Unit

K. Ohland
Correctional Sergeant
Psychiatric Services Unit

C. M. Patten
Facility Captain
Psychiatric Services Unit

DATE: 08-04-05                    PBSP/PSU/EOP                    GENERAL CHRONO
                                  CVU. A - 4

qdl

PELICAN BAY STATE PRISON
SECURITY HOUSING UNIT
UNIT C-1

# EXHIBIT "B"-1

### FOLLOWS THIS PAGE

PETITIONER'S EXHIBIT "B", AND ATTACHMENTS

## DECLARATION OF HERBERT BRUCE LEMONT

I, HERBERT BRUCE LEMONT, HEREBY DECLARE THE FOLLOWING:

1. I AM THE PETITIONER IN THIS ACTION, AND I AM CURRENTLY INCARCERATED AT PELICAN BAY STATE PRISON, CRESCENT CITY, CALIFORNIA.

2. ON AUGUST 3, 2005, RESPONDENTS CONFISCATED BOOKS, PHOTOGRAPHS, LEGAL TRANSCRIPTS, AND OTHER PERSONAL PROPERTY FROM ME, HAVING A TOTAL VALUE IN EXCESS OF $300.00. ON 12/8/05, THE PROPERTY THAT WAS CONFISCATED ON 8/3 WAS DESTROYED.

3. RESPONDENT'S CLAIM THAT I HAD "ADDRESSES AND SOCIAL-SECURITY NUMBERS OF VICTIMS" IN "CODES, WRITINGS" IS PATENTLY FALSE; I CATEGORICALLY DENY HAVING ANY SUCH INFORMATION OR ANY INFORMATION PERTAINING TO ANY "VICTIMS" WRITTEN IN ANY OF MY PERSONAL PROPERTY. I ALSO DENY BEING IN POSSESSION OF ANY PHOTOGRAPHS OF PERSONS WHO ARE/WERE UNDER 18 YEARS OF AGE, AS OF 8/3/05.

4. IN AN ATTEMPT TO RE-CREATE SOME OF THE EVIDENCE THAT WAS DESTROYED, I HAVE ATTACHED COPIES OF SCIENTIFIC/TECHNICAL DOCUMENTS TO THIS EXHIBIT (SEE ATTACHMENTS).

5. I DECLARE UNDER PENALTY OF PERJURY THE FOREGOING TO BE TRUE AND CORRECT.

EXECUTED ON 7/23/07 AT PELICAN BAY STATE PRISON, CRESCENT CITY.

SS/ _____
HERBERT B. LEMONT, PETITIONER, IN PRO SE

EXHIBIT B-1

## ATTACHMENTS

TO EXHIBIT "B"

NEXT **5** PAGES

FOLLOWS <u>THIS</u> PAGE

(NOTE: THE FOLLOWING ATTACHMENTS
ARE PRESENTED AS <u>EVIDENCE</u>
TO REFUTE RESPONDENT'S CLAIM
THAT I HAD "CODED WRITINGS"
CONTAINING ADDRESSES AND SOCIAL-
SECURITY NUMBERS OF VICTIMS" IN
MY PROPERTY; IN FACT THIS WAS
ONLY <u>SCIENTIFIC</u> AND <u>TECHNICAL</u>
INFORMATION, AS PRESENTED AS
AN <u>EXAMPLE</u> ON THE NEXT **5** PAGES).

E-49653

PELICAN BAY STATE PRISON
SECURITY HOUSING UNIT
UNIT C-1



ELECTRONIC SCHEMATIC DIAGRAM: 1400
EXHIBIT "B" (2-PAGES)



EXHIBIT B-2

GRAYHILL 86BB2-006
16-KEY DTMF KEYPAD

EXHIBIT B-2

CALL DIVERTER-NEW VERSION (PAGE 2)
CONTROL CIRCUIT V. NV-07

Add: DTMF DETECT
(OR) CID DECODER
FOR REMOTE PROGRAM
OPTION.



| | | | | | |
|---|---|---|---|---|---|
| **H** HYDROGEN | **He** HELIUM | **Li** LITHIUM | **Be** BERYLLIUM | **B** BORON | **C** CARBON |
| **N** NITROGEN | **O** OXYGEN | **F** FLUORINE | **Ne** NEON | **Na** SODIUM | **Mg** MAGNESIUM |
| **Al** ALUMINUM | **Si** SILICON | **P** PHOSPHORUS | **S** SULFUR | **Cl** CHLORINE | **Ar** ARGON |
| **K** POTASSIUM | **Ca** CALCIUM | **Sc** SCANDIUM | **Ti** TITANIUM | **V** VANADIUM | **Cr** CHROMIUM |
| **Mn** MANGANESE | **Fe** IRON | **Co** COBALT | **Ni** NICKEL | **Cu** COPPER | **Zn** ZINC |
| **Ga** GALLIUM | **Ge** GERMANIUM | **As** ARSENIC | **Se** SELENIUM | **Br** BROMINE | **Kr** KRYPTON |
| **Rb** RUBIDIUM | **Sr** STRONTIUM | **Y** YTTRIUM | **Zr** ZIRCONIUM | **Nb** NIOBIUM | **Mo** MOLYBDENUM |
| **Tc** TECHNICIUM | **Ru** RUTHENIUM | **Rh** RHODIUM | **Pd** PALLADIUM | **Ag** SILVER | **Cd** CADMIUM |
| **In** INDIUM | **Sn** TIN | **Sb** ANTIMONY | **Te** TELLURIUM | **I** IODINE | **Xe** XENON |
| **Cs** CESIUM | **Ba** BARIUM | **La** LANTHANUM | **Ce** CERIUM | **Pr** PRASEODYMIUM | **Nd** NEODYMIUM |
| **Pm** PROMETHIUM | **Sm** SAMARIUM | **Eu** EUROPIUM | **Gd** GADOLINIUM | **Tb** TERBIUM | **Dy** DYSPROSIUM |
| **Ho** HOLMIUM | **Er** ERBIUM | **Tm** THULIUM | **Yb** YTTERBIUM | **Lu** LUTETIUM | **Hf** HAFNIUM |
| **Ta** TANTALUM | **W** TUNGSTEN | **Re** RHENIUM | **Os** OSMIUM | **Ir** IRIDIUM | **Pt** PLATINUM |
| **Au** GOLD | **Hg** MERCURY | **Tl** THALLIUM | **Pb** LEAD | **Bi** BISMUTH | **Po** POLONIUM |
| **At** ASTATINE | **Rn** RADON | **Fr** FRANCIUM | **Ra** RADIUM | **Ac** ACTINIUM | **Th** THORIUM |
| **Pa** PROTACTINIUM | **U** URANIUM | **Np** NEPTUNIUM | **Pu** PLUTONIUM | **Am** AMERICIUM | **Cm** CURIUM |

PELICAN BAY STATE PRISON
SECURITY HOUSING UNIT

PELICAN BAY STATE PRISON
SECURITY HOUSING UNIT

# ADDITIONAL ATTACHMENTS TO EXHIBIT "B"

### (NEXT 85 PAGES)

PELICAN BAY STATE PRISON
SECURITY HOUSING UNIT
UNIT C-1

EXH. B-5


**National Semiconductor**

June 1999

# LMC567
# Low Power Tone Decoder

## General Description

The LMC567 is a low power general purpose LMCMOS™ tone decoder which is functionally similar to the industry standard LM567. It consists of a twice frequency voltage-controlled oscillator (VCO) and quadrature dividers which establish the reference signals for phase and amplitude detectors. The phase detector and VCO form a phase-locked loop (PLL) which locks to an input signal frequency which is within the control range of the VCO. When the PLL is locked and the input signal amplitude exceeds an internally pre-set threshold, a switch to ground is activated on the output pin. External components set up the oscillator to run at twice the input frequency and determine the phase and amplitude filter time constants.

## Features

- Functionally similar to LM567
- 2V to 9V supply voltage range
- Low supply current drain
- No increase in current with output activated
- Operates to 500 kHz input frequency
- High oscillator stability
- Ground-referenced input
- Hysteresis added to amplitude comparator
- Out-of-band signals and noise rejected
- 20 mA output current capability

## Block Diagram (with External Components)



00857001

**Order Number LMC567CM or LMC567CN**
**See NS Package Number M08A or N08E**

LMCMOS™ is a trademark of National Semiconductor Corp.

© 2004 National Semiconductor Corporation    DS006670    www.national.com

EX#, B-6

LMC567

## Absolute Maximum Ratings (Note 1)

**If Military/Aerospace specified devices are required, please contact the National Semiconductor Sales Office/ Distributors for availability and specifications.**

| | |
|---|---|
| Input Voltage, Pin 3 | 2 $V_{p-p}$ |
| Supply Voltage, Pin 4 | 10V |
| Output Voltage, Pin 8 | 13V |
| Voltage at All Other Pins | Vs to Gnd |
| Output Current, Pin 8 | 30 mA |
| Package Dissipation | 500 mW |
| Operating Temperature Range ($T_A$) | −25°C to +125°C |

| | |
|---|---|
| Storage Temperature Range | −55°C to +150°C |
| Soldering Information | |
| Dual-In-Line Package | |
| Soldering (10 sec.) | 260°C |
| Small Outline Package | |
| Vapor Phase (60 sec.) | 215°C |
| Infrared (15 sec.) | 220°C |

See AN-450 "Surface Mounting Methods and Their Effect on Product Reliability" for other methods of soldering surface mount devices.

## Electrical Characteristics

Test Circuit, $T_A$ = 25°C, $V_s$ = 5V, RtCt #2, Sw. 1 Pos. 0, and no input, unless otherwise noted.

| Symbol | Parameter | Conditions | | Min | Typ | Max | Units |
|---|---|---|---|---|---|---|---|
| I4 | Power Supply Current | RtCt #1, Quiescent or Activated | $V_s$ = 2V | | 0.3 | | mAdc |
| | | | $V_s$ = 5V | | 0.5 | 0.8 | |
| | | | $V_s$ = 9V | | 0.8 | 1.3 | |
| V3 | Input D.C. Bias | | | | 0 | | mVdc |
| R3 | Input Resistance | | | | 40 | | kΩ |
| I8 | Output Leakage | | | | 1 | 100 | nAdc |
| $f_0$ | Center Frequency, $F_{osc} \div 2$ | RtCt #2, Measure Oscillator Frequency and Divide by 2 | $V_s$ = 2V | | 98 | | kHz |
| | | | $V_s$ = 5V | 92 | 103 | 113 | |
| | | | $V_s$ = 9V | | 105 | | |
| $\Delta f_0$ | Center Frequency Shift with Supply | $\dfrac{f_0|9V - f_0|2V}{7\, f_0|5V} \times 100$ | | | 1.0 | 2.0 | %/V |
| $V_{in}$ | Input Threshold | Set Input Frequency Equal to $f_0$ Measured Above, Increase Input Level Until Pin 8 Goes Low. | $V_s$ = 2V | 11 | 20 | 27 | mVrms |
| | | | $V_s$ = 5V | 17 | 30 | 45 | |
| | | | $V_s$ = 9V | | 45 | | |
| $\Delta V_{in}$ | Input Hysteresis | Starting at Input Threshold, Decrease Input Level Until Pin 8 goes High. | | | 1.5 | | mVrms |
| V8 | Output "Sat" Voltage | Input Level > Threshold Choose RL for Specified I8 | I8 = 2 mA | | 0.06 | 0.15 | Vdc |
| | | | I8 = 20 mA | | 0.7 | | |
| L.D.B.W. | Largest Detection Bandwidth | Measure $F_{osc}$ with Sw. 1 in Pos. 0, 1, and 2; $\text{L.D.B.W.} = \dfrac{F_{osc}|P2 - F_{osc}|P1}{F_{osc}|P0} \times 100$ | $V_s$ = 2V | 7 | 11 | 15 | % |
| | | | $V_s$ = 5V | 11 | 14 | 17 | |
| | | | $V_s$ = 9V | | 15 | | |
| $\Delta$BW | Bandwidth Skew | $\text{Skew} = \left(\dfrac{F_{osc}|P2 - F_{osc}|P1}{2\, F_{osc}|P0} - 1\right) \times 100$ | | | 0 | ±1.0 | % |
| $f_{max}$ | Highest Center Freq. | RtCt #3, Measure Oscillator Frequency and Divide by 2 | | | 700 | | kHz |
| $V_{in}$ | Input Threshold at $f_{max}$ | Set Input Frequency Equal to $f_{max}$ measured Above, Increase Input Level Until Pin 8 Goes Low. | | | 35 | | mVrms |

**Note 1:** Absolute Maximum Ratings indicate limits beyond which damage to the device may occur. Operating Ratings indicate conditions for which the device is functional, but do not guarantee specific performance limits. Electrical Characteristics state DC and AC electrical specifications under particular test conditions which guarantee specific performance limits. This assumes that the device is within the Operating Ratings. Specifications are not guaranteed for parameters where no limit is given, however, the typical value is a good indication of device performance.

EXA. B

LMC567

## Test Circuit



00867002

| RtCt | Rt | Ct |
|------|------|--------|
| #1 | 100k | 300 pF |
| #2 | 10k | 300 pF |
| #3 | 5.1k | 62 pF |

.1μF = 350Hz

$F_0 = 350 Hz$

$F_{osc} = 700 Hz$

LMC567

## Typical Performance Characteristics

**Supply Current vs. Operating Frequency**



00867003

**Bandwidth vs. Input Signal Level**



00867007

**Largest Detection Bandwidth vs. Temp.**



00867008

**Bandwidth as a Function of C2**



00867009

**Frequency Drift with Temperature**



00867010

**Frequency Drift with Temperature**



00867011

## Applications Information (refer to Block Diagram)

### GENERAL

The LMC567 low power tone decoder can be operated at supply voltages of 2V to 9V and at input frequencies ranging from 1 Hz up to 500 kHz.

The LMC567 can be directly substituted in most LM567 applications with the following provisions:

1. Oscillator timing capacitor Ct must be halved to double the oscillator frequency relative to the input frequency (See OSCILLATOR TIMING COMPONENTS).

2. Filter capacitors C1 and C2 must be reduced by a factor of 8 to maintain the same filter time constants.

3. The output current demanded of pin 8 must be limited to the specified capability of the LMC567.

### OSCILLATOR TIMING COMPONENTS

The voltage-controlled oscillator (VCO) on the LMC567 must be set up to run at twice the frequency of the input signal tone to be decoded. The center frequency of the VCO is set by timing resistor Rt and timing capacitor Ct connected to pins 5 and 6 of the IC. The center frequency as a function of Rt and Ct is given by:

$$F_{OSC} \cong \frac{1}{1.4 \; RtCt} \; Hz$$

Since this will cause an input tone of half $F_{OSC}$ to be decoded,

$$F_{INPUT} \cong \frac{1}{2.8 \; RtCt} \; Hz$$

This equation is accurate at low frequencies; however, above 50 kHz ($F_{OSC}$ = 100 kHz), internal delays cause the actual frequency to be lower than predicted.

The choice of Rt and Ct will be a tradeoff between supply current and practical capacitor values. An additional supply current component is introduced due to Rt being switched to $V_s$ every half cycle to charge Ct:

$$i_c \text{ due to Rt} = V_s/(4Rt)$$

Thus the supply current can be minimized by keeping Rt as large as possible (see supply current vs. operating frequency curves). However, the desired frequency will dictate an RtCt product such that increasing Rt will require a smaller Ct. Below Ct = 100 pF, circuit board stray capacitances begin to play a role in determining the oscillation frequency which ultimately limits the minimum Ct.

To allow for I.C. and component value tolerances, the oscillator timing components will require a trim. This is generally accomplished by using a variable resistor as part of Rt, although Ct could also be padded. The amount of initial frequency variation due to the LMC567 itself is given in the electrical specifications; the total trim range must also accommodate the tolerances of Rt and Ct.

### SUPPLY DECOUPLING

The decoupling of supply pin 4 becomes more critical at high supply voltages with high operating frequencies, requiring C4 to be placed as close as possible to pin 4.

### INPUT PIN

The input pin 3 is internally ground-referenced with a nominal 40 kΩ resistor. Signals which are already centered on 0V may be directly coupled to pin 3; however, any d.c. potential must be isolated via a coupling capacitor. Inputs of multiple LMC567 devices can be paralleled without individual d.c. isolation.

### LOOP FILTER

Pin 2 is the combined output of the phase detector and control input of the VCO for the phase-locked loop (PLL). Capacitor C2 in conjunction with the nominal 80 kΩ pin 2 internal resistance forms the loop filter.

For small values of C2, the PLL will have a fast acquisition time and the pull-in range will be set by the built in VCO frequency stops, which also determine the largest detection bandwidth (LDBW). Increasing C2 results in improved noise immunity at the expense of acquisition time, and the pull-in range will begin to become narrower than the LDBW (see Bandwidth as a Function of C2 curve). However, the maximum hold-in range will always equal the LDBW.

### OUTPUT FILTER

Pin 1 is the output of a negative-going amplitude detector which has a nominal 0 signal output of 7/9 $V_s$. When the PLL is locked to the input, an increase in signal level causes the detector output to move negative. When pin 1 reaches 2/3 $V_s$ the output is activated (see OUTPUT PIN).

Capacitor C1 in conjunction with the nominal 40 kΩ pin 1 internal resistance forms the output filter. The size of C1 is a tradeoff between slew rate and carrier ripple at the output comparator. Low values of C1 produce the least delay between the input and output for tone burst applications, while larger values of C1 improve noise immunity.

Pin 1 also provides a means for shifting the input threshold higher or lower by connecting an external resistor to supply or ground. However, reducing the threshold using this technique increases sensitivity to pin 1 carrier ripple and also results in more part to part threshold variation.

### OUTPUT PIN

The output at pin 8 is an N-channel FET switch to ground which is activated when the PLL is locked and the input tone is of sufficient amplitude to cause pin 1 to fall below 2/3 $V_s$. Apart from the obvious current component due to the external pin 8 load resistor, no additional supply current is required to activate the switch. The on resistance of the switch is inversely proportional to supply; thus the "sat" voltage for a given output current will increase at lower supplies.

EXH. B-10

LMC567

## Physical Dimensions  Inches (millimeters) unless otherwise noted







**Molded Small Outline (SO) Package (M)**
**Order Number LMC567CM**
**NS Package Number M08A**



**Molded Dual-In-Line Package (N)**
**Order Number LMC567CN**
**NS Package Number N08E**

EXH - B - II

## Notes

LMC567 Low Power Tone Decoder

---

National does not assume any responsibility for use of any circuitry described, no circuit patent licenses are implied and National reserves the right at any time without notice to change said circuitry and specifications.

For the most current product information visit us at www.national.com.

---

### LIFE SUPPORT POLICY

NATIONAL'S PRODUCTS ARE NOT AUTHORIZED FOR USE AS CRITICAL COMPONENTS IN LIFE SUPPORT DEVICES OR SYSTEMS WITHOUT THE EXPRESS WRITTEN APPROVAL OF THE PRESIDENT AND GENERAL COUNSEL OF NATIONAL SEMICONDUCTOR CORPORATION. As used herein:

1. Life support devices or systems are devices or systems which, (a) are intended for surgical implant into the body, or (b) support or sustain life, and whose failure to perform when properly used in accordance with instructions for use provided in the labeling, can be reasonably expected to result in a significant injury to the user.

2. A critical component is any component of a life support device or system whose failure to perform can be reasonably expected to cause the failure of the life support device or system, or to affect its safety or effectiveness.

---

### BANNED SUBSTANCE COMPLIANCE

National Semiconductor certifies that the products and packing materials meet the provisions of the Customer Products Stewardship Specification (CSP-9-111C2) and the Banned Substances and Materials of Interest Specification (CSP-9-111S2) and contain no "Banned Substances" as defined in CSP-9-111S2.

---

 **National Semiconductor Americas Customer Support Center**
Email: new.feedback@nsc.com
Tel: 1-800-272-9959

www.national.com

**National Semiconductor Europe Customer Support Center**
Fax: +49 (0) 180-530 85 86
Email: europe.support@nsc.com
Deutsch Tel: +49 (0) 89 9508 6208
English Tel: +44 (0) 870 24 0 2171
Français Tel: +33 (0) 1 41 91 8790

**National Semiconductor Asia Pacific Customer Support Center**
Email: ap.support@nsc.com

**National Semiconductor Japan Customer Support Center**
Fax: 81-3-5639-7507
Email: jpn.feedback@nsc.com
Tel: 81-3-5639-7560

EXA, B-12



**e·lab** Digital Engineering, Inc.

# EDE1144 Keypad Encoder IC

### 4 x 4 Matrix Keypad Encoder IC

## EDE1144     Jameco Part Number 171969

| | | | | |
|---|---|---|---|---|
| RS-232 Output | **1** | **XMIT** | **Beep** | **18** Beeper Output |
| 0 = 2400, 1 = 9600 Baud | **2** | **Baud** | **Valid** | **17** Data Valid Output |
| Connect to +5V | **3** | **+5V** | **OSC1** | **16** Oscillator Conection |
| Connect to +5V | **4** | **+5V** | **OSC2** | **15** Oscillator Connection |
| Digital Ground | **5** | **GND** | **+5V** | **14** Connect to +5V |
| Row 0 Output | **6** | **R0** | **C3** | **13** Column 3 Input |
| Row 1 Output | **7** | **R1** | **C2** | **12** Column 2 Input |
| Row 2 Output | **8** | **R2** | **C1** | **11** Column 1 Input |
| Row 3 Output | **9** | **R3** | **C0** | **10** Column 0 Input |

### *Functionality & Feature Set:*

- **Automatic key repeat after delay**
- **Contact debouncing**
- **Keybeep provides tactile feedback to operator**
- **Electrically quiet (reduced EMI) keypad scanning**
- **Serial / Parallel outputs available**
- **Data Valid output signal for interrupt activation**
- **2400/ 9600 serial Baud rates**
- **Available in 18 pin DIP or SOIC packages**
- **Interfaces to any microcontroller or microprocessor**
- **Cost effective for OEM applications**

The EDE1144 Keypad Encoder IC is designed to interface a matrix-type 4 row x 4 column (16 key or less) keypad to a microcontroller or other host processor. A one-wire serial or four-wire parallel interface returns the keypress data and can be used in conjunction with a 'data valid' signal for polled or interrupt-driven applications. The EDE1144 provides enhanced keypad features such as contact debouncing and key auto-repeat in an easy-to-use package that will lower software overhead in the host microcontroller and reduce the I/O pin requirements from eight to one, frequently resulting in the use of a less costly host microcontroller in your design.

In addition, the EDE1144 is electrically quiet. Many keypad encoders continually scan the keypad, radiating EMI noise from the wires leading to the keypad (resulting in trouble during emissions testing & final product certification & approval). The EDE1144 reduces this problem by monitoring the keypad with unchanging signals, and then scanning only once each time a keypress is detected.

Copyright © 1999 E-Lab Digital Engineering, Inc. All Rights Reserved.

EVH. B-13

EDE1144 Keypad Encoder IC

## PIN DEFINITIONS

### *Keypad Connection Pins:*

(R0) Row 0 / Data 0 Output (Pin 6)........................................Multiplexed Keypad Row 0,
Host System Data Input 0

(R1) Row 1 / Data 1 Output (Pin 7)........................................Multiplexed Keypad Row 1,
Host System Data Input 1

(R2) Row 2 / Data 2 Output (Pin 8)........................................Multiplexed Keypad Row 2,
Host System Data Input 2

(R3) Row 3 / Data 3 Output (Pin 9)........................................Multiplexed Keypad Row 3,
Host System Data Input 3

(C0) Column 0 Input (Pin 10).................................................Multiplexed Keypad Column 0
(through 330 Ω resistor)

(C1) Column 1 Input (Pin 11).................................................Multiplexed Keypad Column 1
(through 330 Ω resistor)

(C2) Column 2 Input (Pin 12).................................................Multiplexed Keypad Column 2
(through 330 Ω resistor)

(C3) Column 3 Input (Pin 13).................................................Multiplexed Keypad Column 3
(through 330 Ω resistor)

### *Control & Data Pins:*

Baud (Pin 2)..................................................................Baud Rate Selection;
0=2400, 1=9600

XMIT (Pin 1).................................................................Serial Data Output (TTL 1);
RS232 (Inverted TTL S Voltages)

Valid (Pin 17)...............................................................Data Valid Signal / Interrupt:
Parallel Data valid when low

Beep (Pin 18)...............................................................Modulated Output Signal:
Oscillates on keypress or repeat

### *Clock / Power Pins:*

OSC1 (Pin 16)..............................................................One pin of 4MHz parallel-cut
crystal or resonator, or a direct
TTL clock input

OSC2 (Pin 17)..............................................................Other pin of 4MHz parallel-cut
crystal or resonator, or leave
floating if OSC1 driven with
a TTL clock input

+5V (Pins 3,4,14)..........................................................Connect to +5V DC
(Vdd)

GND (Pin 5)................................................................Connect to 0V (Ground)

---

*Note: DIP are SOIC (surface mount) packages of the EDE1144 have identical pinout and
pincount.  Please specify EDE1144/P (DIP) or EDE1144/SO (SOIC) when ordering.*





**4x4 Multiplexed Keypad**

**Data Output**

Figure One: Connection Block Diagram

As illustrated by Figure One, the EDE1144 resides between the keypad and host microcontroller/ processor. The host microcontroller receives keypress data via either the four parallel data outputs (D0-D3, Pins 6-9) or the Serial Data Output (Pin 1). The Data Valid signal (Pin 17) is activated upon keypress (and upon each key repeat cycle if key is held). The Data Valid signal is activated prior to transmission of the serial data to allow polled (software-UART) style host serial systems such as the BASIC Stamp™ or a microcontroller without a hardware UART to enter the serial receive routine and receive the keypress data without needing to continually wait for the start bit. Note that the data outputs to the host microcontroller reside on the row output pins (Pins 6-9), therefore parallel-output data should only be read while the Data Valid (Pin 17) signal is active (low). Upon powerup, the four data output pins will be high, and will remain high except when a key is pressed.

The following table illustrates the data values returned by the serial and parallel outputs of the EDE144 upon each keypress. Note that the serial values are increased (by Hexadecimal 30 ($30) for 0-9 and Hex $37 for 10-15) to correspond to the ASCII equivalent (0-9,A-F) of the BCD (binary-coded decimal) value on the parallel outputs.

| Key: | 0 | 1 | 2 | 3 | 4 | 5 | | 7 |
|------|---|---|---|---|---|---|---|---|
| RS-232: | $30 ('0') | $31 ('1') | $32 ('2') | $33 ('3') | $34 ('4') | $35 ('5') | | $37 ('7') |
| D3..D0: | 0000 | 0001 | 0010 | 0011 | 0100 | 0101 | 01 | 0111 |

| Key: | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 |
|------|---|---|----|----|----|----|----|----|
| RS-232: | $38 ('8') | $39 ('9') | $41 ('A') | $42 ('B') | $43 ('C') | $44 ('D') | $45 ('E') | $46 ('F') |
| D3..D0: | 1000 | 1001 | 1010 | 1011 | 1100 | 1101 | 1110 | 1111 |

Table One: Keynumber vs. Output Data

**ē·lab**
Digital Engineering, Inc.

## OVERVIEW OF OPERATION

Table One of the previous page illustrates the data that is output upon each keypress. The following sequence is initiated upon each keypress, and is repeated if the key is held:

1. *Keypress is detected*
2. *One scan cycle is performed*
3. *Parallel Outputs (D3..D0) are latched with the appropriate value*
4. *Data Valid signal is activated (pulled low)*
5. *Beeper (1KHz square wave) is activated for 45mS*
6. *Serial data is transmitted*

This entire cycle takes 50mS (regardless of Baud rate selected). If a key is held longer than the autorepeat delay of 660 mS, the cycle is repeated again at a rate of 5 times per second. The following timing diagram illustrates the above sequence:



Once a key is pressed, any additional closures (bounce) of that contact, or of any other contacts are ignored for 50mS, during which several signals are output by the EDE1144. First, the parallel outputs D0..D3 (Pins 6-9) are latched with the appropriate keypress value. One microsecond later, the Data Valid Output (Pin 17) goes low, indicating that there is valid data on the parallel output pins. Following this, the Beeper Output (Pin 18) pulse stream is generated for 45mS, providing auditory confirmation to the keypad operator that a key has been pressed. Finally, the RS-232 Output (Pin 1) transmits the keypress data at the Baud rate selected by the Baud rate input select (Pin 2). After this, a variable (determined by Baud rate chosen) delay period is waited to make the entire process to last precisely 50mS.

If a key is held longer that the autorepeat delay of 660mS, the outputs are cleared and this entire process is repeated every 204mS until the key is released by the operator.



EXA-B-16

EDE1144 Keypad Encoder IC



*Figure Two: Schematic of Keypad Connection*

Figure Two illustrates a typical connection of a 4x4 keypad to the EDE1144. Note that R0-R3 (Pins 6-9) are connected to the keypad rows through 330 Ohm resistors. They are present to prevent a short circuit during the scan cycle in case more that one key is being held at a time, and they can also help to lower radiated emissions from the keypad wires. The 4.7K Ohm resistors on the keypad columns are pulldowns to prevent the EDE1144 column inputs from floating or oscillating. Pulldowns should be present on all four column inputs (C0..C3) regardless of the keypad size or configuration being used. *Note: Power and Ground connections have been omitted from the EDE1144 hookup shown in Figure Two to simplify the illustration. They must be connected in actual operation. Also, when using a 4MHz resonator with internal capacitors, the third (center) pin should be connected to ground.*

## PARALLEL DATA CONNECTION

To read data from the EDE1144 in a parallel format the host microcontroller will input from the four data inputs D0,D1,D2, & D3, which also serve as the row drive signal pins R0,R1,R2, & R3 (see Figure Two). While the EDE1144 is waiting for a keypress, it will hold these lines at 1111 (all high). Once a key is pressed, the data output pins will toggle while the keypad is scanned so that the EDE1144 can determine which key was pressed. Then, the appropriate data value (see Table One) will be output onto the data outputs (via the row output pins), and the Data Valid Output (Pin 17) will go low. This pin will stay low for 50 mS, during which the Data Output pins will hold the keypress data. The keypress data should be sampled during this 50mS window.

Both the Parallel & Serial Data outputs are activated on each keypress (and autorepeat cycle); designers using the parallel data outputs can ignore the serial data output (and vice versa · designers using the serial data output can ignore the parallel data output).



EXH. B-17

## SERIAL DATA CONNECTION

To receive keypress data serially from the EDE1144, two options exist. The first (typically used with a host microcontroller having an onboard hardware UART) is to simply connect the XMIT (Pin 1) line to the host microcontroller's serial data input. Each time a key is pressed (or the autorepeat loop cycles) one byte will be transmitted, corresponding to the values shown in Table One. The host microcontroller's hardware UART's 'Receive Buffer Full' flag can be polled to monitor for newly received serial data; alternately the host microcontroller can be configured to generate an interrupt when a new byte is received by the UART.

The second method of receiving serial data from the EDE1144 involves the use of the Data Valid signal (Pin 17). This pin can be polled by the host microcontroller, or connected to an external interrupt input. Once this pin transitions to its active level (low), the EDE1144 pauses 45mS (while the keybeep signal is generated) before the start bit and remaining data bits are sent, during which the host microcontroller can finish what it is doing and enter the serial receive routine, holding there until it detects the EDE1144's start bit. This method is ideal for BASIC Stamps™ and other devices using a 'software' (a non-hardware, or 'bit-bang') UART.

## SMALLER KEYPADS

The EDE1144 can be used with keypads smaller than 4 rows by 4 columns, such as 3 rows by four columns, 1 row by 4 columns, etc. Simply connect the keypad as shown in Figure Two, starting with Row 0 and Column 0, connecting as many rows and columns as your keypad has. Be certain to use the 330 Ohm resistor to connect each row of your keypad, and also be certain to pull all four column inputs (C0..C3) to ground with four 4.7K Ohm resistors as illustrated in Figure Two.

## BEEPER CONNECTION

In order to provide tactile feedback to the operator, the Beeper Output (Pin 18) of the EDE1144 is designed to drive a piezo beeper or speaker via a NPN transistor such as the 2N2222. Figure Two illustrates a typical common-emitter configuration. With the common-emitter drive configuration, be certain to use a resistor from the EDE1144 Beeper Output (Pin 18) to the transistor's base pin to limit base drive current. Your particular beeper may or may not require a resistor in series with it to limit current. The drive signal is a 1KHz square wave, toggling from 0 to 5 Volts, with a duration of 45mS.

## RS-232 OUTPUT

The RS-232 Output (Pin 1) transmits serial data to the host microcontroller. This data is sent at either 2400 or 9600 Baud, as selected by Pin 2. Data is send in traditional N-8-1 (no parity, 8 data bits, one stop bit) format at TTL/CMOS voltage levels; i.e. 0V to 5V. This serial output signal can be connected directly to the host microcontroller's serial input pin without any type of voltage level conversion. However, if data is to be sent to a device expecting RS-232 voltage levels of -12V to +12V (such as a PC), a voltage level conversion IC such as the MAX232 will be needed between the EDE1144's serial output pin and the PC's serial input pin.



EDE1144 Keypad Encoder IC

Although we strive to maintain a high degree of technical accuracy, this document may contain typographical errors or other inaccuracies. We reserve the right to correct any inaccuracy in future editions of this document without notice. This document and examples contained herein are provided 'As Is' without warranty of any kind expressed or implied. This document is to be used for informational purposes only and may not be duplicated for commercial purposes other than by distributors authorized by E-Lab Digital Engineering, Inc.

## ABSOLUTE MAXIMUM RATINGS

Oscillator frequency .......................................... 4 MHz
Supply Voltage .................................................. 7.5V
Ambient temperature under bias ...................... -55°C to +125°C
Max. current sunk by an output pin ................. 25mA
Max. current sourced by an output pin ............. 20mA
Max. current sunk by all 4 column inputs.......... 50mA
Max. current sourced by all 4 row outputs......... 40mA

## STANDARD OPERATING CONDITIONS

Supply voltage ................................................. 4.5V to 5.5V
Typical current draw.......................................... 1.8mA
Operating temperature ...................................... 0 °C to +70°C

*The EDE1144 IC is implemented as firmware on a PIC16C54 microcontroller, manufactured by Microchip Technology, Inc. For a more comprehensive technical summary of this device, please refer to the PIC16C54 datasheet (accessible from the E-Lab web site).*

## IMPORTANT NOTICE

E-LAB Digital Engineering, Inc. (E-LAB), reserves the right to change products or specifications without notice. Customers are advised to obtain the latest versions of product specifications, which should be considered when evaluating a product's appropriateness for a particular use.

THIS PRODUCT IS WARRANTED TO COMPLY WITH E-LAB'S SPECIFICATION SHEET AT THE TIME OF DELIVERY. BY USING THIS PRODUCT, CUSTOMER AGREES THAT IN NO EVENT SHALL E-LAB BE LIABLE FOR ANY DIRECT, INDIRECT, SPECIAL, INCIDENTAL OR CONSEQUENTIAL DAMAGES AS A RESULT OF THE PERFORMANCE, OR FAILURE TO PERFORM, OF THIS PRODUCT.

E-LAB MAKES NO OTHER WARRANTIES, EXPRESSED OR IMPLIED, INCLUDING ANY IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE.

E-LAB'S LIABILITY IS FOR A PERIOD NO GREATER THAN 90 DAYS FROM DATE OF SHIPMENT BY E-LAB AND IS LIMITED TO REPLACEMENT OF DEFECTIVE PRODUCT. This warranty covers only defects arising under normal use and not malfunctions resulting from misuse, abuse, modification, or repairs by anyone other than E-LAB.

E-LAB'S PRODUCTS ARE NOT AUTHORIZED FOR USE AS CRITICAL COMPONENTS IN LIFE SUPPORT DEVICES OR SYSTEMS WITHOUT THE EXPRESS WRITTEN APPROVAL OF THE PRESIDENT OF E-LAB. Life support devices or systems are those which are intended to support or sustain life and whose failure to perform can be reasonably expected to result in a significant injury or death to the user. Critical components are those whose failure to perform can be reasonably expected to cause failure of a life support device or system or affect its safety or effectiveness.

## COPYRIGHT NOTICE

This product may not be duplicated. E-LAB Digital Engineering, Inc. holds all copyrights on firmware, with all rights reserved. Unauthorized duplication of this device will be subject to penalty under state and/or federal law.

EDE1144 and the E-LAB logo are trademarks of E-LAB Digital Engineering, Inc. All other trademarks and registered trademarks are property of their respective owners.

## CONTACTING US

We are continually updating our product line. Please contact us for our latest product information.

**E-LAB Digital Engineering, Inc.**
**Carefree Industrial Park**
**1600 N. State Rte. 291 Hwy. Ste. 330**
**Independence, MO  64052-0436**

**Telephone: (816) 257-9954**
**FAX: (816) 257-9945**



Internet:
**www.elabinc.com**

E-Mail:
support@elabinc.com

*EVH .B-19*

*EXH. B-19*



# Si3056
# Si3018/19/10

SILICON LABORATORIES

# GLOBAL SERIAL INTERFACE DIRECT ACCESS ARRANGEMENT

## Features

Complete DAA includes the following:

- Programmable line interface
  - AC termination
  - DC termination
  - Ring detect threshold
  - Ringer impedance
- 80 dB dynamic range TX/RX paths
- Integrated codec and 2- to 4-wire hybrid
- Integrated ring detector
- Type I and II caller ID support
- Line voltage monitor
- Loop current monitor
- Polarity reversal detection
- Programmable digital gain
- Clock generation

- Pulse dialing support
- Overload detection
- 3.3 V power supply
- Direct interface to DSPs
- Serial interface control for up to eight devices
- >5000 V isolation
- Proprietary isolation technology
- Parallel handset detection
- +3.2 dBm TX/RX level mode
- Programmable digital hybrid for near-end echo reduction
- Low-profile SOIC packages
- Lead-free/RoHS-compliant packages available

## Applications

- V.92 modems
- Voice mail systems
- Multi-function printers
- Set-top boxes
- Fax machines
- Internet appliances
- Personal digital assistants

## Description

The Si3056 is an integrated direct access arrangement (DAA) with a programmable line interface to meet global telephone line requirements. Available in two 16-pin small outline packages, it eliminates the need for an analog front end (AFE), isolation transformer, relays, opto-isolators, and a 2- to 4-wire hybrid. The Si3056 dramatically reduces the number of discrete components and cost required to achieve compliance with global regulatory requirements. The Si3056 interfaces directly to standard modem DSPs.

## Functional Block Diagram





**Ordering Information**
See page 88.

### Pin Assignments



US Patent # 5,870,046
US Patent # 6,061,009
Other Patents Pending

Copyright © 2005 by Silicon Laboratories
Si3056

*EVH·B-20*

# Si3056
# Si3018/19/10

## TABLE OF CONTENTS

**Section**               **Page**

1. Electrical Specifications . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .5
2. Typical Application Schematic . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .18
3. Bill of Materials . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .19
4. AOUT PWM Output . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .20
5. Functional Description . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .21
    5.1. Upgrading from the Si3034/35/44 to Si3056 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .21
    5.2. Line-Side Device Support . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .21
    5.3. Power Supplies . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .25
    5.4. Initialization . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .25
    5.5. Isolation Barrier . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .25
    5.6. Transmit/Receive Full Scale Level (Si3019 Line-Side Only) . . . . . . . . . . . . . . . . . . . .25
    5.7. Parallel Handset Detection . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .25
    5.8. Line Voltage/Loop Current Sensing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .26
    5.9. Off-Hook . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .27
    5.10. Interrupts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .27
    5.11. DC Termination . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .28
    5.12. AC Termination . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .29
    5.13. Transhybrid Balance . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .29
    5.14. Ring Detection . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .30
    5.15. Ring Validation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .30
    5.16. Ringer Impedance and Threshold . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .30
    5.17. Pulse Dialing and Spark Quenching . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .31
    5.18. Billing Tone Protection and Receive Overload . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .31
    5.19. Billing Tone Filter (Optional) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .31
    5.20. On-Hook Line Monitor . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .32
    5.21. Caller ID . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .32
    5.22. Overload Detection . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .35
    5.23. Gain Control . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .35
    5.24. Filter Selection . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .36
    5.25. Clock Generation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .36
    5.26. Digital Interface . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .37
    5.27. Multiple Device Support . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .38
    5.28. Power Management . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .39
    5.29. Calibration . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .39
    5.30. In-Circuit Testing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .39
    5.31. Exception Handling . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .40
    5.32. Revision Identification . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .40
6. Control Registers . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .48
Appendix—UL1950 3rd Edition . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .83
7. Pin Descriptions: Si3056 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .84
8. Pin Descriptions: Si3018/19/10 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .86



SILICON LABORATORIES

EVH. B-21

**Si3215**

## TABLE OF CONTENTS

**Section**                                                                              **Page**

1. Electrical Specifications . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .4
2. Functional Description . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .23
    2.1. Si3210 to Si3215 Differences . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .23
    2.2. Linefeed Interface . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .29
    2.3. Battery Voltage Generation and Switching . . . . . . . . . . . . . . . . . . . . . . . . . . . . .32
    2.4. Tone Generation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .35
    2.5. Ringing Generation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .39
    2.6. Audio Path . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .42
    2.7. Two-Wire Impedance Matching . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .42
    2.8. Clock Generation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .43
    2.9. Interrupt Logic . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .43
    2.10. Serial Peripheral Interface . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .46
    2.11. PCM Interface . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .47
    2.12. Companding . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .50
3. Control Registers . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .101
4. Indirect Registers . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .102
    4.1. Oscillators . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .103
    4.2. Digital Programmable Gain/Attenuation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .104
    4.3. SLIC Control . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .105
    4.4. FSK Control . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .107
5. Pin Descriptions: Si3215 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .110
6. Pin Descriptions: Si3201 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .111
7. Ordering Guide . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .113
8. Package Outline: 38-Pin QFN . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .114
9. Package Outline: 38-Pin TSSOP . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .115
10. Package Outline: 16-Pin ESOIC . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .116
Document Change List . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .118
Contact Information . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .118



SILICON LABORATORIES



EXH. B-22

# Si3215

SILICON LABORATORIES

# PROSLIC® PROGRAMMABLE CMOS SLIC/CODEC WITH RINGING/BATTERY VOLTAGE GENERATION

## Features

- Performs all BORSCHT functions
- Software-programmable internal balanced ringing up to 90 VPK (5 REN up to 4 kft, 3 REN up to 8 kft)
- Integrated battery supply with dynamic voltage output
  - On-chip dc-dc converter continuously minimizes power in all operating modes
  - Entire solution can be powered from a single 3.3 V or 5 V supply
  - 3.3 to 35 V dc input range
  - Dynamic 0 to –94.5 V output
  - Low-cost inductor and high-efficiency transformer versions supported
- Software-programmable linefeed parameters:
  - Ringing frequency, amplitude, cadence, and waveshape
  - 2-wire ac impedance and hybrid
  - Constant current feed (20 to 41 mA)
  - Loop closure and ring trip thresholds and filtering

- Software-programmable signal generation and audio processing:
  - Phase-continuous FSK (caller ID) generation
  - Dual audio tone generators
  - Smooth and abrupt polarity reversal
  - μ-Law/A-Law and 16-bit linear PCM audio
- Extensive test and diagnostic features
  - Multiple voice loopback test modes
  - Real time dc linefeed measurement
  - GR-909 line test capabilities
- SPI and PCM bus digital interfaces
- Extensive programmable interrupts
- 100% software-configurable global applications
- Ideal for customer premise equipment applications
- Lead-free and RoHS-compliant packages available

## Applications

- Voice-over-broadband systems: DSL, cable, wireless
- PBX/IP-PBX/key telephone systems
- Terminal adapters: ISDN, Ethernet, USB

## Description

The ProSLIC is a low-voltage CMOS device that provides a complete analog telephone interface ideal for customer premise equipment (CPE) applications. The ProSLIC integrates subscriber line interface circuit (SLIC), codec, and battery generation functionality into a single CMOS integrated circuit. The integrated battery supply continuously adapts its output voltage to minimize power and enables the entire solution to be powered from a single 3.3 V (Si3215M only) or 5 V supply. The ProSLIC controls the phone line through Silicon Labs' Si3201 Linefeed Interface Chip or discrete component line feed. Si3215 features include software-configurable 5 REN internal ringing up to 90 V$_{PK}$, DTMF generation, and a comprehensive set of telephony signaling capabilities including expanded support of Japan and China country requirements. The ProSLIC is packaged in a 38-pin QFN and TSSOP, and the Si3201 is packaged in a thermally-enhanced 16-pin SOIC.

## Functional Block Diagram





**Ordering Information**
See page 111.

### Pin Assignments

Si3215

QFN

| | |
|---|---|
| DTX | SDITHRU |
| FSYNC | DCDRV |
| RESET | DCFF |
| SDCH | TEST |
| SDCL | GNDD |
| V$_{DDN}$ | VDDD |
| IREF | ITPN |
| CAPP | ITPP |
| QGND | V$_{DDA2}$ |
| CAPM | IRINGP |
| STIPDC | IRINGN |
| SRINGDC | IGMP |

Top pins: DRX, PCLK, INT, CS, SCLK, SDI, SDO (38 37 36 35 34 33 32 31)

Side pins (right, top to bottom): 30, 29, 28, 27, 26, 25, 24, 23, 22, 21

Left pins (1–12)

Bottom pins: STIPE, SVBAT, SRINGE, STIPAC, SRINGAC, IGMN, GNDA (13 14 15 16 17 18 19 20)

U.S. Patent #6,567,521
U.S. Patent #6,812,744
Other patents pending

Copyright © 2005 by Silicon Laboratories

Si3215

EXH, B-23



September 1994

**N** *National Semiconductor*

# TP3410 ISDN Basic Access Echo-Cancelling 2B1Q U Transceiver

## General Description

The TP3410 is a single monolithic transceiver for ISDN Basic Access data transmission at either end of the U interface. Fully compatible with ANSI specification T1.601, it is built on National's advanced double-metal CMOS process, and requires only a single +5V power supply. A total of 160 kbps full-duplex transmission on a single twisted-pair is provided, with user-accessible channels including 2 'B' channels, each at 64 kbps, 1 'D' channel at 16 kbps, and an additional 4 kbps for loop maintenance. 12 kbps of bandwidth is reserved for framing. 2B1Q Line coding is used, in which pairs of binary bits are coded into 1 of 4 quantum levels for transmission at 80k symbols/sec (hence 2 Binary/1 Quaternary). To meet the very demanding specifications for <1 in 10e7 Bit Error Rate even on long loops with crosstalk, the device includes 2 Adaptive Digital Signal Processors, 2 Digital Phase-locked Loops and a controller for automatic activation.

The digital interface on the device can be programmed for compatibility with either of two types of control interface for chip control and access to all spare bits. In one mode a Microwire serial control interface is used together with a 2B+D digital interface which is compatible with the Time-division Multiplexed format of PCM Combo devices and backplanes. This mode allows independent time-slot assignment for the 2 B channels and the D channel.

Alternatively, the GCI (General Circuit Interface) may be selected, in which the 2B+D data is multiplexed together with control, spare bits and loop maintenance data on 4 pins.

Combo® and TRI-STATE® are registered trademarks of National Semiconductor Corporation.
MICROWIRE™ is a trademark of National Semiconductor Corporation.
The General Circuit Interface (G.C.I.) is an interface specification of the Group-of-Four European Telecommunications Companies.

## Features

- 2 'B' + 'D' channel 160 kbps transceiver for LT and NT
- Meets ANSI T1.601 U.S. Standard
- 2B1Q line coding with scrambler/descrambler
- Range exceeds 18 kft of #26 AWG
- >70 dB adaptive echo-cancellation and equalization
- On-chip timing recovery, no precision external components
- Direct connection to small line transformer
- Automatic activation controller
- Selectable digital interface formats:
  — TDM with time-slot assigner up to 64 slots, plus MICROWIRE™ control interface
  — GCI (General Circuit Interface), or
  — IDL (Inter-chip Digital Link)
- Backplane clock DPLL allows free-running XTAL
- Elastic data buffers meet Q.502 wander/jitter for Slave-slave mode on PBX Trunk Cards and DLC
- EOC and spare bits access with automatic validation
- Block error counter
- 6 loopback test modes
- Single +5V supply, 325 mW active power
- 20 mW idle mode with line signal "wake-up" detector

## Applications

- LT, NT-1, NT-2 Trunks, U-TE's, Regenerators etc.
- Digital Loop Carrier
- POTS Pair-Gain Systems
- Easy interface to:
  — Line Card Backplanes                   TP3420A
  — "S" Interface Device          TP3054/7 and TP3075/6
  — Codec/Filter Combos                     MC68302, HPC16400
  — LAPD Processor                          TP3451
  — HDLC Controller

## Block Diagram



Note: Pin names show Microwire mode.

TL/H/9151-1

©1995 National Semiconductor Corporation    TL/H/9161                                    RRD-B30M115/Printed in U.S.A.

EXH. B-24

## Connection Diagrams



Pin Names for MICROWIRE Mode

Pin Names for GCI Mode

Top View

Top View

TL/H/9151–2

TL/H/9151–3

Order Number TP3410J
See NS Package Number J28A

## Pin Descriptions

| Pin No. | Symbol | Description |
|---|---|---|
| 24<br>9<br>23 | GNDA<br>GNDD1<br>GNDD2 | Negative power supply pins, which must be connected together close to the device. All digital signals are referenced to these pins, which are normally at the system 0V (Ground) potential. |
| 5 | V$_{CC}$A | Positive power supply input for the analog sections, which must be +5V ±5% and must be directly connected to V$_{CC}$D. |
| 8 | V$_{CC}$D | Positive power supply input for the digital section, which must be +5V ±5% and must be directly connected to V$_{CC}$A. |
| 21 | MCLK/<br>XTAL | The 15.36 MHz Master Clock input, which requires either a parallel resonance crystal to be tied between this pin and XTAL2, or a CMOS logic level clock input from a stable source (a TTL Logic "1" level is not suitable). This clock does not need to be synchronized to the system clock (BCLK and FS), see Section 5.1. |
| 20 | XTAL2 | The output of the crystal oscillator, which should be connected to one end of the crystal, if used; otherwise this pin must be left open-circuit. Not recommended to drive additional logic. |
| 10 | TSr/<br>SCLK | This pin has 2 functions: in LT mode it is an open-drain n-channel TSr output, which goes low only during the time-slots assigned to the B1 and B2 channels at the Br pin in order to enable the TRI-STATE control of the backplane line-driver. In NT mode it is a full CMOS 15.36 MHz synchronous clock output which is frequency-locked to the received line signal (unlike the XTAL pins it is not free-running). |

| Pin No. | Symbol | Description |
|---|---|---|
| 22 | TSFS | The Transmit Superframe Sync pin, which indicates the start of each 12 ms transmit superframe at the U interface. In NT mode this pin is always an output. In LT mode it may be selected to be either an input or CMOS output via Register CR2; when selected as an output the signal is a squarewave. Must be tied low if selected as input yet not driven. |
| 25 | LSD/RSFS | This pin is an open-drain n-channel Line Signal Detector output, which is normally high-impedance and pulls low only when the device is powered down and an incoming wake-up signal is detected from the far-end. As an option this pin can be programmed to be an output indicating the start of the received superframe at the U interface; an external pull-up resistor is required.<br>The RSFS signal indicates the start of each 12 ms receive superframe from the U Interface and is available in NT and LT modes. The Received Superframe Synch clock output is accessible on pin 25 by writing X'1C04 and X'100C (or X'100E) during device initialization. See TP3410 users manual AN-913, Part II Section 4.18). |
| 1<br>4 | Lo+<br>Lo– | Transmit 2B1Q signal differential outputs to the line transformer. When used with an appropriate 1:1.5 step-up transformer and the line coupling circuit recommended in the Applications section, the line signal conforms to the output specifications in the ANSI standard. |

2

EXH. B-25

## Pin Descriptions (Continued)

**PIN DESCRIPTIONS SPECIFIC TO MICROWIRE MODE ONLY (MW = 1)**

| Pin No. | Symbol | Description |
|---|---|---|
| 2 3 | Li+ Li− | Receive 2B1Q signal differential inputs from the line transformer. For normal full-duplex operation, these pins should be connected to the Lo± pins through the recommended coupling circuit, as shown in the Applications section. |
| 28 | MW | The Microwire/$\overline{GCI}$ Select pin, which must be tied to $V_{CC}D$ to enable the Microwire Interface with any of the data formats at the Digital System Interface. |
| 12 | BCLK | The Bit Clock pin, which determines the data shift rate for 'B' and 'D' channel data on the digital interface side of the device. When Digital System Interface (DSI) Slave mode is selected (see Digital Interfaces section), BCLK is an input which may be any multiple of 8 kHz from 256 kHz to 4.096 MHz. It need not be synchronous with MCLK. When DSI Master mode is selected, this pin is a CMOS output clock at 256 kHz, 512 kHz, 1.536 MHz, 2.048 MHz or 2.56 MHz, depending on the selection in Command Register 1. It is synchronous with the data on Bx and Br. |
| 6 | FSa | In DSI Slave mode, this pin is the Transmit Frame Sync pulse input, requiring a positive edge to indicate the start of the active channel time for transmit B1 channel data into Bx. In DSI Master mode, this pin is a Frame Sync CMOS output pulse conforming with the selected Digital Interface format. |
| 7 | FSb | In DSI Slave mode, this pin is the Receive Frame Sync pulse input, requiring a positive edge to indicate the start of the active channel time of the device for receive B channel data out from Br (see DSI Format section). In DSI Master mode this pin is a Frame Sync CMOS output pulse conforming with the selected Digital Interface format. |
| 13 | Bx | The digital input for B and, if selected, D channel data to be transmitted to the line; must be synchronous with BCLK. |
| 11 | Br | The TRI-STATE output for B and, if selected, D channel data received from the line; it is synchronous with BCLK. |
| 18 | CI | The Microwire control channel data input. |
| 19 | CO | The Microwire control channel TRI-STATE output for status information. When not enabled by $\overline{CS}$, this output is high-impedance. |

*Crystal specifications: 15.36 MHz ±50 ppm parallel resonant; $R_S \leq 20\Omega$. Load with 33 pF to GND each side (+7 pF due to pin capacitance).

| Pin No. | Symbol | Description |
|---|---|---|
| 17 | CCLK | The Microwire control channel Clock input, which may be asynchronous with BCLK. |
| 27 | $\overline{CS}$ | The Chip Select input, which enables the Control channel data to be shifted in and out when pulled low. When high, this pin inhibits the Control interface. |
| 26 | $\overline{INT}$ | The Interrupt output, a latched open-drain output signal which is normally high-impedance, and goes low to indicate a change of status of the loop transmission system. This latch is cleared when the Status Register is read by the microprocessor. |
| 16 | Dx | When the D-port is enabled this pin is the digital input for D channel data to be transmitted to the line clocked by DCLK or BCLK, see Register CR2. When the D-port is disabled via CR2, this pin must be tied to GND. |
| 15 | Dr | When the D-port is enabled this pin is the TRI-STATE output for D channel data to be received from the line clocked by DCLK or BCLK, see Register CR2. |
| 14 | DCLK | When the D-port is enabled, in DSI Slave or Master mode, this is a 16 kHz clock CMOS output for D channel data. When the D-port is disabled or not used, this pin must be left open-circuit. |

**PIN DESCRIPTIONS SPECIFIC TO GCI MODE ONLY (MW = 0)**

| Pin No. | Symbol | Description |
|---|---|---|
| 28 | MW | The Microwire/$\overline{GCI}$ select input, which must be tied to GND to enable the GCI mode at the Digital System Interface. |
| 27 | MO | The GCI Master/Slave select input for the clock direction. Connect this pin low to select BCLK and FSa as inputs i.e., GCI Slave; Selection of LT or NT mode must be made in register CR2. When MO is connected high, NT Mode is automatically selected, and BCLK, FSa and FSb are outputs, i.e., the GCI Master, see Section 8. |
| 12 | BCLK | The Bit Clock pin, which controls the shifting of data on the Bx and Br pins, at a rate of 2 BCLK cycles per data bit. When GCI Slave mode is selected (see Digital Interfaces section), BCLK is an input which may be any multiple of 16 kHz from 512 kHz to 6.144 MHz. It need not be synchronous with MCLK. When GCI Master mode is selected, this pin is a CMOS output clock at 512 kHz or 1.536 MHz, depending on the connection of the S2/CLS pin. It is synchronous with the data on Bx and Br. |

3

EXA. B-26

## Pin Descriptions (Continued)

| Pin No. | Symbol | Description |
|---|---|---|
| 13 | Bx | The digital input for multiplexed B, D and control data clocked by BCLK at the rate of 1 data bit per 2 BCLK cycles, and 32 data bits per 8 kHz frame defined by FSa. |
| 11 | Br | The open-drain n-channel output for multiplexed B, D and control data clocked by BCLK at the rate of 1 data bit per 2 BCLK cycles, and 32 data bits per 8 kHz frame defined by FSa. A pull-up resistor is required to define the logical 1 state. |
| 6 | FSa | In GCI Slave mode (MO connected low), this pin is the 8 kHz Frame Sync pulse input, requiring a positive edge to indicate the start of the GCI slot time for both transmit and receive data at Bx and Br. In GCI Master mode, this pin is the 8 kHz Frame Sync CMOS output pulse. |

| Pin No. | Symbol | Description |
|---|---|---|
| 17 | S2/CLS | In GCI Slave mode (MO = 0): input pins S2, S1 and S0 together provide a 3-bit binary-coded select port for the GCI channel number; S2 is the msb. These pins must be connected either to $V_{CCD}$ or GND to select the 1-of-8 GCI slots which are available if BCLK $\geq$ 4.096 MHz is used. |
| 19 | S1 | |
| 7 | SO/FSb | |
| | | In GCI Master mode (MO = 1) S2/CLS is the GCI Clock Select input. Connect this pin high to select BCLK = 1.536 MHz; connect CLS low to select BCLK = 512 kHz. SO/FSb is a Frame Sync CMOS output pulse which identifies the B2 channel. |
| 18 | ES1 | While in GCI mode, the ES1, ES2 pins are local input pins. The status of the pins can be accessed via the RXM56 register bits 5,6 corresponding to ES1, ES2. |
| 16 | ES2 | |
| 15 | LEC | Latched External Control output, which is the output of a latched bit in the TXM56 Register. |

4

Triad Magnetics Product Details

EXH.
B-27

P/N # 630475

site by: Cowboy

2003 TRIAD MAGNETICS. ALL RIGHTS RESERVED

EXH. B-27

EXH. B-28

Triad Magnetics Product Details

CHECK STOCK

RoHS

PRINT PAGE

DATA VOICE COUPLING

**Description:**

**TRIAD telecommunications transformers are designed to meet the requirements for access over leased private lines or through the dial-up switched telephone network. The TY series transformers are used for a variety of applications including: impedance matching, isolation, repeat coil, line balancing, bridging, and hybrid circuits.**

**Specifications:**

**Designed to meet FCC Part 68**

    **Longitudinal**

        **Balance**

    **(FCC 68.310): 60 dB min. 200-1,000 Hz**

                **45 dB min. 1,000-4,000 Hz**

**Dielectric Strength**

    **(FCC 68.304): 1500 V**

    **Power Level: -45 dBm to +7 dBm**

    **Frequency Range:**   **Data/Voive = 300 to 3,500**

                **Hz**

                **Data = 800 to 3,500 Hz**

Triad Magnetics Product Details

EXH. B-29

DATA/VOICE COUPLING TRANSFORMERS

| Type No. | Impedance (Ohms) | | Max. DC Current (mA) | Typ. Insertion Loss (dB) | Typ. Return Loss (dB) | Typ. Freq. Response (dB) | Shematic | Figure |
|---|---|---|---|---|---|---|---|---|
| | Pri. | Sec. | | | | | | |
| TY-400P | 600 | 600 | 90 | 1.75 | 15 | +/-.5 | 3 | I |
| TY-401P | 600 CT | 600 CT | 90 | 1.75 | 15 | +/-.5 | 4 | J |
| TY-402P | 600 | 600 | 90 | 1.75 | 13 | +/-.5 | 7 | F |
| TY-403P | 600 | 600 Split | 90 | 1.75 | 13 | +/-1.5 | 8 | G |

CT = Center Tap

DATA/VOICE DUAL TRANSFORMER HYBRIDS

| Type No. | Impedance (Ohms) | | Max. DC Current (mA) | Typ. Insertion Loss (dB) | Typ. Return Loss (dB) | Trans-Hybrid Loss (dB) | Shematic | Figure |
|---|---|---|---|---|---|---|---|---|
| | Pri. | Sec. | | | | | | |
| TY-300P | 600 (4W) | 600/600 | 0 | .80 | 30 | 50 | 9 | D |
| TY-302P | 600 (4W) | 600/600 | 0 | .65 | 32 | 55 | 9 | H |




Figure A

Figure B

Figure C



Figure D

Figure E

Figure F

Figure G

Figure H



Figure I

Figure J



EXHr B-30

Triad Magnetics Product Details



Figure A

Figure B

Figure C

Figure D

Figure E

Figure F

Figure G

Figure H

Figure I

Figure J

## DATA/VOICE COUPLING TRANSFORMERS

| Type No. | Impedance (Ohms) Pri. | Impedance (Ohms) Sec. | Max. DC Current (mA) | Typ. Insertion Loss (dB) | Typ. Return Loss (dB) | Typ. Freq. Response (dB) | Shematic | Figure |
|---|---|---|---|---|---|---|---|---|
| TY-305P | 600 | 600 | 100 | 1.5 | 10 | +/-.5 | 1 | A |
| TY-306P | 600 Split | 600 | 75 | 1.5 | 10 | +/-.5 | 2 | A |
| TY-307P | 600 | 600 | 0 | 1.0 | 26 | +/-.5 | 3 | B |
| TY-310P | 600 | 600 | 0 | 1.0 | 26 | +/-.5 | 3 | C |
| TY-311P | 600 | 600 | 0 | 1.0 | 26 | +/-.5 | 3 | E |
| TY-304P | 600 CT | 600 CT | 0 | 1.0 | 26 | +/-.5 | 4 | D |
| TY-301P | 600 | 900 | 0 | 1.0 | 26 | +/-.5 | 5 | E |
| TY-303P | 4000 | 600 | 0 | 1.0 | 26 | +/-.5 | 6 | E |

CT = Center Tap

EXH . B-31



Distributed by:

JAMECO®
ELECTRONICS

www.Jameco.com ✦ 1-800-831-4242
The content and copyrights of the attached
material are the property of its owner.

Jameco Part Number 300880

# SN74LS122, SN74LS123

# Retriggerable Monostable Multivibrators

These dc triggered multivibrators feature pulse width control by three methods. The basic pulse width is programmed by selection of external resistance and capacitance values. The LS122 has an internal timing resistor that allows the circuits to be used with only an external capacitor. Once triggered, the basic pulse width may be extended by retriggering the gated low-level-active (A) or high-level-active (B) inputs, or be reduced by use of the overriding clear.

- Overriding Clear Terminates Output Pulse
- Compensated for $V_{CC}$ and Temperature Variations
- DC Triggered from Active-High or Active-Low Gated Logic Inputs
- Retriggerable for Very Long Output Pulses, up to 100% Duty Cycle
- Internal Timing Resistors on LS122



**ON Semiconductor™**

http://onsemi.com

## LOW POWER SCHOTTKY

PLASTIC
N SUFFIX
CASE 646

SOIC
D SUFFIX
CASE 751A

PLASTIC
N SUFFIX
CASE 648

SOIC
D SUFFIX
CASE 751B

SOEIAJ
M SUFFIX
CASE 966

## GUARANTEED OPERATING RANGES



| Symbol | Parameter | Min | Typ | Max | Unit |
|--------|-----------|-----|-----|-----|------|
| $V_{CC}$ | Supply Voltage | 4.75 | 5.0 | 5.25 | V |
| $T_A$ | Operating Ambient Temperature Range | 0 | 25 | 70 | °C |
| $I_{OH}$ | Output Current – High | | | −0.4 | mA |
| $I_{OL}$ | Output Current – Low | | | 8.0 | mA |
| $R_{ext}$ | External Timing Resistance | 5.0 | | 260 | kΩ |
| $C_{ext}$ | External Capacitance | | No Restriction | | |
| $R_{ext}/C_{ext}$ | Wiring Capacitance at $R_{ext}/C_{ext}$ Terminal | | | 50 | pF |

## ORDERING INFORMATION

| Device | Package | Shipping |
|--------|---------|----------|
| SN74LS122N | 14 Pin DIP | 2000 Units/Box |
| SN74LS122D | SOIC–14 | 55 Units/Rail |
| SN74LS122DR2 | SOIC–14 | 2500/Tape & Reel |
| SN74LS123N | 16 Pin DIP | 2000 Units/Box |
| SN74LS123D | SOIC–16 | 38 Units/Rail |
| SN74LS123DR2 | SOIC–16 | 2500/Tape & Reel |
| SN74LS123M | SOEIAJ–16 | See Note 1 |
| SN74LS123MEL | SOEIAJ–16 | See Note 1 |

1. For ordering information on the EIAJ version of the SOIC package, please contact your local ON Semiconductor representative.

THIS DOCUMENT IS OBSOLETE
PLEASE CONTACT ON SEMICONDUCTOR
REPRESENTATIVE FOR INFORMATION

## SN74LS122, SN74LS123

**SN74LS123** (TOP VIEW)
(SEE NOTES 1 THRU 4)



**SN74LS122** (TOP VIEW)
(SEE NOTES 1 THRU 4)



NC — NO INTERNAL CONNECTION.

NOTES:
1. An external timing capacitor may be connected between $C_{ext}$ and $R_{ext}/C_{ext}$ (positive).
2. To use the internal timing resistor of the LS122, connect $R_{int}$ to $V_{CC}$.
3. For improved pulse width accuracy connect an external resistor between $R_{ext}/C_{ext}$ and $V_{CC}$ with $R_{int}$ open-circuited.
4. To obtain variable pulse widths, connect an external variable resistance between $R_{int}/C_{ext}$ and $V_{CC}$.

EXH. B-33

**SN74LS122, SN74LS123**

**LS122 FUNCTIONAL TABLE**

| INPUTS | | | | | OUTPUTS | |
|---|---|---|---|---|---|---|
| CLEAR | A1 | A2 | B1 | B2 | Q | Q̄ |
| L | X | X | X | X | L | H |
| X | H | H | X | X | L | H |
| X | X | X | L | X | L | H |
| X | X | X | X | L | L | H |
| H | L | X | ↑ | H | ⊓ | ⊔ |
| H | L | X | H | ↑ | ⊓ | ⊔ |
| H | X | L | ↑ | H | ⊓ | ⊔ |
| H | X | L | H | ↑ | ⊓ | ⊔ |
| H | H | ↓ | H | H | ⊓ | ⊔ |
| H | ↓ | ↓ | H | H | ⊓ | ⊔ |
| H | ↓ | H | H | H | ⊓ | ⊔ |
| ↑ | L | X | H | H | ⊓ | ⊔ |
| ↑ | X | L | H | H | ⊓ | ⊔ |

**LS123 FUNCTIONAL TABLE**

| INPUTS | | | OUTPUTS | |
|---|---|---|---|---|
| CLEAR | A | B | Q | Q̄ |
| L | X | X | L | H |
| X | H | X | L | H |
| X | X | L | L | H |
| H | L | ↑ | ⊓ | ⊔ |
| H | ↓ | H | ⊓ | ⊔ |
| ↑ | L | H | ⊓ | ⊔ |

### TYPICAL APPLICATION DATA

The output pulse $t_W$ is a function of the external components, $C_{ext}$ and $R_{ext}$ or $C_{ext}$ and $R_{int}$ on the LS122. For values of $C_{ext} \geq 1000$ pF, the output pulse at $V_{CC} = 5.0$ V and $V_{RC} = 5.0$ V (see Figures 1, 2, and 3) is given by

$$t_W = K\, R_{ext}\, C_{ext}$$ where K is nominally 0.45.

If $C_{ext}$ is in pF and $R_{ext}$ is in k$\Omega$ then $t_W$ is in nanoseconds.

The $C_{ext}$ terminal of the LS122 and LS123 is an internal connection to ground, however for the best system performance $C_{ext}$ should be hard-wired to ground.

Care should be taken to keep $R_{ext}$ and $C_{ext}$ as close to the monostable as possible with a minimum amount of inductance between the $R_{ext}/C_{ext}$ junction and the $R_{ext}/C_{ext}$ pin. Good groundplane and adequate bypassing should be designed into the system for optimum performance to ensure that no false triggering occurs.

It should be noted that the $C_{ext}$ pin is internally connected to ground on the LS122 and LS123, but not on the LS221. Therefore, if $C_{ext}$ is hard-wired externally to ground, substitution of a LS221 onto a LS123 socket will cause the LS221 to become non-functional.

The switching diode is not needed for electrolytic capacitance application and should not be used on the LS122 and LS123.

To find the value of K for $C_{ext} < 1000$ pF refer to Figure 4. Variations on $V_{CC}$ or $V_{RC}$ can cause the value of K to change, as can the temperature of the LS123, LS122.

Figures 5 and 6 show the behavior of the circuit shown in Figures 1 and 2 if separate power supplies are used for $V_{CC}$ and $V_{RC}$. If $V_{CC}$ is tied to $V_{RC}$, Figure 7 shows how K will vary with $V_{CC}$ and temperature. Remember, the changes in $R_{ext}$ and $C_{ext}$ with temperature are not calculated and included in the graph.

As long as $C_{ext} \geq 1000$ pF and $5K \leq R_{ext} \leq 260K$, the change in K with respect to $R_{ext}$ is negligible.

If $C_{ext} < 1000$ pF the graph shown on Figure 8 can be used to determine the output pulse width. Figure 9 shows how K will change for $C_{ext} < 1000$ pF if $V_{CC}$ and $V_{RC}$ are connected to the same power supply. The pulse width $t_W$ in nanoseconds is approximated by

$$t_W = 6 + 0.05\, C_{ext}\,(pF) + 0.45\, R_{ext}\,(k\Omega)\, C_{ext} + 11.6\, R_{ext}$$

In order to trim the output pulse width, it is necessary to include a variable resistor between $V_{CC}$ and the $R_{ext}/C_{ext}$ pin or between $V_{CC}$ and the $R_{ext}$ pin of the LS122. Figure 10, 11, and 12 show how this can be done. $R_{ext}$ remote should be kept as close to the monostable as possible.

Retriggering of the part, as shown in Figure 3, must not occur before $C_{ext}$ is discharged or the retrigger pulse will not have any effect. The discharge time of $C_{ext}$ in nanoseconds is guaranteed to be less than $0.22\, C_{ext}\,(pF)$ and is typically $0.05\, C_{ext}\,(pF)$.

For the smallest possible deviation in output pulse widths from various devices, it is suggested that $C_{ext}$ be kept $\geq 1000$ pF.

EXH. B-34

**SN74LS122, SN74LS123**

**WAVEFORMS**



EXH. B-35

## SN74LS122, SN74LS123

**DC CHARACTERISTICS OVER OPERATING TEMPERATURE RANGE** (unless otherwise specified)

| Symbol | Parameter | | Min | Typ | Max | Unit | Test Conditions |
|---|---|---|---|---|---|---|---|
| | | | | Limits | | | |
| $V_{IH}$ | Input HIGH Voltage | | 2.0 | | | V | Guaranteed Input HIGH Voltage for All Inputs |
| $V_{IL}$ | Input LOW Voltage | | | | 0.8 | V | Guaranteed Input LOW Voltage for All Inputs |
| $V_{IK}$ | Input Clamp Diode Voltage | | | −0.65 | −1.5 | V | $V_{CC}$ = MIN, $I_{IN}$ = −18 mA |
| $V_{OH}$ | Output HIGH Voltage | | 2.7 | 3.5 | | V | $V_{CC}$ = MIN, $I_{OH}$ = MAX, $V_{IN}$ = $V_{IH}$ or $V_{IL}$ per Truth Table |
| $V_{OL}$ | Output LOW Voltage | | | 0.25 | 0.4 | V | $I_{OL}$ = 4.0 mA, $V_{CC}$ = $V_{CC}$ MIN, $V_{IN}$ = $V_{IL}$ or $V_{IH}$ per Truth Table |
| | | | | 0.35 | 0.5 | V | $I_{OL}$ = 8.0 mA |
| $I_{IH}$ | Input HIGH Current | | | | 20 | µA | $V_{CC}$ = MAX, $V_{IN}$ = 2.7 V |
| | | | | | 0.1 | mA | $V_{CC}$ = MAX, $V_{IN}$ = 7.0 V |
| $I_{IL}$ | Input LOW Current | | | | −0.4 | mA | $V_{CC}$ = MAX, $V_{IN}$ = 0.4 V |
| $I_{OS}$ | Short Circuit Current (Note 2) | | −20 | | −100 | mA | $V_{CC}$ = MAX |
| $I_{CC}$ | Power Supply Current | LS122 | | | 11 | mA | $V_{CC}$ = MAX |
| | | LS123 | | | 20 | | |

2. Not more than one output should be shorted at a time nor for more than 1 second.

**AC CHARACTERISTICS** ($T_A$ = 25°C, $V_{CC}$ = 5.0 V)

| Symbol | Parameter | Min | Typ | Max | Unit | Test Conditions |
|---|---|---|---|---|---|---|
| | | | Limits | | | |
| $t_{PLH}$ $t_{PHL}$ | Propagation Delay, A to Q Propagation Delay, A to Q | | 23 32 | 33 45 | ns | $C_{ext}$ = 0 $C_L$ = 15 pF |
| $t_{PLH}$ $t_{PHL}$ | Propagation Delay, B to Q Propagation Delay, B to Q | | 23 30 | 44 50 | ns | $R_{ext}$ = 5.0 kΩ $R_L$ = 2.0 kΩ |
| $t_{PLH}$ $t_{PHL}$ | Propagation Delay, Clear to Q Propagation Delay, Clear to Q | | 28 20 | 45 27 | ns | |
| $t_{W min}$ | A or B to Q | | 175 | 200 | ns | $C_{ext}$ = 1000 pF, $R_{ext}$ = 10 kΩ, |
| $t_{WQ}$ | A to B to Q | 4.0 | 4.5 | 5.0 | µs | $C_L$ = 15 pF, $R_L$ = 2.0 kΩ |

**AC SETUP REQUIREMENTS** ($T_A$ = 25°C, $V_{CC}$ = 5.0 V)

| Symbol | Parameter | Min | Typ | Max | Unit | Test Conditions |
|---|---|---|---|---|---|---|
| | | | Limits | | | |
| $t_W$ | Pulse Width | 40 | | | ns | |

EXH. B-36

**SN74LS122, SN74LS123**



Figure 1.



Figure 2.



Figure 3.



Figure 4.

EY4. B-37

**SN74LS122, SN74LS123**



Figure 5. K versus $V_{CC}$



Figure 6. K versus $V_{RC}$



Figure 7. K versus $V_{CC}$ and $V_{RC}$



Figure 8.

EXH. B-38

**SN74LS122, SN74LS123**



Figure 9.

Figure 10. LS123 Remote Trimming Circuit

EXA. B-39

## SN74LS122, SN74LS123



**Figure 11. LS122 Remote Trimming Circuit Without R$_{ext}$**



**Figure 12. LS122 Remote Trimming Circuit with R$_{int}$**

EXH. B-40

## SN74LS122, SN74LS123

## PACKAGE DIMENSIONS

**N SUFFIX**
**PLASTIC PACKAGE**
**CASE 646–06**
**ISSUE M**




NOTES:
1. DIMENSIONING AND TOLERANCING PER ANSI Y14.5M, 1982.
2. CONTROLLING DIMENSION: INCH.
3. DIMENSION L TO CENTER OF LEADS WHEN FORMED PARALLEL.
4. DIMENSION B DOES NOT INCLUDE MOLD FLASH.
5. ROUNDED CORNERS OPTIONAL.

| DIM | INCHES MIN | INCHES MAX | MILLIMETERS MIN | MILLIMETERS MAX |
|---|---|---|---|---|
| A | 0.715 | 0.770 | 18.16 | 19.56 |
| B | 0.240 | 0.260 | 6.10 | 6.60 |
| C | 0.145 | 0.185 | 3.69 | 4.69 |
| D | 0.015 | 0.021 | 0.38 | 0.53 |
| F | 0.040 | 0.070 | 1.02 | 1.78 |
| G | 0.100 BSC | | 2.54 BSC | |
| H | 0.052 | 0.095 | 1.32 | 2.41 |
| J | 0.008 | 0.015 | 0.20 | 0.38 |
| K | 0.115 | 0.135 | 2.92 | 3.43 |
| L | 0.290 | 0.310 | 7.37 | 7.87 |
| M | --- | 10° | --- | 10° |
| N | 0.015 | 0.039 | 0.38 | 1.01 |

**D SUFFIX**
**PLASTIC SOIC PACKAGE**
**CASE 751A–03**
**ISSUE F**

NOTES:
1. DIMENSIONING AND TOLERANCING PER ANSI Y14.5M, 1982.
2. CONTROLLING DIMENSION: MILLIMETER.
3. DIMENSIONS A AND B DO NOT INCLUDE MOLD PROTRUSION.
4. MAXIMUM MOLD PROTRUSION 0.15 (0.006) PER SIDE.
5. DIMENSION D DOES NOT INCLUDE DAMBAR PROTRUSION. ALLOWABLE DAMBAR PROTRUSION SHALL BE 0.127 (0.005) TOTAL IN EXCESS OF THE D DIMENSION AT MAXIMUM MATERIAL CONDITION.

| DIM | MILLIMETERS MIN | MILLIMETERS MAX | INCHES MIN | INCHES MAX |
|---|---|---|---|---|
| A | 8.55 | 8.75 | 0.337 | 0.344 |
| B | 3.80 | 4.00 | 0.150 | 0.157 |
| C | 1.35 | 1.75 | 0.054 | 0.068 |
| D | 0.35 | 0.49 | 0.014 | 0.019 |
| F | 0.40 | 1.25 | 0.016 | 0.049 |
| G | 1.27 BSC | | 0.050 BSC | |
| J | 0.18 | 0.25 | 0.008 | 0.009 |
| K | 0.10 | 0.25 | 0.004 | 0.009 |
| M | 0° | 7° | 0° | 7° |
| P | 5.80 | 6.20 | 0.228 | 0.244 |
| R | 0.25 | 0.50 | 0.010 | 0.019 |

OBSOLETE
THIS DEVICE IS OBSOLETE
PLEASE CONTACT YOUR ON SEMICONDUCTOR
REPRESENTATIVE FOR INFORMATION

EXH. B-41

## SN74LS122, SN74LS123

### PACKAGE DIMENSIONS



**N SUFFIX**
PLASTIC PACKAGE
CASE 648–08
ISSUE R

NOTES:
1. DIMENSIONING AND TOLERANCING PER ANSI Y14.5M, 1982.
2. CONTROLLING DIMENSION: INCH.
3. DIMENSION L TO CENTER OF LEADS WHEN FORMED PARALLEL.
4. DIMENSION B DOES NOT INCLUDE MOLD FLASH.
5. ROUNDED CORNERS OPTIONAL.

| DIM | INCHES | | MILLIMETERS | |
|-----|--------|--------|--------|--------|
|     | MIN | MAX | MIN | MAX |
| A | 0.740 | 0.770 | 18.80 | 19.55 |
| B | 0.250 | 0.270 | 6.35 | 6.85 |
| C | 0.145 | 0.175 | 3.69 | 4.44 |
| D | 0.015 | 0.021 | 0.39 | 0.53 |
| F | 0.040 | 0.70 | 1.02 | 1.77 |
| G | 0.100 BSC | | 2.54 BSC | |
| H | 0.050 BSC | | 1.27 BSC | |
| J | 0.008 | 0.015 | 0.21 | 0.38 |
| K | 0.110 | 0.130 | 2.80 | 3.30 |
| L | 0.295 | 0.305 | 7.50 | 7.74 |
| M | 0° | 10° | 0° | 10° |
| S | 0.020 | 0.040 | 0.51 | 1.01 |

**D SUFFIX**
PLASTIC SOIC PACKAGE
CASE 751B–05
ISSUE J

NOTES:
1. DIMENSIONING AND TOLERANCING PER ANSI Y14.5M, 1982.
2. CONTROLLING DIMENSION: MILLIMETER.
3. DIMENSIONS A AND B DO NOT INCLUDE MOLD PROTRUSION.
4. MAXIMUM MOLD PROTRUSION 0.15 (0.006) PER SIDE.
5. DIMENSION D DOES NOT INCLUDE DAMBAR PROTRUSION. ALLOWABLE DAMBAR PROTRUSION SHALL BE 0.127 (0.005) TOTAL IN EXCESS OF THE D DIMENSION AT MAXIMUM MATERIAL CONDITION.

| DIM | MILLIMETERS | | INCHES | |
|-----|--------|--------|--------|--------|
|     | MIN | MAX | MIN | MAX |
| A | 9.80 | 10.00 | 0.386 | 0.393 |
| B | 3.80 | 4.00 | 0.150 | 0.157 |
| C | 1.35 | 1.75 | 0.054 | 0.068 |
| D | 0.35 | 0.49 | 0.014 | 0.019 |
| F | 0.40 | 1.25 | 0.016 | 0.049 |
| G | 1.27 BSC | | 0.050 BSC | |
| J | 0.19 | 0.25 | 0.008 | 0.009 |
| K | 0.10 | 0.25 | 0.004 | 0.009 |
| M | 0° | 7° | 0° | 7° |
| P | 5.80 | 6.20 | 0.229 | 0.244 |
| R | 0.25 | 0.50 | 0.010 | 0.019 |

EXH·B-42

## SN74LS122, SN74LS123

### PACKAGE DIMENSIONS

M SUFFIX
SOEIAJ PACKAGE
CASE 966–01
ISSUE O



NOTES:
1. DIMENSIONING AND TOLERANCING PER ANSI Y14.5M, 1982.
2. CONTROLLING DIMENSION: MILLIMETER.
3. DIMENSIONS D AND E DO NOT INCLUDE MOLD FLASH OR PROTRUSIONS AND ARE MEASURED AT THE PARTING LINE. MOLD FLASH OR PROTRUSIONS SHALL NOT EXCEED 0.15 (0.006) PER SIDE.
4. TERMINAL NUMBERS ARE SHOWN FOR REFERENCE ONLY.
   THE LEAD WIDTH DIMENSION (b) DOES NOT INCLUDE DAMBAR PROTRUSION. ALLOWABLE DAMBAR PROTRUSION SHALL BE 0.08 (0.003) TOTAL IN EXCESS OF THE LEAD WIDTH DIMENSION AT MAXIMUM MATERIAL CONDITION. DAMBAR CANNOT BE LOCATED ON THE LOWER RADIUS OR THE FOOT. MINIMUM SPACE BETWEEN PROTRUSIONS AND ADJACENT LEAD TO BE 0.46 ( 0.018).

| DIM | MILLIMETERS | | INCHES | |
|---|---|---|---|---|
| | MIN | MAX | MIN | MAX |
| A | --- | 2.06 | --- | 0.081 |
| A1 | 0.05 | 0.20 | 0.002 | 0.008 |
| b | 0.35 | 0.50 | 0.014 | 0.020 |
| c | 0.18 | 0.27 | 0.007 | 0.011 |
| D | 10.90 | 10.50 | 0.390 | 0.413 |
| E | 5.10 | 5.45 | 0.201 | 0.215 |
| e | 1.27 BSC | | 0.050 BSC | |
| HE | 7.40 | 8.20 | 0.291 | 0.323 |
| L | 0.50 | 0.85 | 0.020 | 0.033 |
| LE | 1.10 | 1.50 | 0.043 | 0.059 |
| θ | 0° | 10° | 0° | 10° |
| Q1 | 0.70 | 0.90 | 0.028 | 0.035 |
| Z | --- | 0.78 | --- | 0.031 |

ON Semiconductor and 🅜 are registered trademarks of Semiconductor Components Industries, LLC (SCILLC). SCILLC reserves the right to make changes without further notice to any products herein. SCILLC makes no warranty, representation or guarantee regarding the suitability of its products for any particular purpose, nor does SCILLC assume any liability arising out of the application or use of any product or circuit, and specifically disclaims any and all liability, including without limitation special, consequential or incidental damages. "Typical" parameters which may be provided in SCILLC data sheets and/or specifications can and do vary in different applications and actual performance may vary over time. All operating parameters, including "Typicals" must be validated for each customer application by customer's technical experts. SCILLC does not convey any license under its patent rights nor the rights of others. SCILLC products are not designed, intended, or authorized for use as components in systems intended for surgical implant into the body, or other applications intended to support or sustain life, or for any other application in which the failure of the SCILLC product could create a situation where personal injury or death may occur. Should Buyer purchase or use SCILLC products for any such unintended or unauthorized application, Buyer shall indemnify and hold SCILLC and its officers, employees, subsidiaries, affiliates, and distributors harmless against all claims, costs, damages, and expenses, and reasonable attorney fees arising out of, directly or indirectly, any claim of personal injury or death associated with such unintended or unauthorized use, even if such claim alleges that SCILLC was negligent regarding the design or manufacture of the part. SCILLC is an Equal Opportunity/Affirmative Action Employer. This literature is subject to all applicable copyright laws and is not for resale in any manner.

**PUBLICATION ORDERING INFORMATION**

LITERATURE FULFILLMENT:
Literature Distribution Center for ON Semiconductor
P.O. Box 5163, Denver, Colorado 80217 USA
Phone: 303–675–2175 or 800–344–3860 Toll Free USA/Canada
Fax: 303–675–2176 or 800–344–3867 Toll Free USA/Canada
Email: orderlit@onsemi.com

N. American Technical Support: 800–282–9855 Toll Free USA/Canada
Europe, Middle East and Africa Technical Support:
Phone: 421 33 790 2910
Japan Customer Focus Center
Phone: 81–3–5773–3850

ON Semiconductor Website: www.onsemi.com

Order Literature: http://www.onsemi.com/orderlit

For additional information, please contact your local Sales Representative

EXH. B-43

DM54S288/DM74S288



**Jameco Part Number 48717**

# DM54/74S288 (32 x 8)
# 256-Bit TTL PROM

## General Description

This Schottky memory is organized in the popular 32 words by 8 bits configuration. A memory enable input is provided to control the output states. When the device is enabled, the outputs represent the contents of the selected word. When disabled, the 8 outputs go to the "OFF" or high impedance state.

PROMs are shipped from the factory with lows in all locations. A high may be programmed into any selected location by following the programming instructions.

## Features

- Advanced titanium-tungsten (Ti-W) fuses
- Schottky-clamped for high speed
   - Address access down to—25 ns max
   - Enable access—20 ns max
   - Enable recovery—20 ns max
- PNP inputs for reduced input loading
- All DC and AC parameters guaranteed over temperature
- Low voltage TRI-SAFE™ programming
- TRI-STATE® Outputs

## Block Diagram



TL/D/8360–1

### Pin Names

| A0–A4 | Addresses |
|-------|-----------|
| $\overline{G}$ | Enable |
| GND | Ground |
| Q0–Q7 | Outputs |
| $V_{CC}$ | Power Supply |

EXH. B-44

4

DM54S288/DM74S288

## Connection Diagrams

Dual-In-Line Package



TL/D/8360-2

**Top View**
Order Number DM54/74S288J, 288AJ or
DM74S288N, 288AN
See NS Package Number J16A or N16A

Plastic Leaded Chip Carrier (PLCC)



TL/D/8360-7

**Top View**
Order Number DM74S288V or 288AV
See NS Package Number V20A

## Ordering Information

### Commercial Temp Range (0°C to +70°C)

| Parameter/Order Number | Max Access Time (ns) |
|---|---|
| DM74S288N | 35 |
| DM74S288J | 35 |
| DM74S288V | 35 |
| DM74S288AN | 25 |
| DM74S288AJ | 25 |
| DM74S288AV | 25 |

### Military Temp Range (−55°C to +125°C)

| Parameter/Order Number | Max Access Time (ns) |
|---|---|
| DM54S288J | 45 |
| DM54S288AJ | 35 |

EXH. B-45

4-16

**DM54S288/DM74S288**

## Absolute Maximum Ratings (Note 1)

If Military/Aerospace specified devices are required, contact the National Semiconductor Sales Office/ Distributors for availability and specifications.

| | |
|---|---|
| Supply Voltage (Note 2) | $-0.5V$ to $+7.0V$ |
| Input Voltage (Note 2) | $-1.2V$ to $+5.5V$ |
| Output Voltage (Note 2) | $-0.5V$ to $+5.5V$ |
| Storage Temperature | $-65°C$ to $+150°C$ |
| Lead Temperature (Soldering, 10 sec.) | $300°C$ |
| ESD rating to be determined | |

## Operating Conditions

| | Min | Max | Units |
|---|---|---|---|
| Supply Voltage ($V_{CC}$) | | | |
| Military | 4.50 | 5.50 | V |
| Commercial | 4.75 | 5.25 | V |
| Ambient Temperature ($T_A$) | | | |
| Military | $-55$ | $+125$ | °C |
| Commercial | 0 | $+70$ | °C |
| Logical "0" Input Voltage | 0 | 0.8 | V |
| Logical "1" Input Voltage | 2.0 | 5.5 | V |

## DC Electrical Characteristics (Note 3)

| Symbol | Parameter | Conditions | DM54S288 Min | DM54S288 Typ | DM54S288 Max | DM74S288 Min | DM74S288 Typ | DM74S288 Max | Units |
|---|---|---|---|---|---|---|---|---|---|
| $I_{IL}$ | Input Load Current | $V_{CC}$ = Max, $V_{IN}$ = 0.45V | | $-80$ | $-250$ | | $-80$ | $-250$ | µA |
| $I_{IH}$ | Input Leakage Current | $V_{CC}$ = Max, $V_{IN}$ = 2.7V | | | 25 | | | 25 | µA |
| | | $V_{CC}$ = Max, $V_{IN}$ = 5.5V | | | 1.0 | | | 1.0 | mA |
| $V_{OL}$ | Low Level Output Voltage | $V_{CC}$ = Min, $I_{OL}$ = 16 mA | | 0.35 | 0.50 | | 0.35 | 0.45 | V |
| $V_{IL}$ (Note 4) | Low Level Input Voltage | | | | 0.80 | | | 0.80 | V |
| $V_{IH}$ (Note 4) | High Level Input Voltage | | 2.0 | | | 2.0 | | | V |
| $V_C$ | Input Clamp Voltage | $V_{CC}$ = Min, $I_{IN}$ = $-18$ mA | | $-0.8$ | $-1.2$ | | $-0.8$ | $-1.2$ | V |
| $C_i$ | Input Capacitance | $V_{CC}$ = 5.0, $V_{IN}$ = 2.0V $T_A$ = 25°C, 1 MHz | | 4.0 | | | 4.0 | | pF |
| $C_O$ | Output Capacitance | $V_{CC}$ = 5.0V, $V_O$ = 2.0V $T_A$ = 25°C, 1 MHz, Outputs Off | | 6.0 | | | 6.0 | | pF |
| $I_{CC}$ | Power Supply Current | $V_{CC}$ = Max, Input Grounded All Outputs Open | | 70 | 110 | | 70 | 110 | mA |
| $I_{OS}$ | Short Circuit Output Current | $V_O$ = 0V, $V_{CC}$ = Max (Note 5) | $-20$ | | $-70$ | $-20$ | | $-70$ | mA |
| $I_{OZ}$ | Output Leakage (TRI-STATE) | $V_{CC}$ = Max, $V_O$ = 0.45V to 2.4V Chip Disabled | | | $+50$ | | | $+50$ | µA |
| | | | | | $-50$ | | | $-50$ | µA |
| $V_{OH}$ | Output Voltage High | $I_{OH}$ = $-2.0$ mA | 2.4 | 3.2 | | | | | V |
| | | $I_{OH}$ = $-6.5$ mA | | | | 2.4 | 3.2 | | V |

Note 1: Absolute maximum ratings are those values beyond which the device may be permanently damaged. They do not mean that the device may be operated at these values.

Note 2: These limits do not apply during programming. For the programming ratings, refer to the programming instructions.

Note 3: These limits apply over the entire operating range unless stated otherwise. All typical values are for $V_{CC}$ = 5.0V and $T_A$ = 25°C.

Note 4: These are absolute voltages with respect to pin 8 on the device and include all overshoots due to system and/or tester noise. Do not attempt to test these values without suitable equipment.

Note 5: During $I_{OS}$ measurement, only one output at a time should be grounded. Permanent damage may otherwise result.

**4**

EXH. B-46

DM54S288/DM74S288

## AC Electrical Characteristics with Standard Load and Operating Conditions

### COMMERCIAL TEMPERATURE RANGE (0°C to +70°C)

| Symbol | Parameter | JEDEC Symbol | DM74S288 | | | DM74S288A | | | Units |
|---|---|---|---|---|---|---|---|---|---|
| | | | Min | Typ | Max | Min | Typ | Max | |
| TAA | Address Access Time | TAVQV | | 22 | 35 | | 17 | 25 | ns |
| TEA | Enable Access Time | TEVQV | | 15 | 20 | | 15 | 20 | ns |
| TER | Enable Recovery Time | TEXQX | | 15 | 25 | | 15 | 20 | ns |
| TZX | Output Enable Time | TEVQX | | 15 | 25 | | 15 | 20 | ns |
| TXZ | Output Disable Time | TEXQZ | | 15 | 25 | | 15 | 20 | ns |

### MILITARY TEMPERATURE RANGE (−55°C to +125°C)

| Symbol | JEDEC Symbol | Parameter | DM54S288 | | | DM54S288A | | | Units |
|---|---|---|---|---|---|---|---|---|---|
| | | | Min | Typ | Max | Min | Typ | Max | |
| TAA | TAVQV | Address Access Time | | 22 | 45 | | 17 | 35 | ns |
| TEA | TEVQV | Enable Access Time | | 15 | 30 | | 15 | 30 | ns |
| TER | TEXQX | Enable Recovery Time | | 15 | 35 | | 15 | 30 | ns |
| TZX | TEVQZ | Output Enable Time | | 15 | 30 | | 15 | 30 | ns |
| TXZ | TEXQZ | Output Disable Time | | 15 | 35 | | 15 | 30 | ns |

## Functional Description

### TESTABILITY

The Schottky PROM die includes extra rows and columns of fusable links for testing the programmability of each chip. These test fuses are placed at the worst-case chip locations to provide the highest possible confidence in the programming tests in the final product. A ROM pattern is also permanently fixed in the additional circuitry and coded to provide a parity check of input address levels. These and other test circuits are used to test for correct operation of the row and column-select circuits and functionality of input and enable gates. All test circuits are available at both wafer and assembled device levels to allow 100% functional and parametric testing at every stage of the test flow.

### RELIABILITY

As with all National products, the Ti-W PROMs are subjected to an on-going reliability evaluation by the Reliability Assurance Department. These evaluations employ accelerated life tests, including dynamic high-temperature operating life, temperature-humidity life, temperature cycling, and thermal shock. To date, nearly 7.4 million Schottky Ti-W PROM device hours have been logged, with samples in Epoxy B molded DIP (N-package), PLCC (V-package) and CERDIP (J-package). Device performance in all package configurations is excellent.

### TITANIUM-TUNGSTEN FUSES

National's Programmable Read-Only Memories (PROMs) feature titanium-tungsten (Ti-W) fuse links designed to program efficiently with only 10.5V applied. The high performance and reliability of these PROMs are the result of fabrication by a Schottky bipolar process, of which the titanium-tungsten metalization is an integral part, and the use of an on-chip programming circuit.

A major advantage of the titanium-tungsten fuse technology is the low programming voltage of the fuse links. At 10.5V, this virtually eliminates the need for guard-ring devices and wide spacings required for other fuse technologies. Care is taken, however, to minimize voltage drops across the die and to reduce parasitics. The device is designed to ensure that worst-case fuse operating current is low enough for reliable long-term operation. The Darlington programming circuit is liberally designed to insure adequate power density for blowing the fuse links. The complete circuit design is optimized to provide high performance over the entire operating ranges of $V_{CC}$ and temperature.

EXH.
B~47

4-18

**SILICON LABORATORIES**

# DTMF-RD

# DTMF DECODER KIT USER'S GUIDE

## 1. Kit Contents

The DTMF Decoder Reference Design Kit includes the following items:

- DTMF Decoder Evaluation Board.
- Universal (100–240 V, 50–60 Hz) AC to DC Power Adapter.
- DTMF Decoder Kit User's Guide (this document).
- Reference Design CD containing the following items:
  - DTMF Decoder Reference Design (AN218) and associated software (AN218SW.zip).
  - Keil Software 8051 Development Tools (evaluation assembler, 2 kB limited compiler, and linker).
  - All DTMF Decoder related documentation in PDF format.

## 2. DTMF Decoder Overview

The DTMF Decoder Evaluation Board contains both a DTMF Decoder and DTMF Generator. The evaluation board provides a hardware platform for evaluating the software provided in the DTMF Decoder Reference Design and prototyping telephony applications using the C8051F300 MCU. The DTMF Decoder Evaluation board is shown in Figure 1.

The DTMF Decoder Reference Design (available on the CD) includes the following:

- Background and theory of DTMF decoding using the Goertzel Algorithm.
- Description of a software implementation for the C8051F300 MCU.
- Full C source code for the DTMF decoder and generator. The software is available on the Reference Design Kit CD (AN218SW.zip) and on the Silicon Laboratories website.



DTMF Decoder

DTMF Generator

**Figure 1. DTMF Decoder Evaluation Board**

EXH. B-48

---

Rev. 0.1 11/05        Copyright © 2005 by Silicon Laboratories        DTMF-RD

# DTMF-RD

## 2.1. DTMF Decoder

The DTMF decoder section of the evaluation board can accept DTMF signals from three input sources as shown in Figure 2. The Audio Jack input source allows direct connection to a PC sound card and accepts bi-polar signals from the sound card. This allows DTMF tones to be recorded and played back from a .WAV file or generated using DTMF generation software. The bi-polar signal is converted to a uni-polar signal and conditioned before being routed to the MCU's ADC input. The user should adjust the gain and offset potentiometers such that the conditioned signal at the ADC input varies between 0 to 3 V.

The second input source, labeled *DTMF_Gen,* selects the output of the on-board DTMF Generator as the input to the DTMF decoder. See "DTMF Generator" on page 2 for more details about the on-board DTMF Generator. The third input source, *Terminal Block,* allows a stand-alone signal generator to be used for generating DTMF signals. This input is fed directly to the ADC input; therefore, the signal levels on this uni-polar input must be between 0 and 3 V.

The selected input signal is routed to the MCU's ADC input and to an amplified speaker and audio jack for listening to the input DTMF tones. Once a valid DTMF tone is detected by the decoder, the corresponding symbol is displayed on the 7-Segment LED and printed to a UART terminal.



**Figure 2. Demo Board (Decoder Section)**

## 2.2. DTMF Generator

Figure 3 shows a block diagram of the DTMF Generator section of the demo board. As buttons on the keypad are pressed, DTMF tones are generated by the C8051F300. A 100 ms tone is generated for each key press. The MCU generates a digital signal corresponding to the DTMF code using the PCA. The digital signal is passed through a low pass filter to remove the high-frequency components and allow only pure tones to be passed to the output.



**Figure 3. Demo Board (Generator Section)**

EXH. B-49

---

**Rev. 0.1**


SILICON LABORATORIES

# DTMF-RD

## 3. DTMF Demonstration

The DTMF Decoder Evaluation Board is factory pre-programmed with both the DTMF decoder and generator firmware. For this demonstration, connect the output of the DTMF generator to the input of the DTMF decoder.

1. Verify that J10 (next to the red LED) is shorted. This supplies power to the decoder section of the board.
2. Verify that pins 3 and 4 (the middle pins) of J4 are shorted. The J4 header is near the RS-232 connector and is labeled "Source Selection".
3. Verify that J3 is shorted. The J3 header is located near the speaker and may be removed to disconnect the speaker.
4. Power the DTMF Decoder Evaluation Board using the supplied 9 V ac adapter. You should hear the speaker beep and the decimal point on the 7-segment LED should be displayed.
5. Press any key on the keypad. This generates a DTMF tone. When the DTMF tone is detected by the decoder, it will be displayed on the 7-segment LED.

To view the decoded characters on a UART Terminal:

1. Verify that pins 1 and 2 of J6 are shorted. This enables UART transmission.
2. Connect a UART terminal to the RS-232 connector using a serial cable.
3. Configure the terminal for 9600 Baud 8-N-1.
4. The characters should be printed to the terminal as buttons on the keypad are pressed.

## 4. Updating Firmware

If the DTMF Decoder Evaluation Board is used to develop software for the C8051F300, the original firmware can be restored by downloading the HEX files provided in the AN218.zip file. A USB Debug Adapter or Serial Debug Adapter is required to download the hex files. A USB Debug Adapter is included in the C8051F300 Development Kit. See the Silicon Laboratories website for more details.

**Note:** The evaluation compiler included on the Reference Design CD is limited to 2 kB object code generation. The evaluation compiler included on the Development Kit CD is limited to 4 kB object code generation. The DTMF Decoder example software has an object code size of 3866 bytes when compiled at optimization level 9. The Development Kit CD is included in each Silicon Laboratories Development Kit and can also be ordered from the Silicon Laboratories website as a separate item.



Exh. B-50



# DTMF-RD

## 5. Schematic



Figure 4. DTMF Decoder Evaluation Board (Schematic 1 of 4)

U7i
74 HCT164
74HCT164
MAX 3224

EXH. B-51

**Rev. 0.1**



SILICON LABORATORIES

EVH: B-52

# DTMF-RD



**Figure 5. DTMF Decoder Evaluation Board (Schematic 2 of 4)**

SILICON LABORATORIES

**DTMF-RD**    EYH, Bu53



**Figure 6. DTMF Decoder Evaluation Board (Schematic 3 of 4)**



Power Supply

**Figure 7. DTMF Decoder Evaluation Board (Schematic 4 of 4)**

SILICON LABORATORIES

# DS3680
# QUAD TELEPHONE RELAY DRIVER

SLRS014C – MARCH 1986 – REVISED SEPTEMBER 1995

- **Designed for –52-V Battery Operation**
- **50-mA Output Current Capability**
- **Input Compatible With TTL and CMOS**
- **High Common-Mode Input Voltage Range**
- **Very Low Input Current**
- **Fail-Safe Disconnect Feature**
- **Built-In Output Clamp Diode**
- **Direct Replacement for National DS3680 and Fairchild μA3680**



D OR N PACKAGE
(TOP VIEW)

| | | | |
|---|---|---|---|
| 1 IN+ | 1 | 14 | BAT GND |
| 1 IN– | 2 | 13 | 1 OUT |
| 2 IN– | 3 | 12 | 2 OUT |
| 2 IN+ | 4 | 11 | 3 OUT |
| 3 IN+ | 5 | 10 | 4 OUT |
| 3 IN– | 6 | 9 | BAT NEG |
| 4 IN– | 7 | 8 | 4 IN+ |

## description

The DS3680 telephone relay driver is a monolithic integrated circuit designed to interface –48-V relay systems to TTL or other systems in telephone applications. It is capable of sourcing up to 50 mA from standard –52-V battery power. To reduce the effects of noise and IR drop between logic ground and battery ground, these drivers are designed to operate with a common-mode input range of $\pm 20$ V referenced to battery ground. The common-mode input voltages for the four drivers can be different, so a wide range of input elements can be accommodated. The high-impedance inputs are compatible with positive TTL and CMOS levels or negative logic levels. A clamp network is included in the driver outputs to limit high-voltage transients generated by the relay coil during switching. The complementary inputs ensure that the driver output is off as a fail-safe condition when either output is open.

The DS3680 is characterized for operation from 0°C to 70°C.

## symbol (each driver)



## schematic diagram (each driver)



All resistor values shown are nominal.

*Exh. B-54*

PRODUCTION DATA information is current as of publication date. Products conform to specifications per the terms of Texas Instruments standard warranty. Production processing does not necessarily include testing of all parameters.

![Texas Instruments]
**TEXAS INSTRUMENTS**
POST OFFICE BOX 655303 ● DALLAS, TEXAS 75265

Copyright © 1995, Texas Instruments Incorporated

1

# DS3680
# QUAD TELEPHONE RELAY DRIVER

SLRS014C – MARCH 1986 – REVISED SEPTEMBER 1995

*Eph iB=55*

## absolute maximum ratings over operating free-air temperature range (unless otherwise noted)

| | |
|---|---|
| Supply voltage range at BAT NEG, $V_{BAT-}$ (see Note 1) | –70 V to 0.5 V |
| Input voltage range with respect to BAT GND | –70 V to 20 V |
| Input voltage range with respect to BAT NEG | –0.5 V to 70 V |
| Differential input voltage, $V_{ID}$ (see Note 2) | ±20 V |
| Output current, $I_O$:  Resistive load | –100 mA |
| Inductive load | –50 mA |
| Inductive output load | 5 H |
| Continuous total dissipation | See Dissipation Rating Table |
| Operating free-air temperature range, $T_A$ | 0°C to 70°C |
| Storage temperature range, $T_{stg}$ | –65°C to 150°C |
| Lead temperature 1,6 mm (1/16 inch) from case for 60 seconds | 260°C |

NOTES:  1.  All voltages are with respect to BAT GND, unless otherwise specified.
        2.  Differential input voltages are at the noninverting input terminal IN+ with respect to the inverting input terminal IN–.

### DISSIPATION RATING TABLE

| PACKAGE | $T_A \leq 25°C$ POWER RATING | DERATING FACTOR ABOVE $T_A$ = 25°C | $T_A$ = 70°C POWER RATING |
|---|---|---|---|
| D | 950 mW | 7.6 mW/°C | 608 mW |
| N | 1150 mW | 9.2 mW/°C | 736 mW |

## recommended operating conditions

| | MIN | MAX | UNIT |
|---|---|---|---|
| Supply voltage, $V_{BAT-}$ | –10 | –60 | V |
| Input voltage, either input | –20† | 20 | V |
| High-level differential input voltage, $V_{IDH}$ | 2 | 20 | V |
| Low-level differential input voltage, $V_{IDL}$ | –20† | 0.8 | V |
| Operating free-air temperature, $T_A$ | 0 | 70 | °C |

† The algebraic convention, in which the less positive (more negative) limit is designated minimum, is used in this data sheet for input voltage levels.

## electrical characteristics over recommended operating free-air temperature range, $V_{BAT-}$ = –52 V (unless otherwise noted)

| PARAMETER | | TEST CONDITIONS | | MIN | TYP‡ | MAX | UNIT |
|---|---|---|---|---|---|---|---|
| $I_{IH}$ | High-level input current (into IN+) | $V_{ID}$ = 2 V | | | 40 | 100 | μA |
| | | $V_{ID}$ = 7 V | | | 375 | 1000 | |
| $I_{IL}$ | Low-level input current (into IN+) | $V_{ID}$ = 0.4 V | | | 0.01 | 5 | μA |
| | | $V_{ID}$ = –7 V | | | –1 | –100 | |
| $V_{O(on)}$ | On-stage output voltage | $I_O$ = 50 mA, | $V_{ID}$ = 2 V | | –1.6 | –2.1 | V |
| $I_{O(off)}$ | Off-stage output current | $V_O = V_{BAT-}$, | $V_{ID}$ = 0.8 V | | –2 | –100 | μA |
| | | | Inputs open | | –2 | –100 | |
| $I_R$ | Clamp diode reverse current | $V_O$ = 0 | | | 2 | 100 | μA |
| $V_{OK}$ | Output clamp voltage | $I_O$ = 50 mA | | | 0.9 | 1.2 | V |
| | | $I_O$ = –50 mA, | $V_{BAT-}$ = 0 | | –0.9 | –1.2 | |
| $I_{BAT(on)}$ | On-state battery current | All drivers on | | | –2 | –4.4 | mA |
| $I_{BAT(off)}$ | Off-state battery current | All drivers off | | | –1 | –100 | μA |

‡ All typical values are at $T_A$ = 25°C.



TEXAS
INSTRUMENTS
POST OFFICE BOX 655303 ● DALLAS, TEXAS 75265

Case 5:08-cv-02970-JF    Document 2-2    Filed 06/16/2008    Page 3 of 41

**DS3680**
**QUAD TELEPHONE RELAY DRIVER**

SLRS014C – MARCH 1986 – REVISED SEPTEMBER 1995

**switching characteristics** $V_{BAT-}$ = –52 V, $T_A$ = 25°C

| PARAMETER | | TEST CONDITIONS | MIN | TYP | MAX | UNIT |
|---|---|---|---|---|---|---|
| $t_{on}$ | Turn-on time | $V_{ID}$ = 3-V pulse,  $R_L$ = 1 kΩ, | | 1 | 10 | µs |
| $t_{off}$ | Turn-off time | L = 1 H,    See Figure 2 | | 1 | 10 | µs |

**PARAMETER MEASUREMENT INFORMATION**



Figure 1. Generalized Test Circuit, Each Driver



**TEST CIRCUIT**



**VOLTAGE WAVEFORMS**

Figure 2. Test Circuit and Voltage Waveforms, Each Driver

EYH. B-56



TEXAS
INSTRUMENTS

POST OFFICE BOX 655303 ● DALLAS, TEXAS 75265

3

# DS3680
# QUAD TELEPHONE RELAY DRIVER

SLRS014C – MARCH 1986 – REVISED SEPTEMBER 1995

## APPLICATION INFORMATION



**Figure 3. Relay Driver**

E×hc. B-57



TEXAS INSTRUMENTS
POST OFFICE BOX 655303 ● DALLAS, TEXAS 75285

EXHi B 58



# TDA7267

## 2W MONO AMPLIFIER

- CAN DELIVER 2W THD 10% 12V/8Ω
- INTERNAL FIXED GAIN 32dB
- NO FEEDBACK CAPACITOR
- NO BOUCHEROT CELL
- THERMAL PROTECTION
- AC SHORT CIRCUIT PROTECTION
- SVR CAPACITOR FOR BETTER RIPPLE REJECTION
- LOW TURN-ON/OFF POP
- STAND-BY MODE



MINIDIP (4+4)

ORDERING NUMBER: TDA7267

### DESCRIPTION

The device TDA7267 is a new technology Mono Audio Amplifier in MINIDIP package specifically designed for TV application.

Thanks to the fully complementary output configu-

ration the device delivers a rail to rail voltage swing without need of boostrap capacitors.

### BLOCK DIAGRAM



D94AU165

TDA7267    EXH. B-59

## ABSOLUTE MAXIMUM RATINGS

| Symbol | Parameter | Value | Unit |
|--------|-----------|-------|------|
| $V_S$ | Operating Supply Voltage | 18 | V |
| $I_O$ | Output Put Peak Current | 1.5 | A |
| $T_{op}$ | Operating Temperature Range | 0 to 70 | °C |
| $T_j$ | Junction Temperature | 150 | °C |
| $T_{stg}$ | Storage Temperature Range | -40 to 125 | °C |

## PIN CONNECTION (Top view)



D94AU163

## THERMAL DATA

| Symbol | Parameter | Value | Unit |
|--------|-----------|-------|------|
| $R_{th\,j\text{-}amb}$ | Thermal Resistance Junction to ambient (on PCB) | 80 | °C/W |
| $R_{th\,j\text{-}case}$ | Thermal Resistance Junction to case | 15 | °C/W |

## ELECTRICAL CHARACTERISTICS ($T_{amb}$ = 25°C; $V_S$ = 12V; $R_L$ = 8Ω; f = 1KHz; unless otherwise specified.)

| Symbol | Parameter | Test Condition | Min. | Typ. | Max. | Unit |
|--------|-----------|----------------|------|------|------|------|
| $V_S$ | Supply Voltage Range | | 4.5 | | 18 | V |
| $I_S$ | Quiescent Current | | | 20 | 30 | mA |
| $I_{sb}$ | Stand-By Current | Pin 3 shorted to GND | | | 0.3 | mA |
| $V_O$ | Quiescent Output Voltage | | | 6 | | V |
| $A_V$ | Voltage Gain | | | 32 | | dB |
| $R_{IN}$ | Input Impedance | | | 100 | | KΩ |
| $P_O$ | Output Power | THD = 10% | 1.8 | 2 | | W |
| THD | Distortion | $P_O$ = 1W | | | 1.0 | % |
| SVR | Supply Voltage Rejection | $V_{ripple}$ = 150mVrms; $F_{ripple}$ = 1KHz | | 50 | | dB |
| $E_i$ | Input Noise Voltage | Rg = 10KΩ; BW = 20Hz to 20KHz | | 1.5 | 5 | μV |
| $V_{sb}$ | Stand-By Enable Voltage | | | | 1 | V |

*Exh. B-60*

**TDA7267**

**APPLICATION CIRCUIT**



D94AU166

**APPLICATION HINTS:**

For 12V supply and 8Ω speaker application, its maximum power dissipation is about 1W.

Assumming that max ambient temperature is 70°C. Required thermal resistance of the device and heat dissipating means must be equal to (150 - 70)/1 = 80°C/W.

Junction to pin thermal resistance of the package is about 15°C/W. That means external heat sink of about 65°C/W is required.

Cu ground plane of PCB can be used as heat dissipating means.

Stand-By switches must be able to discharge $C_{svr}$ current.



EXH. B-61

# AC/DC to Logic Interface Optocouplers

## Technical Data

HCPL-0370
HCPL-3700
HCPL-3760

## Features

- **Standard (HCPL-0370/3700) and Low Input Current (HCPL-3760) Versions**
- **AC or DC Input**
- **Programmable Sense Voltage**
- **Hysteresis**
- **Logic Compatible Output**
- **Thresholds Guaranteed over Temperature**
- **Thresholds Independent of LED Optical Parameters**
- **Recognized under UL 1577 and CSA Approved for Dielectric Withstand Proof Test Voltage of 3750 Vac, 1 Minute**

## Applications

- **Limit Switch Sensing**
- **Low Voltage Detector**
- **5 V-240 V AC/DC Voltage Sensing**
- **Relay Contact Monitor**
- **Relay Coil Voltage Monitor**
- **Current Sensing**
- **Microprocessor Interfacing**

## Description

The HCPL-0370/3700 and HCPL-3760 are voltage/current threshold detection optocouplers. The HCPL-3760 is a low-current version of the HCPL-0370/3700. To obtain lower current operation, the HCPL-3760 uses a high-efficiency AlGaAs LED which provides higher light output at lower drive currents. The devices utilize threshold sensing input buffer ICs which permit control of threshold levels over a wide range of input voltages with a single external resistor.

HCPL-0370/3700/3760



The input buffer incorporates several features: hysteresis for extra noise immunity and switching immunity, a diode bridge for easy use with ac input signals, and internal clamping

## Functional Diagram



TRUTH TABLE
(POSITIVE LOGIC)

| INPUT | OUTPUT |
|-------|--------|
| H | L |
| L | H |

CAUTION: It is advised that normal static precautions be taken in handling and assembly of this component to prevent damage and/or degradation which may be induced by ESD.

2

*EXH. B-62*

diodes to protect the buffer and LED from a wide range of over-voltage and over-current transients. Because threshold sensing is done prior to driving the LED, variations in optical coupling from the LED to the detector will have no effect on the threshold levels.

The HCPL-0370/3700's input buffer IC has a nominal turn on threshold of 2.5 mA ($I_{TH}$ +) and 3.7 volts ($V_{TH}$ +).

The buffer IC for the HCPL-3760 was redesigned to permit a lower input current. The nominal turn on threshold for the HCPL-3760 is 1.2 mA ($I_{TH}$ +) and 3.7 volts ($V_{TH}$ +).

The high gain output stage features an open collector output providing both TTL compatible

saturation voltages and CMOS compatible breakdown voltages.

By combining several unique functions in a single package, the user is provided with an ideal component for industrial control computer input boards and other applications where a predetermined input threshold level is desirable.

## Ordering Information

Specify Part Number followed by Option Number (if desired)

Example



HCPL-0370#XXXX
- No option = SO8 Package.
- 500 = Tape/Reel Package Option (1 K min.).
- XXXE = Lead Free Option.



HCPL-37x0#XXXX
- 020 = 5000 V rms/1 minute UL Rating Option.
- 300 = Gull Wing Surface Mount Option.
- 500 = Tape/Reel Package Option (1 K min.).
- XXXE = Lead Free Option.

Option data sheets available. Contact your Agilent sales representative or authorized distributor for information.

Remarks: The notation "#" is used for existing products, while (new) products launched since 15th July 2001 and lead free option will use "-".

## Schematic



EXH. B-63

## Insulation and Safety Related Specifications

| Parameter | Symbol | 8-Pin DIP (300 mil) Value | SO-8 Value | Units | Conditions |
|---|---|---|---|---|---|
| Min.. External Air Gap (External Clearance) | L(IO1) | 7.1 | 4.9 | mm | Measured from input terminals to output sterminals, hortest distance through air |
| Min.. External Tracking Path (External Creepage) | L(IO2) | 7.4 | 4.8 | mm | Measured from input terminals to output terminals, shortest distance path along body |
| Min.. Internal Plastic Gap (Internal Clearance) | | 0.08 | 0.08 | mm | Through insulation distance, conductor to conductor, usually the direct distance between the photoemitter and photodetector inside the optocoupler cavity |
| Tracking Resistance (Comparative Tracking Index) | CTI | 200 | 200 | V | DIN IEC 112/VDE 0303 PART 1 |
| Isolation Group | | | IIIa | | Material Group (DIN VDE 0110, 1/89, Table 1) |

## Absolute Maximum Ratings (No derating required up to 70°C)

| Parameter | | Symbol | Min. | Max. | Units | Note |
|---|---|---|---|---|---|---|
| Storage Temperature | | $T_S$ | -55 | 125 | °C | |
| Operating Temperature | | $T_A$ | -40 | 85 | °C | |
| Lead Soldering Cycle | Temperature | | | 260 | °C | 1 |
| | Time | | | 10 | s | |
| Input Current | Average | | | 50 | | 2 |
| | Surge | $I_{IN}$ | | 140 | mA | 2, 3 |
| | Transient | | | 500 | | |
| Input Voltage (Pins 2-3) | | $V_{IN}$ | -0.5 | | V | |
| Input Power Dissipation | HCPL-3700/3760 | $P_{IN}$ | | 230 | mW | 4 |
| | HCPL-0370 | | | 172 | | |
| Total Package Power Dissipation | HCPL-3700/3760 | $P_T$ | | 305 | mW | 5 |
| | HCPL-0370 | | | 275 | | |
| Output Power Dissipation | HCPL-3700/3760 | $P_O$ | | 210 | mW | 6 |
| | HCPL-0370 | | | 103 | | |
| Output Current | Average | $I_O$ | | 30 | mA | 7 |
| Supply Voltage (Pins 8-5) | | $V_{CC}$ | -0.5 | 20 | V | |
| Output Voltage (Pins 6-5) | | $V_O$ | -0.5 | 20 | V | |
| Solder Reflow Temperature Profile | See Package Outline Drawings section | | | | | |

## Recommended Operating Conditions

| Parameter | Symbol | Min. | Max. | Units | Note |
|---|---|---|---|---|---|
| Supply Voltage | $V_{CC}$ | 2 | 18 | V | |
| Operating Temperature | $T_A$ | 0 | 70 | °C | |
| Operating Frequency | f | 0 | 4 | kHz | 8 |

EXH. B-64

## Electrical Specifications

Over Recommended Temperature $T_A$ = 0℃ to 70℃, Unless Otherwise Specified.

| Parameter | | Sym. | Device | Min. | Typ.[9] | Max. | Units | Conditions | Fig. | Note |
|---|---|---|---|---|---|---|---|---|---|---|
| Input Threshold Current | | $I_{TH+}$ | HCPL-0370/3700 | 1.96 | 2.5 | 3.11 | mA | $V_{IN}$ = $V_{TH+}$; $V_{CC}$ = 4.5 V; $V_O$ = 0.4 V; $I_O \geq$ 4.2 mA | 2, 3 | 14 |
| | | | HCPL-3760 | 0.87 | 1.2 | 1.56 | | | | |
| | | $I_{TH-}$ | HCPL-0370/3700 | 1.00 | 1.3 | 1.62 | | $V_{IN}$ = $V_{TH-}$; $V_{CC}$ = 4.5 V; $V_O$ = 2.4 V; $I_{OH} \leq$ 100 µA | | |
| | | | HCPL-3760 | 0.43 | 0.6 | 0.80 | | | | |
| Input Threshold Voltage | DC (Pins 2, 3) | $V_{TH+}$ | | 3.35 | 3.7 | 4.05 | V | $V_{IN}$ = $V_2 - V_3$; Pins 1 & 4 Open $V_{CC}$ = 4.5 V; $V_O$ = 0.4 V; $I_O \geq$ 4.2 mA | | |
| | | $V_{TH-}$ | | 2.01 | 2.6 | 2.86 | V | $V_{IN}$ = $V_2 - V_3$; Pins 1 & 4 Open $V_{CC}$ = 4.5 V; $V_O$ = 2.4 V; $I_O \leq$ 100 µA | | |
| | AC (Pins 1, 4) | $V_{TH+}$ | | 4.23 | 4.9 | 5.50 | V | $V_{IN}$ = $\|V_1 - V_4\|$; Pins 2 & 3 Open $V_{CC}$ = 4.5 V; $V_O$ = 0.4 V; $I_O \geq$ 4.2 mA | | 14, 15 |
| | | $V_{TH-}$ | | 2.87 | 3.7 | 4.20 | V | $V_{IN}$ = $\|V_1 - V_4\|$; Pins 2 & 3 Open $V_{CC}$ = 4.5 V; $V_O$ = 2.4 V; $I_O \leq$ 100 µA | | |
| Hysteresis | | $I_{HYS}$ | HCPL-0370/3700 | | 1.2 | | mA | $I_{HYS}$ = $I_{TH+} - I_{TH-}$ | 2 | |
| | | | HCPL-3760 | | 0.6 | | | | | |
| | | $V_{HYS}$ | | | 1.2 | | V | $V_{HYS}$ = $V_{TH+} - V_{TH-}$ | | |
| Input Clamp Voltage | | $V_{IHC1}$ | | 5.4 | 6.0 | 6.6 | V | $V_{IHC1}$ = $V_2 - V_3$; $V_3$ = GND; $I_{IN}$ = 10 mA; Pins 1 & 4 Connected to Pin 3 | 1 | |
| | | $V_{IHC2}$ | | 6.1 | 6.7 | 7.3 | V | $V_{IHC2}$ = $\|V_1 - V_4\|$; $\|I_{IN}\|$ = 10 mA; Pins 2 & 3 Open | | |
| | | $V_{IHC3}$ | | | 12.0 | 13.4 | V | $V_{IHC3}$ = $V_2 - V_3$; $V_3$ = GND; $I_{IN}$ = 15 mA; Pins 1 & 4 Open | | |
| | | $V_{ILC}$ | | | -0.76 | | V | $V_{ILC}$ = $V_2 - V_3$; $V_3$ = GND; $I_{IN}$ = -10 mA | | |
| Input Current | | $I_{IN}$ | HCPL-0370/3700 | 3.0 | 3.7 | 4.4 | mA | $V_{IN}$ = $V_2 - V_3$ = 5.0 V Pins 1 & 4 Open | 5 | |
| | | | HCPL-3760 | 1.5 | 1.8 | 2.2 | | | | |
| Bridge Diode Forward Voltage | | $V_{D1,2}$ | HCPL-0370/3700 | | 0.59 | | V | $I_{IN}$ = 3 mA | | |
| | | | HCPL-3760 | | 0.51 | | | $I_{IN}$ = 1.5 mA | | |
| | | $V_{D3,4}$ | HCPL-0370/3700 | | 0.74 | | | $I_{IN}$ = 3 mA | | |
| | | | HCPL-3760 | | 0.71 | | | $I_{IN}$ = 1.5 mA | | |
| Logic Low Output Voltage | | $V_{OL}$ | | | 0.1 | 0.4 | V | $V_{CC}$ = 4.5 V; $I_{OL}$ = 4.2 mA | 5 | 14 |
| Logic High Output Current | | $I_{OH}$ | | | | 100 | µA | $V_{OH}$ = $V_{CC}$ = 18 V | | 14 |
| Logic Low Supply Current | | $I_{CCL}$ | HCPL-0370/3700 | | 1.2 | 4 | mA | $V_2 - V_3$ = 5.0 V; $V_O$ = Open; $V_{CC}$ = 5.0 V | 6 | |
| | | | HCPL-3760 | | 0.7 | 3 | | | | |
| Logic High Supply Current | | $I_{CCH}$ | | | 0.002 | 4 | µA | $V_{CC}$ = 18 V; $V_O$ = Open | 4 | 14 |
| Input Capacitance | | $C_{IN}$ | | | 50 | | pF | f = 1 MHz; $V_{IN}$ = 0 V, Pins 2 & 3, Pins 1 & 4 Open | | |

 
EXH. B-65

## Switching Specifications

$T_A$ = 25°C, $V_{CC}$ = 5.0 V, Unless Otherwise Specified.

| Parameter | Sym. | Device | Min. | Typ. | Max. | Units | Test Conditions | Fig. | Note |
|---|---|---|---|---|---|---|---|---|---|
| Propagation Delay Time to Logic Low at Output | $t_{PHL}$ | HCPL-0370/3700 | | 4.0 | 15.0 | µs | $R_L$ = 4.7 kΩ, $C_L$ = 30 pF | 7, 10 | 10 |
| | | HCPL-3760 | | 4.5 | | | | | |
| Propagation Delay Time to Logic High at Output | $t_{PLH}$ | HCPL-0370/3700 | | 10.0 | 40.0 | µs | $R_L$ = 4.7 kΩ, $C_L$ = 30 pF | | 11 |
| | | HCPL-3760 | | 8.0 | | | | | |
| Output Rise Time (10-90%) | $t_r$ | HCPL-0370/3700 | | 20 | | µs | $R_L$ = 4.7 kΩ, $C_L$ = 30 pF | 8 | |
| | | HCPL-3760 | | 14 | | | | | |
| Output Fall Time (90-10%) | $t_f$ | HCPL-0370/3700 | | 0.3 | | µs | $R_L$ = 4.7 kΩ, $C_L$ = 30 pF | | |
| | | HCPL-3760 | | 0.4 | | | | | |
| Common Mode Transient Immunity at Logic High Output | $|CM_H|$ | | | 4000 | | V/µs | $I_{IN}$ = 0 mA, $R_L$ = 4.7 kΩ, $V_{O\,min}$ = 2.0 V, $V_{CM}$ = 1400 V | 9, 11 | 12, 13 |
| Common Mode Transient Immunity at Logic Low Output | $|CM_L|$ | HCPL-0370/3700 | | 600 | | V/µs | $I_{IN}$ = 3.11 mA, $R_L$ = 4.7 kΩ, $V_{O\,max}$ = 0.8 V | | |
| | | HCPL-3760 | | | | | $I_{IN}$ = 1.56 mA, $V_{CM}$ = 140 V | | |

## Package Characteristics

Over Recommended Temperature $T_A$ = 0°C to 70°C, Unless Otherwise Specified.

| Parameter | Sym. | Min. | Typ.[9] | Max. | Units | Conditions | Fig. | Note |
|---|---|---|---|---|---|---|---|---|
| Input-Output Momentary Withstand Voltage* Option 020 | $V_{ISO}$ | 3750 | | | V rms | RH ≤ 50%, t = 1 min; $T_A$ = 25°C | | 16, 17 |
| | | 5000 | | | | | | 18 |
| Input-Output Resistance | $R_{I-O}$ | | $10^{12}$ | | Ω | $V_{I-O}$ = 500 Vdc | | 16 |
| Input-Output Capacitance | $C_{I-O}$ | | 0.6 | | pF | f = 1 MHz; $V_{I-O}$ = 0 Vdc | | |

*The Input-Output Momentary Withstand Voltage is a dielectric voltage rating that should not be interpreted as an input-output continuous voltage rating. For the continuous voltage rating refer to the IEC/EN/DIN EN 60747-5-2 Insulation Characteristics Table (if applicable), your equipment level safety specification, or Agilent Application Note 1074, "Optocoupler Input-Output Endurance Voltage."

EXA. B-66

**Notes:**

1. Measured at a point 1.6 mm below seating plane.
2. Current into/out of any single lead.
3. Surge input current duration is 3 ms at 120 Hz pulse repetition rate. Transient input current duration is 10 μs at 120 Hz pulse repetition rate. Note that maximum input power, $P_{IN}$, must be observed.
4. Derate linearly above 70°C free-air temperature at a rate of 4.1 mW/°C (HCPL-3700/3760) and 3.1 mW/°C (HCPL-0370). Maximum input power dissipation of 230 mW (HCPL-3700/3760) and 172 mW (HCPL-0370) allows an input IC junction temperature of 125°C at an ambient temperature of $T_A$ = 70°C. Excessive $P_{IN}$ and $T_J$ may result in IC chip degradation.
5. Derate linearly above 70°C free-air temperature at a rate of 5.4 mW/°C (HCPL-3700/3760) and 5 mW/°C (HCPL-0370).
6. Derate linearly above 70°C free-air temperature at a rate of 3.9 mW/°C (HCPL-3700/3760) and 1.9 mW/°C (HCPL-0370). Maximum output power dissipation of 210 mW (HCPL-3700/3760) and 103 mW (HCPL-0370) allows an output IC junction temperature of 125°C at an ambient temperature of $T_A$ = 70°C.
7. Derate linearly above 70°C free-air temperature at a rate of 0.6 mA/°C.
8. Maximum operating frequency is defined when output waveform Pin 6 obtains only 90% of $V_{CC}$ with $R_L$ = 4.7 kΩ, $C_L$ = 30 pF using a 5 V square wave input signal.
9. All typical values are at $T_A$ = 25°C, $V_{CC}$ = 5.0 V unless otherwise stated.
10. The $t_{PHL}$ propagation delay is measured from the 2.5 V level of the leading edge of a 5.0 V input pulse (1 μs rise time) to the 1.5 V level on the leading edge of the output pulse (see Figure 10).
11. The $t_{PLH}$ propagation delay is measured from the 2.5 V level of the trailing edge of a 5.0 V input pulse (1 μs fall time) to the 1.5 V level on the trailing edge of the output pulse (see Figure 10).
12. Common mode transient immunity in Logic High level is the maximum tolerable (positive) $dV_{CM}/dt$ on the leading edge of the common mode pulse, $V_{CM}$, to insure that the output will remain in a Logic High state (i.e., $V_O$ > 2.0 V). Common mode transient immunity in Logic Low level is the maximum tolerable (negative) $dV_{CM}/dt$ on the trailing edge of the common mode pulse signal, $V_{CM}$, to insure that the output will remain in a Logic Low state (i.e., $V_O$ < 0.8 V). See Figure 11.
13. In applications where $dV_{CM}/dt$ may exceed 50,000 V/μs (such as static discharge), a series resistor, $R_{CC}$, should be included to protect the detector IC from destructively high surge currents. The recommended value for $R_{CC}$ is 240 Ω per volt of allowable drop in $V_{CC}$ (between Pin 8 and Pin 6) with a minimum value of 240 Ω.
14. Logic low output level at Pin 6 occurs under the conditions of $V_{IN} \geq V_{TH+}$ as well as the range of $V_{IN} > V_{TH-}$ once $V_{IN}$ has exceeded $V_{TH+}$. Logic high output level at Pin 6 occurs under the conditions of $V_{IN} \leq V_{TH-}$ as well as the range of $V_{IN} < V_{TH+}$ once $V_{IN}$ has decreased below $V_{TH-}$.
15. AC voltage is instantaneous voltage.
16. Device considered a two terminal device: Pins 1, 2, 3, 4 connected together, and Pins 5, 6, 7, 8 connected together.
17. In accordance with UL 1577, each optocoupler is proof tested by applying an insulation test voltage ≥ 4500 V rms for 1 second (leakage detection current limit, $I_{I-O} \leq 5$ μA).
18. In accordance with UL 1577, each optocoupler is proof tested by applying an insulation test voltage ≥ 6000 V rms for 1 second (leakage detection current limit, $I_{I-O} \leq 5$ μA). This test is performed before the 100% production test for partial discharge (Method b) shown in the IEC/EN/DIN EN 60747-5-2 Insulation Characteristics Table.



Figure 1. Typical Input Characteristics, $I_{IN}$ vs. $V_{IN}$ (AC Voltage is Instantaneous Value).



Figure 2. Typical Transfer Characteristics.

| | DEVICE | TH+ | TH- | INPUT CONNECTION |
|---|---|---|---|---|
| $I_{TH}$ | HCPL-0370/3700 | 2.5 mA | 1.3 mA | PINS 2, 3 |
| | HCPL-3760 | 1.2 mA | 0.8 mA | OR 1, 4 |
| $V_{TH(t)}$ | ALL | 3.7 V | 2.6 V | PINS 2, 3 |
| $V_{TH(t)}$ | ALL | 4.9 V | 3.7 V | PINS 1, 4 |

EXH. B-67



Figure 3. Typical DC Threshold Levels vs. Temperature.

Figure 4. Typical High Level Supply Current, $I_{CCH}$ vs. Temperature.



Figure 5. Typical Input Current, $I_{IN}$, and Low Level Output Voltage, $V_{OL}$, vs. Temperature.




Figure 6. Typical Logic Low Supply Current vs. Supply Voltage.

EXH. B-68




**Figure 7. Typical Propagation Delay vs. Temperature.**




**Figure 8. Typical Rise, Fall Times vs. Temperature.**



**Figure 9. Common Mode Transient Immunity
vs. Common Mode Transient Amplitude.**

12

*EXH . B-69*



Figure 10. Switching Test Circuit.



Figure 11. Test Circuit for Common Mode Transient Immunity and Typical Waveforms.



Figure 12. Typical External Threshold Characteristics, V± vs. $R_x$.

EXH.B-70

 **Agilent Technologies**



**Figure 13. External Threshold Voltage Level Selection.**

## Electrical Considerations

The HCPL-0370/3700/3760 optocouplers have internal temperature compensated, predictable voltage and current threshold points which allow selection of an external resistor, $R_X$, to determine larger external threshold voltage levels. For a desired external threshold voltage, $V_\pm$, a corresponding typical value of $R_X$ can be obtained from Figure 12. Specific calculation of $R_X$ can be obtained from Equation (1). Specification of both $V_+$ and $V_-$ voltage threshold levels simultaneously can be obtained by the use of $R_X$ and $R_P$ as shown in Figure 13 and determined by Equations (2) and (3).

$R_X$ can provide over-current transient protection by limiting input current during a transient condition. For monitoring contacts of a relay or switch, the HCPL-0370/3700/3760 in combination with $R_X$ and $R_P$ can be used to allow a specific current to be conducted through the contacts for cleaning purposes (wetting current).

The choice of which input voltage clamp level to choose depends upon the application of this device (see Figure 1). It is recommended that the low clamp condition be used when possible.

The low clamp condition in conjunction with the low input current feature will ensure extremely low input power dissipation.

In applications where $dV_{CM}/dt$ may be extremely large (such as static discharge), a series resistor, $R_{CC}$, should be connected in series with $V_{CC}$ and Pin 8 to protect the detector IC from destructively high surge currents. See Note 13 for determination of $R_{CC}$. In addition, it is recommended that a ceramic disc bypass capacitor of 0.01 µF be placed between Pins 8 and 5 to reduce the effect of power supply noise.

For interfacing ac signals to TTL systems, output low pass filtering can be performed with a pullup resistor of 1.5 kΩ and 20 µF capacitor. This application requires a Schmitt trigger gate to avoid slow rise time chatter problems. For ac input applications, a filter capacitor can be placed across the dc input terminals for either signal or transient filtering.

Either ac (Pins 1, 4) or dc (Pins 2, 3) input can be used to determine external threshold levels.

For one specifically selected external threshold voltage level $V_+$ or $V_-$, $R_X$ can be determined without use of $R_P$ via

$$R_X = \frac{V_{+(-)} - V_{TH+(-)}}{I_{TH+(-)}} \quad (1)$$

For two specifically selected external threshold voltage levels, $V_+$ and $V_-$, the use of $R_X$ and $R_P$ will permit this selection via equations (2), (3) provided the following conditions are met. If the denominator of equation (2) is positive, then

$$\frac{V_+}{V_-} \geq \frac{V_{TH+}}{V_{TH-}} \quad \text{and} \quad \frac{V_+ - V_{TH+}}{V_- - V_{TH-}} < \frac{I_{TH+}}{I_{TH-}}$$

Conversely, if the denominator of equation (2) is negative, then

$$\frac{V_+}{V_-} \leq \frac{V_{TH+}}{V_{TH-}} \quad \text{and} \quad \frac{V_+ - V_{TH+}}{V_- - V_{TH-}} > \frac{I_{TH+}}{I_{TH-}}$$

$$R_X = \frac{V_{TH-} \cdot (V_+) - V_{TH+} \cdot (V_-)}{I_{TH+} \cdot (V_{TH-}) - I_{TH-} \cdot (V_{TH+})} \quad (2)$$

$$R_P = \frac{V_{TH-} \cdot (V_+) - V_{TH+} \cdot (V_-)}{I_{TH+} \cdot (V_- - V_{TH-}) + I_{TH-} \cdot (V_{TH+} - V_+)} \quad (3)$$

**www.agilent.com/semiconductors**
For product information and a complete list of distributors, please go to our web site.
For technical assistance call:
Americas/Canada: +1 (800) 235-0312 or (916) 788-6763
Europe: +49 (0) 6441 92460
China: 10800 650 0017
Hong Kong: (+65) 6756 2394
India, Australia, New Zealand: (+65) 6755 1939
Japan: (+81 3) 3335-8152 (Domestic/International), or 0120-61-1280 (Domestic Only)
Korea: (+65) 6755 1989
Singapore, Malaysia, Vietnam, Thailand, Philippines, Indonesia: (+65) 6755 2044
Taiwan: (+65) 6755 1843
Data subject to change.
Copyright © 2004 Agilent Technologies, Inc.
Obsoletes 5989-0785EN
December 20, 2004
5989-2101EN





# CPC5622

## LITELINK® III Phone Line Interface IC (DAA)

## Features

- Superior voice solution with low noise and excellent part-to-part gain accuracy
- 3 kV$_{RMS}$ line isolation
- Simultaneous ringing detection and CID monitoring for worldwide applications
- Provides both full-wave ringing detect and half-wave ringing detect for maximum versatility
- Transmit power of up to +10 dBm into 600 Ω
- Data access arrangement (DAA) solution for modem speeds up to V.92
- 3.3V or 5 V power supply operation
- Easy interface with modem ICs and voice CODECs
- Worldwide dial-up telephone network compatibility
- CPC5622 can be used in circuits that comply with the requirements of TIA/EIA/IS-968 (FCC part 68), UL60950 (UL1950), EN60950, IEC60950, EN55022B, CISPR22B, EN55024, and TBR-21
- Line-side circuit powered from telephone line
- Compared to other silicon DAA solutions, LITELINK:
  - Uses fewer passive components
  - Takes up less printed-circuit board space
  - Uses less telephone line power
  - Is a single-IC solution

## Applications

- Computer telephony and gateways, such as VoIP
- PBXs
- Satellite and cable set-top boxes
- V.92 (and other standard) modems
- Fax machines
- Voicemail systems

- Embedded modems for POS terminals, automated banking, remote metering, vending machines, security, and surveillance

## Description

LITELINK III is a single-package silicon phone line interface (PLI) DAA used in voice and data communication applications to make connections between host equipment and telephone networks.

LITELINK uses on-chip optical components and a few inexpensive external components to form the required high voltage isolation barrier. LITELINK eliminates the need for large isolation transformers or capacitors used in other phone line interface configurations.

LITELINK also provides AC and DC phone line terminations, switchhook, 2-wire to 4-wire hybrid, ringing detection, and full time receive on-hook transmission capability.

The CPC5622 is a member of and builds upon Clare's third generation of LITELINK products with improved insertion loss performance and lower minimum current draw from the phone line. The CPC5622 version of LITELINK III provides concurrent ringing detection and CID monitoring for world wide applications. Both half-wave and full-wave ringing detection are provided for maximum versatility.

## Ordering Information

| Part Number | Description |
|---|---|
| CPC5622A | 32-pin Phone Line Interface, 50/tube |
| CPC5622ATR | 32-pin Phone Line Interface, tape and reel, 1000/reel |

**Figure 1. CPC5622 Block Diagram**



EXH. B-71

**CPC5622**

CLARE

1. Electrical Specifications . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3
  1.1 Absolute Maximum Ratings . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3
  1.2 Performance . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .3
  1.3 Pin Description  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5

2. Application Circuits . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6
  2.1 Resistive Termination Application Circuit . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6
    2.1.1 Resistive Termination Application Circuit Part List . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7
  2.2 Reactive Termination Application Circuit . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8
    2.2.1 Reactive Termination Application Circuit Part List . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9

3. Using LITELINK . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10
  3.1 Switch Hook Control (On-hook and Off-hook States) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10
  3.2 On-hook Operation: $\overline{OH}$=1 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10
    3.2.1 Ringing Signal Reception via the Snoop Circuit . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10
  3.3 Off-Hook Operation: $\overline{OH}$=0 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12
    3.3.1 Receive Signal Path . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12
    3.3.2 Transmit Signal Path . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12
  3.4 Initialization Requirement Following Power-up . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13
  3.5 DC Characteristics . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13
    3.5.1 Setting a Current Limit . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13
  3.6 AC Characteristics . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13
    3.6.1 Resistive Termination Applications . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13
    3.6.2 Reactive Termination Applications . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13
    3.6.3 $\overline{Mode}$ Pin Usage . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13

4. Regulatory Information . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14

5. LITELINK Design Resources  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14
  5.1 Clare, Inc. Design Resources . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14

6. LITELINK Performance . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15

7. Manufacturing Information . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17
  7.1 Mechanical Dimensions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17
  7.2 Tape and Reel Packaging . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 18
  7.3 Manufacturing Assembly Processes . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 18
    7.3.1 Moisture Reflow Sensitivity  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 18
    7.3.2 Reflow Profile . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 18

EXH. B-72



CLARE                    *EXH. B-73*                                    CPC5622

# 1. Electrical Specifications

## 1.1 Absolute Maximum Ratings

*Absolute maximum ratings are stress ratings. Stresses in excess of these ratings can cause permanent damage to the device. Functional operation of the device at conditions beyond those indicated in the operational sections of this data sheet is not implied.*

| Parameter | Minimum | Maximum | Unit |
|---|---|---|---|
| Isolation Voltage | - | 3000 | $V_{RMS}$ |
| Continuous Tip to Ring Current ($R_{ZDC} = 5.2\Omega$) | | 150 | mA |
| Total Package Power Dissipation | | 1 | W |
| $V_{DD}$ | -0.3 | 6 | V |
| Logic Inputs | -0.3 | $V_{DD}$ + 0.3 | V |
| Operating temperature | -40 | +85 | °C |
| Storage temperature | -40 | +125 | °C |

Unless otherwise specified all specifications are at 25°C and $V_{DD}$=5.0V.

## 1.2 Performance

| Parameter | Minimum | Typical | Maximum | Unit | Conditions |
|---|---|---|---|---|---|
| **DC Characteristics** | | | | | |
| Operating Voltage $V_{DD}$ | 3.0 | - | 5.5 | V | Host side |
| Operating Current $I_{DD}$ | - | 9 | 13 | mA | Host side |
| Operating Voltage $V_{DDL}$ | 2.8 | - | 3.2 | V | Line side, derived from tip and ring |
| Operating Current $I_{DDL}$ | - | 7 | 8 | mA | Line side, drawn from tip and ring while off-hook |
| **On-hook Characteristics** | | | | | |
| Metallic DC Resistance | 10 | - | - | $M\Omega$ | Tip to ring, 100 Vdc applied |
| Longitudinal DC Resistance | 10 | - | - | $M\Omega$ | 150 Vdc applied from tip and ring to Earth ground |
| Ringing Signal Detect Level | 5 | - | - | $V_{RMS}$ | 68 Hz ringing signal applied to tip and ring |
| Ringing Signal Detect Level | 28 | - | - | $V_{RMS}$ | 15 Hz ringing signal applied across tip and ring |
| Snoop Circuit Frequency Response | 166 | - | >4000 | Hz | -3 dB corner frequency @ 166 Hz, in Clare application circuit |
| Snoop Circuit CMRR[1] | - | 40 | - | dB | 120 $V_{RMS}$ 60 Hz common-mode signal across tip and ring |
| Ringer Equivalence | - | 0.01B | - | REN | |
| Longitudinal Balance[1] | 60 | - | - | dB | Per FCC part 68 |
| **Off-Hook Characteristics** | | | | | |
| AC Impedance | - | 600 | - | $\Omega$ | Tip to ring, using resistive termination application circuit |
| Longitudinal Balance[1] | 60 | - | - | dB | Per FCC part 68 |
| Return Loss | - | 26 | - | dB | Into 600 $\Omega$ at 1800 Hz |
| **Transmit and Receive Characteristics** | | | | | |
| Frequency Response | 30 | - | 4000 | Hz | -3 dB corner frequency 30 Hz |

CPC5622    *EXH. B-74*



CLARE

| Parameter | Minimum | Typical | Maximum | Unit | Conditions |
|---|---|---|---|---|---|
| Transhybrid Loss | - | 36 | - | dB | Into 600 Ω at 1800 Hz, with C18 in the resistive termination application circuit |
| Transmit and Receive Insertion Loss | -0.4 | 0 | 0.4 | dB | 30 Hz to 4 kHz, Resistive termination application circuit with $\overline{MODE}$ de-asserted. Reactive termination application circuit with $\overline{MODE}$ asserted. |
| Average In-band Noise | - | -126 | - | dBm/Hz | 4 kHz flat bandwidth |
| Harmonic Distortion | - | -80 | - | dB | -3 dBm, 600 Hz, 2nd harmonic |
| Transmit Level | - | - | 2.2 | $V_{P-P}$ | Single-tone sine wave. Or 0 dBm into 600 Ω |
| Receive Level | - | - | 2.2 | $V_{P-P}$ | Single-tone sine wave. Or 0 dBm into 600 Ω |
| RX+/RX- Output Drive Current | - | - | 0.5 | mA | Sink and source |
| TX+/TX- Input Impedance | 60 | 90 | 120 | kΩ | |
| **Isolation Characteristics** | | | | | |
| Isolation Voltage | 3000 | - | - | $V_{rms}$ | Line side to host side, one minute duration |
| Surge Rise Time | 2000 | - | - | V/µS | No damage via tip and ring |
| **$\overline{MODE}$ and $\overline{OH}$ Control Logic Inputs** | | | | | |
| Input Low Voltage | - | - | 0.8 | $V_{IL}$ | |
| Input High Voltage | 2.0 | - | - | $V_{IH}$ | |
| High Level Input Current | - | - | -120 | µA | $V_{IN} \leq V_{DD}$ |
| Low Level Input Current | - | - | -120 | µA | $V_{IN} = GND$ |
| **$\overline{RING}$ and $\overline{RING2}$ Output Logic Levels** | | | | | |
| Output High Voltage | $V_{DD}$ -0.4 | - | - | V | $I_{OUT} = -400 \, µA$ |
| Output Low Voltage | - | - | 0.4 | V | $I_{OUT} = 1 \, mA$ |

*Specifications subject to change without notice. All performance characteristics based on the use of Clare application circuits. Functional operation of the device at conditions beyond those specified here is not implied.*

NOTES:
1) This parameter is layout and component tolerance dependent.



EXH - B-75

CPC5622

## 1.3 Pin Description

| Pin | Name | Function |
|-----|------|----------|
| 1 | $V_{DD}$ | Host (CPE) side power supply |
| 2 | TXSM | Transmit summing junction |
| 3 | TX- | Negative differential transmit signal to DAA from host |
| 4 | TX+ | Positive differential transmit signal to DAA from host |
| 5 | TX | Transmit differential amplifier output |
| 6 | $\overline{MODE}$ | When asserted low, changes gain of TX path (-7 dB) and RX path (+7 dB) to accommodate reactive termination networks |
| 7 | GND | Host (CPE) side analog ground |
| 8 | $\overline{OH}$ | Assert logic low for off-hook operation |
| 9 | $\overline{RING}$ | Half wave ringing detect output signal |
| 10 | $\overline{RING2}$ | Full wave ringing detect output signal |
| 11 | RX- | Negative differential analog signal received from the telephone line. Must be AC coupled with 0.1 μF. |
| 12 | RX+ | Positive differential analog signal received from the telephone line. Must be AC coupled with 0.1 μF. |
| 13 | SNP+ | Positive differential snoop input |
| 14 | SNP- | Negative differential snoop input |
| 15 | RXF | Receive photodiode amplifier output |
| 16 | RX | Receive photodiode summing junction |
| 17 | $V_{DDL}$ | Power supply for line side, regulated from tip and ring. |
| 18 | RXS | Receive isolation amp summing junction |
| 19 | RPB | Receive LED pre-bias current set |
| 20 | BR- | Bridge rectifier return |
| 21 | ZDC | Electronic inductor DCR/current limit |
| 22 | DCS2 | DC feedback output |
| 23 | DCS1 | V to I slope control |
| 24 | NTF | Network amplifier feedback |
| 25 | GAT | External MOSFET gate control |
| 26 | NTS | Receive signal input |
| 27 | BR- | Bridge rectifier return |
| 28 | TXSL | Transmit photodiode summing junction |
| 29 | ZNT | Receiver impedance set |
| 30 | ZTX | Transmit transconductance gain set |
| 31 | TXF | Transmit photodiode amplifier output |
| 32 | REFL | 1.25 Vdc reference |

**Figure 2. Pinout**

| | | | |
|---|---|---|---|
| 1 | $V_{DD}$ | REFL | 32 |
| 2 | TXSM | TXF | 31 |
| 3 | TX- | ZTX | 30 |
| 4 | TX+ | ZNT | 29 |
| 5 | TX | TXSL | 28 |
| 6 | $\overline{MODE}$ | BR- | 27 |
| 7 | GND | NTS | 26 |
| 8 | $\overline{OH}$ | GAT | 25 |
| 9 | $\overline{RING}$ | NTF | 24 |
| 10 | $\overline{RING2}$ | DCS1 | 23 |
| 11 | RX- | DCS2 | 22 |
| 12 | RX+ | ZDC | 21 |
| 13 | SNP+ | BR- | 20 |
| 14 | SNP- | RPB | 19 |
| 15 | RXF | RXS | 18 |
| 16 | RX | $V_{DDL}$ | 17 |

Exh. B-76

**CPC5622**



C L A R E

# 2. Application Circuits

LITELINK can be used with telephone networks worldwide. Some public telephone networks, notably in North America and Japan require a resistive line termination. Other telephone networks as in Europe, China and elsewhere require reactive line termination.

The application circuits that follow address both types of line termination models. A reactive termination application circuit that describes a TBR-21 implementation is shown in **Figure 2.2 on page 8**. This circuit can be easily adapted for other reactive termination needs.

## 2.1 Resistive Termination Application Circuit

Figure 3. Resistive Termination Application Circuit Schematic



NOTE: Unless otherwise noted:
Resistor values are in Ohms
All resistors are 1%.
Capacitor values are in Farads.

[1]This design was tested and found to comply with FCC Part 68 with this Sidactor. Other compliance requirements may require a different part.

[2]Higher-noise power supplies may require substitution of a 220 μH inductor, Toko 380HB-2215 or similar. See the Power Quality section of Clare application note AN-146, Guidelines for Effective LITELINK Designs for more information.

[3]Optional for enhanced transhybrid loss.

[4]Use voltage ratings based on the isolation requirements of your application.



EXH. B-77

**CLARE**                                                                                   **CPC5622**

## 2.1.1 Resistive Termination Application Circuit Part List

| Quantity | Reference Designator | Description | Supplier(s) |
|---|---|---|---|
| 1 | C1 | 1 μF, 16 V, ±10% | AVX, Murata, Novacap, Panasonic, SMEC, Tecate, etc. |
| 5 | C2, C4, C9, C13, C14 | 0.1 μF, 16 V, ±10% | |
| 2 | C7, C8 [1] | 220 pF, ±5% | |
| 2 | C10, C15 | 0.01 μF, 500 V, ±10% | |
| 1 | C12 | 0.027 μF, 16 V, ±10% | |
| 1 | C16 | 10 μF, 16 V, ±10% | |
| 1 | C18 (optional) | 15 pF, 16 V, ±10% | |
| 1 | C21 | 100 pF, 16 V, 10% | |
| 1 | R1 | 80.6 kΩ, 1/16 W, ±1% | Panasonic, Electro Films, FMI, Vishay, etc. |
| 1 | R2 | 130 kΩ, 1/16 W, ±1% | |
| 1 | R3 | 1.5 MΩ, 1/16 W, ±1% | |
| 1 | R4 | 68.1 Ω, 1/16 W, ±1% | |
| 1 | R5 | 60.4 kΩ, 1/16 W, ±1% | |
| 4 | R6, R7, R44, R45 [2] | 1.8 MΩ, 1/10 W, ±1% | |
| 1 | (R8) *200K* | 221 kΩ, 1/16 W, ±1% | |
| 1 | *59Ω* (R10) *+ RH=16Ω* | 301 Ω, 1/16 W, ±1% | |
| 1 | (R12) *221k* | 499 kΩ, 1/16 W, ±1% | |
| 1 | R13 | 1 MΩ, 1/16 W, ±1% | |
| 1 | R14 | 47 Ω, 1/16 W, ±5% | |
| 1 | R15 | 1.69 MΩ, 1/16 W, ±1% | |
| 1 | R16 | 8.2 Ω, 1/8 W, ±1% | |
| 1 | (R18) *10K* | 3.32 kΩ, 1/16 W, ±1% | |
| 1 | R20 | 2 Ω, 1/16 W, ±5% | |
| 1 | R21, R22 | 6.49 MΩ, 1/16 W, ±1% | |
| 1 | R23 | 10 Ω, 1/16 W, ±5%, or 220 μH inductor | |
| 1 | (R75) *110K* | 261 kΩ, 1/16 W, ±1% | |
| 1 | R76 | 200 kΩ, 1/16 W, ±1% | |
| 1 | FB1 | 600 Ω, 200 mA ferrite bead | Murata BLM11A601S or similar |
| 1 | DB1 | S1ZB60 bridge rectifier | Shindengen, Diodes, Inc. |
| 1 | SP1 | 350 V | Bourns (TISP4350H3) or Teccor (P3100SC) |
| 1 | Q1 | CPC5602 FET | Clare |
| 1 | U1 | CPC5622 LITELINK | |

[1] Use voltage ratings based on the isolation requirements of your application. Typical applications will require 2kV to safely hold off the isolation voltage.
[2] Use components that allow enough space to account for the possibility of high-voltage arcing.

CPC5622    *EXH. B-78*



## 2.2 Reactive Termination Application Circuit

Figure 4.  Reactive Termination Application Circuit Schematic



NOTE:  Unless otherwise noted:
Resistor values are in Ohms
All resistors are 1%.
Capacitor values are in Farads.

[1]This design was tested and found to comply with FCC Part 68 with this
Sidactor. Other compliance requirements may require a different part.

[2]Higher-noise power supplies may require substitution of a 220μH inductor,
Toko 380HB-2215 or similar. See the Power Quality section of Clare
application note AN-146, Guidelines for Effective LITELINK Designs for
more information.

[3]$R_{ZDC}$ sets the loop-current limit, see "Setting a Current Limit" on
page 13. Also see Clare application note AN-146 for heat sinking
recommendations for the CPC5602C FET.

[4]Use voltage ratings based on the isolation requirements of your application.



CLARE                    *EVH. B-79*                                    **CPC5622**

## 2.2.1 Reactive Termination Application Circuit Part List

| Quantity | Reference Designator | Description | Supplier |
|---|---|---|---|
| 1 | C1 | 1 µF, 16 V, ±10% | |
| 5 | C2, C4, C9, C13, C14 | 0.1 µF, 16 V, ±10% | |
| 2 | C7, C8 [1] | 220 pF, ±5% | |
| 2 | C10, C15 | 0.01 µF, 500 V, ±10% | AVX, Murata, Novacap, Panasonic, SMEC, Tecate, etc. |
| 1 | C12 | 0.027 µF, 16 V, ±10% | |
| 1 | C16 | 10 µF, 16 V, ±10% | |
| 1 | C20 | 0.68 µF, 16 V, ±10% | |
| 1 | C21 | 100 pF, 16 V, 10% | |
| 1 | R1 | 80.6 kΩ, 1/16 W, ±1% | |
| 1 | R2 | 130 kΩ, 1/16 W, ±1% | |
| 1 | R3 | 1.5 MΩ, 1/16 W, ±1% | |
| 1 | R4 | 68.1 Ω, 1/16 W, ±1% | |
| 1 | R5 | 60.4 kΩ, 1/16 W, ±1% | |
| 4 | R6, R7, R44, R45 [2] | 1.8 MΩ, 1/10 W, ±1% | |
| 1 | R8 | 200 kΩ, 1/16 W, ±1% | |
| 1 | R10 | 59 Ω, 1/16 W, ±1% | |
| 1 | R11 | 169 Ω, 1/16 W, ±1% | |
| 1 | R12 | 221 kΩ, 1/16 W, ±1% | Panasonic, Electro Films, FMI, Vishay, etc. |
| 1 | R13 | 1 MΩ, 1/16 W, ±1% | |
| 1 | R14 | 47 Ω, 1/16 W, ±5% | |
| 1 | R15 | 1.69 MΩ, 1/16 W, ±1% | |
| 1 | R16 | 8.2 Ω, 1/8 W, ±1% | |
| 1 | R18 | 10 kΩ, 1/16 W, ±1% | |
| 1 | R20 | 2 Ω, 1/16 W, ±5% | |
| 1 | R21, R22 | 6.49 MΩ, 1/16 W, ±1% | |
| 1 | R23 | 10 Ω, 1/16 W, ±5%, or 220 µH inductor | |
| 1 | R75 | 110 kΩ, 1/16 W, ±1% | |
| 1 | R76 | 200 kΩ, 1/16 W, ±1% | |
| 1 | FB1 | 600 Ω, 200 mA ferrite bead | Murata BLM11A601S or similar |
| 1 | DB1 | S1ZB60 bridge rectifier | Shindengen, Diodes, Inc. |
| 1 | SP1 | 350 V | Bourns (TISP4350H3) or Teccor (P3100SC) |
| 1 | Q1 | CPC5602 FET | Clare |
| 1 | U1 | CPC5622 LITELINK | |

[1] Use voltage ratings based on the isolation requirements of your application. Typical applications will require 2kV to safely hold off the isolation voltage.
[2] Use components that allow enough space to account for the possibility of high-voltage arcing.

*EXH · B-80*  

CLARE

# 3. Using LITELINK

As a full-featured telephone line interface, LITELINK performs the following functions:

- DC termination and V/I slope control
- AC impedance control
- 2-wire to 4-wire conversion (hybrid)
- Current limiting
- Ringing detect signalling reception
- Caller ID signalling reception
- Switch hook

LITELINK can accommodate specific application features without sacrificing basic functionality or performance. Application features include, but are not limited to:

- High transmit power operation
- Pulse dialing
- Ground start
- Loop start
- Parallel telephone off-hook detection (line intrusion)
- Battery reversal detection
- Line presence detection
- World-wide programmable operation

This section of the data sheet describes LITELINK operation in standard configuration for usual operation. Clare offers additional application information on-line (see Section 5 on page 14) for the following topics:

- Circuit isolation considerations
- Optimizing LITELINK performance
- Data Access Arrangement architecture
- LITELINK circuit descriptions
- Surge protection
- EMI considerations

Other specific application materials are also referenced in this section as appropriate.

## 3.1 Switch Hook Control (On-hook and Off-hook States)

LITELINK operates in one of two conditions, on-hook and off-hook. In the on-hook condition the telephone line is available for calls. In the off-hook condition the telephone line is engaged. The $\overline{OH}$ control input is used to place LITELINK in one of these two states.

With $\overline{OH}$ high, LITELINK is on-hook and ready to make or receive a call. Also while on-hook,

LITELINK's ringing detector and CID amplifiers are both active.

Asserting $\overline{OH}$ low causes LITELINK to answer or originate a call by entering the off-hook state. In the off-hook state, loop current flows through LITELINK.

## 3.2 On-hook Operation: $\overline{OH}=1$

The LITELINK application circuit leakage current is less than 10 µA with 100 V across ring and tip, equivalent to greater than 10 MΩ on-hook resistance.

### 3.2.1 Ringing Signal Reception via the Snoop Circuit

In the on-hook state ($\overline{OH}$ not asserted), an internal multiplexer engages the snoop circuitry. This circuit simultaneously monitors the telephone line for two conditions; incoming ringing signal and caller ID data bursts.

Refer to the application schematic diagram (see Figure 3 on page 6). C7 ($C_{SNP-}$) and C8 ($C_{SNP+}$) provide a high-voltage isolation barrier between the telephone line and SNP- and SNP+ input pins of the LITELINK while coupling AC signals to the snoop amplifier. The snoop circuit "snoops" the telephone line continuously while drawing no dc current. In the LITELINK, the incoming ringing signals are compared to a reference level. When the ringing signal exceeds the preset threshold, the internal comparators generate the $\overline{RING}$ and $\overline{RING2}$ signals which are output from LITELINK at pins 9 and 10, respectively. Selection of which output to use is dependent upon the support logic responsible for monitoring and filtering the ringing detect signals. To reduce or eliminate false ringing detects this signal should be digitally filtered and qualified by the system as a valid ringing signal. A logic low output on $\overline{RING}$ or $\overline{RING2}$ indicates that the LITELINK ringing signal detect threshold has been exceeded. In the absence of any incoming ac signal the $\overline{RING}$ and $\overline{RING2}$ outputs are held high.

The CPC5622 $\overline{RING}$ output signal is generated by a half-wave ringing detector while the $\overline{RING2}$ output is generated by a full-wave ringing detector. A half-wave ringing detector's output frequency follows the frequency of the incoming ringing signal from the Central Office (CO) while a full-wave ringing detector's output frequency is twice that of the incoming signal. Because $\overline{RING}$ is the output of a half-wave detector, it will output **one** logic low pulse per cycle of the ringing frequency. Also, because the $\overline{RING2}$ is the output of a

 EXH · B-81

**CLARE**

full-wave detector it will output **two** logic low pulses per cycle of the ringing frequency. Hence, the nomenclature $\overline{RING2}$ for twice the output pulses.

The set-up of the ringing detector comparator causes the $\overline{RING}$ output pulses to remain low for most of one half-cycle of the ringing signal and remains high for the entire second half-cycle of the ringing signal. For the $\overline{RING2}$ output, the pulses remain low during most of both halves of the ringing cycle and returns high for only a short period near the zero-crossing of the ringing signal. Both of the ringing outputs remain high during the silent interval between ringing bursts. Hysteresis is employed in the LITELINK ringing detector circuit to improve noise immunity.

The ringing detection threshold depends on the values of R3 ($R_{SNPD}$), R6 & R44 ($R_{SNP-}$), R7 & R45 ($R_{SNP+}$), C7 ($C_{SNP-}$), and C8 ($C_{SNP+}$). The value of these components shown in the application circuits are recommended for typical operation. The ringing detection threshold can be changed according to the following formula:

$$V_{RINGPK} = \left(\frac{750mV}{R_{SNPD}}\right)\sqrt{\left[(R_{SNP_{TOTAL}} + R_{SNPD})^2 + \frac{1}{(\pi f_{RING}C_{SNP})^2}\right]}$$

Where:

- $R_{SNPD}$ = R3 in the application circuits shown in this data sheet.
- $RSNP_{TOTAL}$ = the total of R6, R7, R44, and R45 in the application circuits shown in this data sheet.
- $C_{SNP}$ = C7 = C8 in the application circuits shown in this data sheet.
- And $f_{RING}$ is the frequency of the ringing signal.

Clare Application Note AN-117 **Customize Caller ID Gain and Ring Detect Voltage Threshold** is a spreadsheet for trying different component values in this circuit. Changing the ringing detection threshold will also change the caller ID gain and the timing of the polarity reversal detection pulse, if used.

### 3.2.2 Polarity Reversal Detection in On-hook State

The full-wave ringing detector in the CPC5622 makes it possible to detect tip and ring battery polarity reversal using the $\overline{RING2}$ output. When the polarity of the battery voltage applied to tip and ring reverses, a pulse on $\overline{RING2}$ indicates the event. The system logic must be able to discriminate a single pulse of approximately 1 msec when using the recommended

external snoop circuit components from a valid ringing signal.

### 3.2.3 On-hook Caller ID Signal Reception

On-hook Caller IDentity (CID) data burst signals are coupled through the snoop components, buffered through LITELINK and output at the RX+ and RX-pins.

In North America, CID data signals are typically sent between the first and second ringing signal while in other countries the CID information may arrive prior to any other signalling state.

In applications that transmit CID after the first ringing burst such as in North American, follow these steps to receive on-hook caller ID data via the LITELINK RX outputs:

1. Detect the first full ringing signal burst on $\overline{RING}$ or $\overline{RING2}$.
2. Monitor and process the CID data from the RX outputs.

For applications as in China and Brazil where CID may arrive prior to ringing, follow these steps to receive on-hook caller ID data via the LITELINK RX outputs:

1. Simultaneously monitor for CID data from the RX outputs and for ringing on $\overline{RING}$ or $\overline{RING2}$.
2. Process the appropriate signalling data.

Note: Taking LITELINK off-hook (via the $\overline{OH}$ pin) disconnects the snoop path from the receive outputs and disables the ringing detector outputs $\overline{RING}$ and $\overline{RING2}$.

CID gain from tip and ring to RX+ and RX- is determined by:

$$GAIN_{CID}(dB) = 20\log\left[\frac{6R_{SNPD}}{\sqrt{\left[(R_{SNP_{TOTAL}} + R_{SNPD})^2 + \frac{1}{(\pi f C_{SNP})^2}\right]}}\right]$$

Where:

- $R_{SNPD}$ = R3 in the application circuits in this data sheet.
- $RSNP_{TOTAL}$ = the total of R6, R7, R44, and R45 in the application circuits in this data sheet.
- $C_{SNP}$ = C7 = C8 in the application circuits in this data sheet.
- and $f$ is the frequency of the CID signal



CPC5622    EVA. B-82

CLARE

The recommended components in the application circuits yield a gain 0.26 dB at 2000 Hz. Clare Application Note AN-117 **Customize Caller ID Gain and Ring Detect Voltage Threshold** is a spreadsheet for trying different component values in this circuit. Changing the CID gain will also change the ringing detection threshold and the timing of the polarity reversal detection pulse, if used.

For single-ended receive applications where only one RX output is used, the snoop circuit gain can be adjusted back to 0 dB by changing the value of the snoop series resistors R6, R7, R44 and R45 from $1.8M\Omega$ to $715k\Omega$. This change results in negligible modification to the ringing detect threshold.

## 3.3 Off-Hook Operation: $\overline{OH}$=0

### 3.3.1 Receive Signal Path

Signals to and from the telephone network appear on the tip and ring connections of the application circuit. Receive signals are extracted from transmit signals by the LITELINK two-wire to four-wire hybrid then converted to infrared light by the receive path LED. The intensity of the light is modulated by the receive signal and coupled across the electrical isolation barrier to the SELV side photodiode.

On the host equipment (low voltage) side of the barrier, the receive signal is converted by a photodiode into photocurrent. The photocurrent, a linear representation of the receive signal, is amplified and converted to a differential voltage output on RX+ and RX-.

Variations in gain are controlled to within ±0.4 dB by factory gain trim.

To accommodate single-supply operation, LITELINK includes a small DC bias on the RX+ and RX- outputs of 1.0 Vdc. Most applications should AC couple the receive outputs as shown in Figure 5.

LITELINK may be used for differential or single-ended output as shown in Figure 5. Single-ended use will produce 6 dB less signal output amplitude. Do not exceed 0 dBm referenced to 600 $\Omega$ (2.2 $V_{P-P}$) signal output level with the standard application circuits. See

application note AN-157, **Increased LITELINK III Transmit Power** for more information.

**Figure 5.  Differential and Single-ended Receive Path Connections to LITELINK**



### 3.3.2 Transmit Signal Path

Transmit signals from the CODEC to the TX+ and TX- pins of LITELINK should be coupled through capacitors as shown in Figure 6 to minimize dc offset errors. Differential transmit signals are converted to single-ended signals within LITELINK then coupled to the optical transmit amplifier in a manner similar to the receive path.

The output of the optical amplifier is coupled to a voltage-to-current converter via a transconductance stage where the transmit signal modulates the telephone line loop current. As in the receive path, the transmit gain is calibrated at the factory, limiting insertion loss to 0 ±0.4 dB.

Differential and single-ended transmit signals into LITELINK should not exceed a signal level of 0 dBm referenced to 600 $\Omega$ (or 2.2 $V_{P-P}$). For output power levels above 0dBm consult the application note AN-157, **Increased LITELINK III Transmit Power** for more information.

CLARE

*Exh. B-83*

**CPC5622**

**Figure 6. Differential and Single-ended Transmit Path Connections to LITELINK**



## 3.4 Initialization Requirement Following Power-up

$\overline{OH}$ must be de-asserted (set logic high) once after power-up for at least 50ms to transfer internal gain trim values within LITELINK. This would be normal operation in most applications. Failure to comply with this requirement will result in transmission gain errors and possibly distortion.

## 3.5 DC Characteristics

The CPC5622 is designed for worldwide applications. Modification of the values of the components at the ZDC, DCS1, and DCS2 pins allow for control of the VI slope characteristics of LITELINK. Selecting appropriate resistor values for $R_{ZDC}$ (R16) and $R_{DCS2}$ (R15) in the provided application circuits enable compliance with various DC requirements.

### 3.5.1 Setting a Current Limit

LITELINK includes a telephone line current limit feature that is selectable by choosing the desired value for $R_{ZDC}$ (R16) using the following formula:

$$I_{CL} Amps = \frac{1V}{R_{ZDC}} + 0.008A$$

Clare recommends using 8.2 Ω for $R_{ZDC}$ for most applications, limiting telephone line current to 130 mA.

Whether using the recommended value above or when setting $R_{ZDC}$ higher for a lower loop current limit

refer to the guidelines for FET thermal management provided in AN-146, **Guidelines for Effective LITELINK Designs**.

## 3.6 AC Characteristics

### 3.6.1 Resistive Termination Applications

North American and Japanese telephone line AC termination requirements are met with a resistive 600Ω ac 2-wire termination. For these applications LITELINK's 2-wire network termination impedance is set by the resistor $R_{ZNT}$ (R10) located at the ZNT pin (pin 29) with a value of 301Ω.

### 3.6.2 Reactive Termination Applications

Many countries use a single-pole complex impedance to model the telephone network transmission line characteristic impedance as shown in the table below.

**Line Impedance Model**

| | | | | |
|---|---|---|---|---|
| | $R_S$ | 220 Ω | 200 Ω | 270 Ω |
| | $R_P$ | 820 Ω | 680 Ω | 750 Ω |
| | $C_P$ | 120 nF .12uF | 100 nF = .1uF | 150 nF .15uF |

Proper gain and termination impedance circuits for a complex impedance requires the use of complex network on ZNT as shown in the "Reactive Termination Application Circuit" on page 8.

### 3.6.3 $\overline{Mode}$ Pin Usage

Assert the $\overline{MODE}$ pin low ($\overline{MODE}$ = 0) introduces a 7 dB pad into the transmit path and adds 7 dB of gain to the receive path. These changes compensate for the gain changes made to the transmit and receive paths necessary for reactive termination implementations. Overall insertion loss with the reactive termination application circuit and $\overline{MODE}$ asserted is 0 dB.

Overall insertion loss with $\overline{MODE}$ de-asserted ($\overline{MODE}$ = 1) for the resistive termination application circuit is 0 dB.

CPC5622          EXH. B-84


CLARE

# 4. Regulatory Information

LITELINK III can be used to build products that comply with the requirements of TIA/EIA/IS-968 (formerly FCC part 68), FCC part 15B, TBR-21, EN60950, UL1950, EN55022B, IEC950/IEC60950, CISPR22B, EN55024, and many other standards. LITELINK provides supplementary isolation. Metallic surge requirements are met through the inclusion of a crow bar protection device in the application circuit. Longitudinal surge protection is provided by LITELINK's optical-across-the-barrier technology and the use of high-voltage components in the application circuit as needed.

The information provided in this document is intended to inform the equipment designer but it is not sufficient to assure proper system design or regulatory compliance. Since it is the equipment manufacturer's responsibility to have their equipment properly designed to conform to all relevant regulations, designers using LITELINK are advised to carefully verify that their end-product design complies with all applicable safety, EMC, and other relevant standards and regulations. Semiconductor components are not rated to withstand electrical overstress or electrostatic discharges resulting from inadequate protection measures at the board or system level.

# 5. LITELINK Design Resources

## 5.1 Clare, Inc. Design Resources

The Clare, Inc. web site has a wealth of information useful for designing with LITELINK, including application notes and reference designs that already meet all applicable regulatory requirements. LITELINK data sheets also contains additional application and design information. See the following links:

**LITELINK datasheets and reference designs**

Application note AN-117 **Customize Caller ID Gain and Ring Detect Voltage Threshold**

Application note AN-146, **Guidelines for Effective LITELINK Designs**

Application note AN-155 **Understanding LITELINK Display Feature Signal Routing and Applications**



EyH. B-85

CPC5622

## 6. LITELINK Performance

The following graphs show LITELINK performance
using the North American application circuit shown in
this data sheet.

**Figure 7. Receive Frequency Response at RX**



**Figure 8. Transmit Frequency Response at TX**



**Figure 9. Receive THD on RX**



**Figure 10.Transmit THD on Tip and Ring**



**Figure 11.Transhybrid Loss**



**Figure 12.Return Loss**



EXH. B-86

CPC5622



CLARE

**Figure 13.Snoop Circuit Frequency Response**



**Figure 14.Snoop Circuit THD + N**



**Figure 15.Snoop Circuit Common Mode
         Rejection**





EYA · B-87

CLARE                                                                                    CPC5622

# 7. Manufacturing Information

## 7.1 Mechanical Dimensions

**Figure 16. Dimensions**



**Figure 17. Recommended Printed Circuit Board Layout**





*EχA. B-88*

**CPC5622**

## 7.2 Tape and Reel Packaging

**Figure 18. Tape and Reel Dimensions**



## 7.3 Manufacturing Assembly Processes

### 7.3.1 Moisture Reflow Sensitivity

Clare has characterized the moisture reflow sensitivity of LITELINK using IPC/JEDEC standard J-STD-020. Moisture uptake from atmospheric humidity occurs by diffusion. During the solder reflow process, in which the component is attached to the PCB, the whole body of the component is exposed to high process temperatures. The combination of moisture uptake and high reflow soldering temperatures may lead to moisture induced delamination and cracking of the component. To prevent this, this component must be handled in accordance with IPC/JEDEC standard J-STD-020 per the labelled moisture sensitivity level (MSL), level 3.

### 7.3.2 Reflow Profile

Recommended soldering processes are limited to 245°C component body temperature for 10 seconds.

### 7.3.3 Washing

Ultrasonic cleaning of LITELINK will cause permanent damage to the device. Clare does not recommend ultrasonic cleaning or the use of chlorinated solvents.

**For additional information please visit www.clare.com**

Clare, Inc. makes no representations or warranties with respect to the accuracy or completeness of the contents of this publication and reserves the right to make changes to specifications and product descriptions at any time without notice. Neither circuit patent licenses or indemnity are expressed or implied. Except as set forth in Clare's Standard Terms and Conditions of Sale, Clare, Inc. assumes no liability whatsoever, and disclaims any express or implied warranty relating to its products, including, but not limited to, the implied warranty of merchantability, fitness for a particular purpose, or infringement of any intellectual property right. The products described in this document are not designed, intended, authorized, or warranted for use as components in systems intended for surgical implant into the body, or in other applications intended to support or sustain life, or where malfunction of Clare's product may result in direct physical harm, injury, or death to a person or severe property or environmental damage. Clare, Inc. reserves the right to discontinue or make changes to its products at any time without notice.

Specification: DS-CPC5622 - Rev. 1.0
Copyright © 2005, Clare, Inc.
LITELINK® is a registered trademark of Clare, Inc.
All rights reserved. Printed in USA.
2/18/2005

**18**



# 5000 Series. Toughened Display Module - Installation Instructions

## SPECIFICATIONS

Responsive menu navigation and option select keys
Matrix Output to 0.1 square pins
Overall Size ......................... 110 mm wide x 88 mm high
Vandal Resistant .................. 20J BS EN 60068-2-75:1997
Water and Dust Resistant ...... IP65

compatible with Molex KK Housing

Optional backlit 4 line x 20 character LCD
fitted with a single row of 16 0.1 square pins
LCD Operating Voltage +5V to +9V (see note *)

Powertips PC2004-A-LRU-H

Panel Mount Gasket included.
Responsive key action
Panel Cutout ........................ 96 mm x 61 mm
Operating Temp .................... -20°C to +60°C
Swtich Rating
Contact Resistance

travel 1.5 mm (nominal), force 130 gm (nominal)

24 V dc (Max), 50 mA (Max)
100 Ohms (Max)

## UNIT WITH LCD FITTED



| Position 1 | Position 2 | Position 3 |
|---|---|---|
| R1C1 | R1C2 | R1C3 |



17 mm
110 mm
85 mm

## MATRIX KEYPAD CONNECTIONS

### CONTACT CONNECTIONS (REAR VIEW)

PINS
PIN NUMBER 9 8 7 6 5 4 3 2 1

### CONTACT MATRIX

| PIN | ROW / COLUMN |
|---|---|
| 7 | C1 |
| 6 | C2 |
| 5 | C3 |
| 3 | R1 |

## REAR VIEW (NO LCD)



93 mm
76 mm
25 mm
55 mm

WINDOW VIEW AREA IS 76 x 25 mm
LCD MOUNTING CENTRES AT 93 mm x 55 mm. (OR 89.9 mm x 48.8mm)

TO SECURE LCD USE PLASTITE TYPE SCREW, M1.8 THREAD
OR EQUIVALENT

## HOST PANEL CUTOUT



106.0 mm
95.6 mm
R 3.0
80.6mm 65.0mm

4 OFF M3 x 20 mm
STAINLESS STEEL
WELD STUD

RECOMMENDED PANEL MATERIAL 1.6 OR 2.0 mm STAINLESS STEEL.     TOLERANCES ± 0.5mm

## INSTALLATION

1. Prepare host panel and connection cable(s).  For keypad use Molex 2895 Connector 5 way
(PN22-01-2051) or 9 way (PN 22-01-2091).  For LCD use  PN 22-01-2181

2. Fit the supplied gasket over the 4 weld studs on the rear of the host panel.

3. Slide the display bezel over the studs and secure with M3 Nyloc Nuts or similar.

## ORDERING DETAILS

| Stock No | Item |
|---|---|
| 5001-2001[X] | DISPLAY BEZEL 3 KEY |
| 5001-2002[X] | DISPLAY BEZEL 3 KEY WITH 4 X 20 CHARACTER DISPLAY |

[x] denotes packaging variant

Note* LCD Rating - Temperature Compensation
An LCD operating voltage varies at different temperatures. The operating voltage must rise as
temperature lowers or the contrast will degrade. Conversely, the operating voltage must fall as
the temperature rises or the contrast will degrade.  A temperature compensation circuit is
required to control the input voltage as the temperature changes.

For Connection Information for LCD see :
Powertip PC 2004-A Datasheet for 4 x 20 Character LCD

**Storm Interface**

www.storm-interface.com
Storm Interface is a trading name of Keymat Technology Ltd

usa office :
Suite 202
364 Pennsylvania Avenue
Glen Ellyn IL 60137 USA
tel : (630) 469 2981
fax : (630) 469 2975
email : sales.usa@storm-interface.com

uk office:
14 Bentinck Court
Bentinck Road
West Drayton
Middlesex UB7 7RQ
tel : +44 (0) 1895 431421
fax : +44 (0) 1895 431132
email : sales@storm-interface.com

Whilst every effort is
made to ensure details
are correct at time of print,
specifications are subject
to change without notice.



FM39602

Mounting Details Page 1 of 1
500-xx-08KT Rev 1 Nov 2004

EXHIBIT C (1-PAGE)

FOLLOW THIS PAGE

STATE OF CALIFORNIA

CDC 128-B Rev. 4/74

NAME and NUMBER    LEMONT                    E-49653           C1-117

On 12-08-2005, received a copy of Appeal Log # PBSP-P-05-02122, regarding LEMONT's property that was confiscated on August 3, 2005. The SECOND LEVEL response, dated Nov. 8, 2005, DENIES his appeal. It also states staff will make the decision on the disposition of the disallowed property due to its nature, as security must take precedence. Due to the personal information of LEMONT's victims, and other security concerns contained within this property, all of the confiscated property is deemed a threat to the security of the institution, as well as to potential innocent persons.

LEMONT has, in the past, recruited other persons to continue the harassment of Linda Pride and others. For that reason, allowing LEMONT the option of sending this property to another person is not in the best interest of his victims. Additionally, LEMONT has no funds. This property is being disposed per Title 15, 3191 ( c).

Noted: S.C. Wheeler, AW SHU (A)

ORIG    :    C-File
cc      :    AWC
             INMATE

DATE    12-8-2005

                                          CORRECTIONAL OFFICER
                                          B. Korsmeyer
                                          SHU Property

                              PBSP      GENERAL CHRONO

~~EXHIBIT C~~

ON 12/8/05
NOTE: THE PBSP-SHU PROPERTY OFFICER DESTROYED ALL PROPERTY THAT WAS CONFISCATED (ON 8/4/05), WITHOUT GIVING ME THE OPTION TO SEND OUT OR DONATE AS REQUIRED BY CCR *3191. I DID NOT RECEIVE THIS NOTICE UNTIL 1/9/06, OVER 30 DAYS AFTER THE FACT.

EXHIBIT C-1

(*CALIF. CODE OF REGULATIONS, TITLE 15, § 3191.)

EXHIBIT "D"
(NEXT 2 PAGES

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE APPEALS BRANCH
P. O. BOX 942883
SACRAMENTO, CA 94283-0001

## DIRECTOR'S LEVEL APPEAL DECISION

Date: **MAY 0 5 2006**

In re: Lemont, E-49653
Pelican Bay State Prison
P.O. Box 7000
Crescent City, CA 95531-7000

IAB Case No.: 0509025          Local Log No.: PBSP 05-02122

This matter was reviewed on behalf of the Director of the California Department of Corrections and Rehabilitation (CDCR) by Appeals Examiner A.A. Read. All submitted documentation and supporting arguments of the parties have been considered.

I  APPELLANT'S ARGUMENT: It is the appellant's position that on July 1, 2005, the appellant was moved from Pelican Bay State Prison (PBSP) Security Housing Unit (SHU) to Facility D5. The appellant states that twenty-four (24) books and magazines were removed from his cell and placed into his SHU property storage. On July 5, 2005, the appellant was housed in the PBSP Infirmary and then to Psychiatric Segregation Unit (PSU) on July 7, 2005. It is contended that on August 7, 2005, the appellant was issued his PSU allowable property and noticed that six (6) of his paperback books had been removed from his property. The appellant also contends that he had 32 photographs while in the SHU but when his property was issued in PSU, the appellant only received six (6) photographs. The appellant requests that PBSP staff immediately return his six (6) books and twenty-six (26) photographs or compensate for the cost of these items, in the amount of $295.00.

II  SECOND LEVEL'S DECISION: The reviewer found that the appellant's concerns have been properly addressed by involved and/or assigned PBSP staff. The reviewer states that the appellant was dissatisfied that his books, which were previously authorized have now been deemed contraband and references California Code of Regulations, Title 15, Section (CCR) 3006(c)(9), which only restricts inmates from possessing material which illustrates, explains or describes how to sabotage or disrupt computers, communications or electronics. The appellant also claims the remaining sixteen (16) confiscated photographs portray females, who are over the age of 18; therefore, they should be allowed. The appellant also referred to a CDC Form 128-B, General Chrono, dated August 4, 2005, which references a total of 22 photographs being withheld and questions the whereabouts of the remaining four (4) photographs. The reviewer states that the CDC Form 128-B, dated August 4, 2005, indicates a thorough inspection was conducted of the appellant's personal property after a complaint was received from the victim's mother. The appellant received a great deal of media attention after he systematically plotted and took over the life of his victim's mother during a period of time in which he was incarcerated. The appellant was convicted of forgery and perjury charges as a result of his misconduct but continues to harass the victim and her family. The inspection resulted in a number of items being confiscated from the appellant's property which contained information about the victim, her family, and other individuals. The five (5) books contained social security numbers, addresses and codes. The reviewer contends that 12 of the confiscated photographs portrayed young girls, who were scantily dressed in swimsuits, in addition to 10 other photographs which portrayed the victim. A determination was made that the books were appropriately confiscated due to being altered from their original manufactured state in violation of Operational Procedure #806, Inmate Personal Property Plan, Section VI, T, 2, as they contained personal information about other individuals that could be used as a means to harass them. The photographs were also appropriately confiscated as they appeared by their nature to appeal to sexual deviant groups and portrayed females who appeared to be underage. The reviewer indicates that an additional inspection of the withheld property could not account for the remaining four photographs but there is no means to evaluate these photographs to determine if they would have been allowed, or to assign a value to them to compensate the appellant for their loss; therefore, the appeal is denied.

EXHIBIT B2

LEMONT, E-49653
CASE NO. 0509025
PAGE 2

**III DIRECTOR'S LEVEL DECISION:** Appeal is denied.

    **A. FINDINGS:** The documentation and presented arguments are persuasive that the appellant has failed to support his appeal issue with sufficient evidence or facts to warrant a modification of the SLR. The examiner reviewed CCR 3193, Liability, and CCR 3270, Security, and concurs with the assessment of the institution that the appellant's appeal issues have been appropriately and properly addressed. The institution investigated the appellant's appeal issues and found that staff could not locate four (4) of the appellant's photographs, as stated in the Second Level of Review (SLR) response. The examiner accepts the statement of the SLR responder that the value of the four photographs cannot be determined without being able to observe what the photograph captured on film. The appellant's books were originally approved but due to the appellant placing personal information, social security numbers, and other information that pertained to his victim and her mother in the books, staff have exercised their right to remove the books from the appellant's control. The institution is correct in stating that the issue of security pursuant to CCR 3270 does take precedence over all other considerations, including the appellant's ability to maintain control over items that contain information or identifying numerations that would intimidate or harass a victim or other public person outside the confines of the institution. The CDCR is responsible for maintaining the peace and integrity of those persons that the department is charged to serve and protect. The confiscated items shall remain in the possession of staff and will be disposed of in an appropriate manner pursuant to established CDCR guidelines due to the appellant's own actions, which necessitated that staff confiscate the items. The appellant's request for monetary compensation will not be addressed since such a decision or finding is beyond the scope of the inmate appeals process. The examiner finds that the appellant has failed to present any new documentation and/or evidence that would substantiate his claim; therefore, justification for intervention at the Director's Level of Review is not warranted nor been established by the appellant.

    **B. BASIS FOR THE DECISION:**
California Penal Code Section: 5058
CCR: 3006, 3084.7, 3190, 3191, 3193, 3270, 3287, 3380
CDC Operations Manual Section: 13030.10, 72010.7.2

    **C. ORDER:** No changes or modifications are required by the institution.

This decision exhausts the administrative remedy available to the appellant within CDCR. If dissatisfied, the appellant may forward this issue to the California Victims Compensation and Government Claims Board, (formerly known as the State Board of Control), Government Claims Unit, P.O. Box 3035, Sacramento, CA 95812-3035, for further review.

N. GRANNIS, Chief
Inmate Appeals Branch

cc:    Warden, PBSP
       Appeals Coordinator, PBSP