FILED
08 JUN 16 PM 2:46

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

HERBERT BRUCE LEMONT

      Plaintiff,

vs.

ROBERT A. HOREL, WARDEN

      Defendant.

CASE NO. CV 08 2970 JF

PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS

(PR)

I, HERBERT B. LEMONT, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed?  Yes ____  No  X

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

PELICAN BAY STATE PRISON
SECURITY HOUSING UNIT
UNIT C-1

Gross: _____  Net: _____

Employer: _____

_____

PRIS. APP. TO PROC. IN FORMA PAUPERIS     - 1 -

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received.   (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  LAST EMPLOYED: 5/1/89.  SALARY: $1,376⁰⁰/MONTH.
5  LAST PLACE OF EMPLOYMENT: CAL-SOUTH EQUIP-
6  MENT CORPORATION, LONG BEACH, CA 90814.
7  2.   Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9      a.   Business, Profession or                        Yes ___  No _X_
10          self employment
11     b.   Income from stocks, bonds,                     Yes ___  No _X_
12          or royalties?
13     c.   Rent payments?                                 Yes ___  No _X_
14     d.   Pensions, annuities, or                        Yes ___  No _X_
15          life insurance payments?
16     e.   Federal or State welfare payments,             Yes ___  No _X_
17          Social Security or other govern-
18          ment source?
19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
    PELICAN BAY STATE PRISON
    SECURITY HOUSING UNIT
21  _____UNIT C-1_____
22  _____
23  3.   Are you married?                                  Yes ___  No _X_
24  Spouse's Full Name: _____
25  Spouse's Place of Employment: _____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $_____ Net $_____
28  4.   a.   List amount you contribute to your spouse's support:$ _____

PRIS. APP. TO PROC. IN FORMA PAUPERIS                - 2 -

1  b.  List the persons other than your spouse who are dependent upon you for
2      support and indicate how much you contribute toward their support. (NOTE:
3      For minor children, list only their initials and ages. DO NOT INCLUDE
4      THEIR NAMES.).
5  _____
6  _____
7  5.  Do you own or are you buying a home?     Yes ____ No __X__
8  Estimated Market Value: $_____ Amount of Mortgage: $_____
9  6.  Do you own an automobile?     Yes ____ No __X__
10 Make _____ Year _____ Model _____
11 Is it financed? Yes ____ No ____ If so, Total due: $ _____
12 Monthly Payment: $ _____
13 7.  Do you have a bank account? Yes ____ No __X__ (Do not include account numbers.)
14 Name(s) and address(es) of bank: _____
15 _____
16 Present balance(s): $ _____
17 Do you own any cash? Yes ____ No __X__ Amount: $ _____
18 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19 market value.)  Yes ____ No __X__
20 _____
21 8.  What are your monthly expenses?
22 Rent: $ __∅__     Utilities: __∅__
23 Food: $ __∅__     Clothing: __∅__
24 Charge Accounts: N/A
25 Name of Account          Monthly Payment          Total Owed on This Acct.
                            PELICAN BAY STATE PRISON
26 _____      $ ____SECURITY HOUSING UNIT____
27 _____      $ _____UNIT C-1_____ $ _____
28 _____      $ _____                $ _____

PRIS. APP. TO PROC. IN FORMA PAUPERIS         - 3 -

1 | 9.   Do you have any other debts? (List current obligations, indicating amounts and to
2 | whom they are payable. Do not include account numbers.)
3 | _____NO_____
4 | _____
5 | 10.  Does the complaint which you are seeking to file raise claims that have been presented
6 | in other lawsuits?   Yes ___   No X
7 | Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8 | which they were filed.
9 | _____
10 | _____
11 |      I consent to prison officials withdrawing from my trust account and paying to the court
12 | the initial partial filing fee and all installment payments required by the court.
13 |      I declare under the penalty of perjury that the foregoing is true and correct and
14 | understand that a false statement herein may result in the dismissal of my claims.
15 |
16 | 5/31/08                              [signature]
17 | DATE                                 SIGNATURE OF APPLICANT

PELICAN BAY STATE PRISON
SECURITY HOUSING UNIT
UNIT C-1

PRIS. APP. TO PROC. IN FORMA PAUPERIS                - 4 -